**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | National Association of Television Program Executives, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | NATPE |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 23-1709417 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3940 Laurel Canyon Blvd. | |
| Number    Street | Number    Street |
| Ste. 324 | |
| | P.O. Box |
| Studio City    CA    91604 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    www.natpe.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  National Association of Television Program Executives, Inc.          Case number (*if known*)_____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>_____ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                              MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                              MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>         District _____ When _____<br>                                                    MM / DD / YYYY<br>         Case number, if known _____ |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page **2**

Debtor  National Association of Television Program Executives, Inc.          Case number (*if known*)_____
    Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
                            Number     Street

_____
City                                            State     ZIP Code

**Is the property insured?**

❏ No
❏ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❏ 1-49
☑ 50-99
❏ 100-199
❏ 200-999

❏ 1,000-5,000
❏ 5,001-10,000
❏ 10,001-25,000

❏ 25,001-50,000
❏ 50,001-100,000
❏ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
❏ $50,001-$100,000
❏ $100,001-$500,000
❏ $500,001-$1 million

❏ $1,000,001-$10 million
❏ $10,000,001-$50 million
❏ $50,000,001-$100 million
❏ $100,000,001-$500 million

❏ $500,000,001-$1 billion
❏ $1,000,000,001-$10 billion
❏ $10,000,000,001-$50 billion
❏ More than $50 billion

Debtor  National Association of Television Program Executives, Inc.  Case number (*if known*) _____
        Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/11/2022
              MM / DD / YYYY

✗ */s/ JP Bommel*                                JP Bommel
Signature of authorized representative of debtor    Printed name

Title  Consultant

**18. Signature of attorney**

✗  /s/ Leslie Cohen                                Date  10/11/2022
Signature of attorney for debtor                          MM / DD / YYYY

Leslie Cohen
Printed name

Leslie Cohen Law PC
Firm name

1615-A Montana Avenue
Number    Street

Santa Monica                                      CA         90403
City                                              State      ZIP Code

3103945900                                        leslie@lesliecohenlaw.com
Contact phone                                     Email address

93698                                             CA
Bar number                                        State

# NATPE
# BALANCE SHEET
# FYE 3/31/2022 and 6 MOS ENDING 9/30/2022

|  | 2023 ytd<br>*(mod cash)*<br>*6 mo* | 2022<br>*(mod cash)*<br>*12 mo* |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets | | |
| Cash | 518,548 | 91,313 |
| Investments | 326,072 | 2,454,477 |
| Total Cash and Investments | 844,620 | 2,545,791 |
| | | |
| Accounts Receivable | 44,750 | - |
| Prepaid Expenses | 7,904 | - |
| Total Current Assets | 52,654 | - |
| | | |
| Net Fixed Assets | 47,042 | 70,668 |
| | | |
| Deposits and Other Assets | 25,000 | - |
| | | |
| **TOTAL ASSETS** | **969,317** | **2,616,458** |
| | | |
| **LIABILITIES AND EQUITY** | | |
| | | |
| Accounts Payable | 148,187 | - |
| Accrued Payroll | 20,641 | - |
| Accrued Vacation | 91,358 | 64,590 |
| Other Accrued Liabilities | 150,000 | - |
| Deferred Revenue | 773,133 | 1,434,768 |
| Total Liabilities | 1,183,319 | 1,499,359 |
| | | |
| Equity | (291,656) | 1,117,100 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | **891,663** | **2,616,458** |

# NATPE
# INCOME STATEMENT
# FYE 3/31/2022 and 6 MOS ENDING 9/30/2022

|  | **2023 ytd** | **2022** |
|---|---:|---:|
|  | *(mod cash)* | *(mod cash)* |
|  | *6 mo* | *12 mo* |
| **REVENUE** |  |  |
| Event Revenue | 1,554,872 | 453,001 |
| Membership | 2,083 | 14,382 |
| Other Income | - | 285,930 |
| Investment Income/(Loss) | (228,405) | 139,598 |
| **TOTAL REVENUE - GROSS** | **1,328,551** | **892,911** |
|  |  |  |
| **Events and Related Expenses** | **1,099,116** | **915,578** |
|  |  |  |
| **TOTAL REVENUE - NET** | **229,435** | **(22,667)** |
|  |  |  |
| **EXPENSES** |  |  |
| Salaries and Related Expenses | 804,394 | 1,050,090 |
| Advertising and Promotion | 160,052 | 163,853 |
| Travel and Entertainment | 5,804 | 11,312 |
| Professional Fees | 93,693 | 153,279 |
| Software and Technology | 62,239 | 215,630 |
| Legal Fees | 401,070 | 118,693 |
| Occupancy Expenses | 2,345 | 6,053 |
| Administrative and Other | 3,774 | 25,361 |
| Bank Fees | 3,543 | 3,629 |
| Depreciation and Amortization | 23,625 | 47,251 |
| Purchase Amortization | - | 99,765 |
| Cont to Educational Foundation | - | - |
|  |  |  |
| **TOTAL EXPENSES** | **1,560,537** | **1,894,916** |
|  |  |  |
| **NET DEFICIT** | **(1,331,102)** | **(1,917,583)** |

# NATPE
# CASH FLOWS
# FYE 3/31/2022 and 6 MOS ENDING 9/30/2022

|  | 2023 ytd<br>(mod cash)<br>6 mo | 2022<br>(mod cash)<br>12 mo |
|---|---:|---:|
| **OPERATING CASH FLOWS** | | |
| Net Loss: | (1,331,102) | (1,917,583) |
| | | |
| Adjustments to reconcile from net loss to net cash: | | |
| (Increase)/Decrease in Accounts Receivable | (44,750) | 99,022 |
| (Increase)/Decrease in Prepaid Expenses | (7,904) | 172,419 |
| (Increase)/Decrease in Deposits and Other Assets | (25,000) | 99,765 |
| Increase/(Decrease in Accounts Payable | 148,187 | (170,593) |
| Increase/(Decrease in Accrued Payroll | 20,641 | (47,362) |
| Increase/(Decrease in Accrued Vacation | 26,768 | (4,500) |
| Increase/(Decrease in Other Accrued Liabilities | 150,000 | (380,139) |
| Increase/(Decrease in Deferred Revenue | (661,635) | 1,422,382 |
| Depreciation and Amortization | 23,625 | 47,251 |
| | | |
| NET CASH FLOW FROM OPERATING ACTIVITIES | (1,701,170) | (679,337) |
| | | |
| **INVESTING ACTIVITIES** | | |
| | | |
| Transfers from Investment to Cover Operations | 1,900,000 | 600,000 |
| Realized and Unrealized Capital Gains/(Losses) | 228,405 | (139,597) |
| | | |
| NET CASH FLOW FROM INVESTING ACTIVITIES | 2,128,405 | 460,403 |
| | | |
| **NET CASH FLOW** | 427,235 | (218,934) |
| | | |
| **CASH, BEGINNING OF PERIOD** | 91,313 | 310,247 |
| | | |
| **CASH, END OF PERIOD** | 518,548 | 91,313 |

**Fill in this information to identify the case:**

Debtor name: National Association of Television Program Executives, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lionsgate TV<br>2700 Colorado Avenue<br>Santa Monica, CA, 90404 | Elissa Shenkman<br>(310) 449-9200<br>eshenkman@lionsgate.com | | | | | 128,800.00 |
| 2 | MGM Television<br>245 North Beverly Drive<br>Beverly Hills, 90210 | Alyssa Bahadurian<br>310-449-3000<br>abahadurian@mgm.com | Suppliers or Vendors | | | | 80,500.00 |
| 3 | NBC Universal<br>30 Rockefeller Plaza<br>15th Floor East<br>New York, NY, 10112 | Meghan Merriman<br>212-413-5732<br>meghan.merriman@nbcuni.com | Suppliers or Vendors | | | | 80,000.00 |
| 4 | ModcoMedia<br>102 Madison Avenue<br>10th Fl.<br>New York, NY, 90004 | Lynette Fine<br>404-735-3955<br>lynettef@modcomedia.com | Suppliers or Vendors | | | | 72,000.00 |
| 5 | Sony Pictures<br>10202 W. Washington Blvd.<br>Culver City, CA, 90232 | Claudio Urrea<br>(305) 400-3074<br>alexander_fernandez@spe.sony.com | Suppliers or Vendors | | | | 51,250.00 |
| 6 | Disney Media Distribution - Latin<br>Two Alhambra Plaza<br>9th Floor<br>Coral Gables, FL, 33134 | Fabiola Bovino<br>3055679788<br>fabiola.bovino@disney.com | Suppliers or Vendors | | | | 50,500.00 |
| 7 | Grand Hyatt at Baha Mar<br>One Baha Mar Boulevard<br>PO Box SP-64324<br>Nassau, The Bahamas, | Braedan Quigley<br>(443) 477-4478<br>braedan.quigley@hyatt.com | Suppliers or Vendors | | | | 50,000.00 |
| 8 | NBCUniversal Telemundo<br>1 Telemundo Way<br>Miami, FL, 33182 | Olimpia Del Boccio<br>(786) 585-7486<br>olimpia.delboccio@nbcuni.com | Suppliers or Vendors | | | | 49,750.00 |

Debtor ___National Association of Television Program Executives, Inc.___  Case number (*if known*)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | INTERCONTINENTAL BUDAPEST<br>Apáczai Csere János<br>utca 12-14<br>Budapest, Hungary, 1052 | Gabriella Par<br>+36 1 327 6370<br>Gabriella.Pal@ihg.com | Suppliers or Vendors | | | | 48,640.68 |
| 10 | PLUTO TV<br>750 North San Vicente<br>Suite 800<br>West Hollywood, CA, 90069 | Jodi Lederman<br>424-555-1212<br>jodi@pluto.tv | Suppliers or Vendors | | | | 25,000.00 |
| 11 | Endemol Shine North America<br>5161 Lankershim<br>Suite 400<br>North Hollywood, CA, 91601 | Jaycee Medina<br>(747) 529-8085<br>jaycee.medina@endemolshine.us | Suppliers or Vendors | | | | 20,000.00 |
| 12 | MGM Television<br>245 North Beverly Drive<br>Beverly Hills, 90210 | Alyssa Bahadurian<br>310-449-3000<br>abahadurian@mgm.com | Suppliers or Vendors | | | | 17,070.00 |
| 13 | Inter Medya Hiz. Tic. A.S.<br>Kore Sehitleri Cad.<br>Kore ?ehitleri Cd. 16/1<br>Istanbul, Turkey, AK, 34394 | Irem Kucukkutlu<br>+90 531 926 47 16<br>ahmet.ziyalar@intermedya.tv | Suppliers or Vendors | | | | 16,000.00 |
| 14 | The CW Television Network<br>3300 West Olive Ave.<br>Bldg. 168<br>Burbank, CA, 91505 | Paul Hewitt<br>(818) 977-6171<br>paul.hewitt@cwtv.com | Suppliers or Vendors | | | | 15,000.00 |
| 15 | Redbox<br>One Tower Place<br>Suite 900<br>Oakbrook Terrace, IL, 60181 | Peter Binazeski<br>(310) 508-6078<br>peter.binazeski@redbox.com | Suppliers or Vendors | | | | 15,000.00 |
| 16 | Schramm Marketing Group<br>222 Ocean Avenue<br>Northport, NY, 11768 | Joe Schramm<br>212 983 0219<br>jschramm@schrammnyc.com | Suppliers or Vendors | | | | 14,500.00 |
| 17 | Globo Comunicação e Participações S.A.<br>303 Jardim Botânico<br>CEP 22460-010<br>Rio de Janeiro, Brazil, CNPJ 27.865.757/0001 | Alan Miguel<br>551151124429<br>alan.miguel@g.globo | Suppliers or Vendors | | | | 14,025.00 |
| 18 | Debmar-Mercury<br>2700 Colorado Avenue<br>4th Floor<br>Santa Monica, CA, 90404 | Adam Lewis<br>310-393-6000<br>adam@debmarmercury.com | Suppliers or Vendors | | | | 13,000.00 |
| 19 | ViacomCBS Networks<br>2450 Colorado Avenue<br>Suite 500E<br>Santa Monica, CA, 90404 | Leslie Ryan<br>310-264-3300<br>leslie.ryan@cbs.com | Suppliers or Vendors | | | | 12,500.00 |
| 20 | NBC Universal Local<br>15000 SW 27th Street<br>2nd Fl.<br>Miami, FL, 33133 | Melissa Castro<br>954-622-6808<br>melissa.casttro@nbcuni.com<br>NBCUniversal Telemundo<br>49,750.00 1 Telemundo Way<br>Miami Florida United States | Suppliers or Vendors | | | | 12,500.00 |

```
Antena TV Group
FICUSULUI AVE
4TH FL 2ND AREA, DIST 1
Bucharest. Romania,  013975


Applied Computer
69 S LaSalle St
Aurora, IL 60505


Blue Media
LEVENT MAHALLESI GULLU SOKAK
NO:8
Istanbul, Hungary,  34330


Buendia Estudios
2655 Le Jeune Rd.
Ste 1114
Coral Gables, FL 33134


Christina M. Paul, Charles Wolf
K&L Gates LLP
200 South Biscayne Blvd. Ste. 3900
Miami, FL 33131


Condista
2015 NW 102nd Ave
3rd Floor
Miami, FL 33172


DeAPlaneta
Av. Diagonal
662-664, 3C
Barcelona, Spain,  08034


Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica, CA 90404
```

**Disney General Entertainment**
**500 South Buena Vista Street**
**Burbank, CA 91521**


**Disney Media Distribution – Latin**
**Two Alhambra Plaza**
**9th Floor**
**Coral Gables, FL 33134**


**Eden Roc Miami Beach Resort**
**Attn: Sunshine Gutierrez**
**Director of Catering**
**4525 Collins Avenue**
**Miami Beach, FL 33140**


**Endeavor**
**9601 Wilshire Blvd.,**
**3rd Fl.**
**Beverly Hills, CA 90210**


**Endemol Shine North America**
**5161 Lankershim**
**Suite 400**
**North Hollywood, CA 91601**


**EW Scripps.co.**
**312 Walnut Street Suite 2800**
**Cincinnati, OH 45202**


**EZEL MEDIA**
**Merdivenkoy Mh. Fahrettin Kerim Gokay cd**
**169/5**
**Kadikoy, Istanbul, Turkey,**


**Federico Dumenigo**
**Dumenigo Law**
**4960 Southwest 72nd Ave # 208**
**Miami, FL 33155**

Fontainebleau Miami Beach
Attn: Sales and Marketing Dept.
4441 Collins Avenue
Miami Beach, FL 33140


Gain Medya
Kuzguncuk Gazhanesi Sk.
No.2 Kuzguncuk Uskudar
Istanbul, Turkey,


Globo Comunicação e Participações S.A.
303 Jardim Botânico
CEP 22460-010
Rio de Janeiro, Brazil,  CNPJ 27.865.757


Grand Hyatt at Baha Mar
One Baha Mar Boulevard
PO Box SP-64324
Nassau, The Bahamas,


HACIYATMAZ FILM
Levent Mahallesi
Güllü Sokak. No: 8
Be?ikta?-Istanbul, Turkey,  34330


Hewes Pictures
515 Madison Ave
22B
New York, NY 10022


Inter Medya Hiz. Tic. A.S.
Kore Sehitleri Cad.
Kore ?ehitleri Cd. 16/1
Istanbul, Turkey, AK 34394


INTERCONTINENTAL BUDAPEST
Apáczai Csere János
utca 12-14
Budapest, Hungary,  1052

**Jack Crouse dba Dogbone Design**
**442 Winding Hollow Ave**
**Ocoee, FL 34761**


**JMP Productions, LLC**
**200 S Ave 52**
**Los Angeles, CA 90042**


**KBS Media**
**4F KBS Media Center 45**
**45 Maebongsan Rd., Mapo-gu**
**Seoul, Republic of Korea,  03909**


**LB B&R360 - Brands & Rights 360**
**Calle Velazquez 46**
**Bajo 3**
**Madrid, Spain,  28001**


**Lionsgate TV**
**2700 Colorado Avenue**
**Santa Monica, CA 90404**


**MBC America**
**3400 W. 6th St.**
**4th Floor**
**Los Angeles, CA 90020**


**MEDIAGENIX**
**13621 NW 12th St**
**Suite 100**
**Fort Lauderdale, FL 33323**


**Mediaproduccion S.L.U.**
**Edificio Overon C/Virgilio 2**
**Pozuelo de Alarcon, Spain,  28223**

```
MGM Television
245 North Beverly Drive
Beverly Hills,  90210


ModcoMedia
102 Madison Avenue
10th Fl.
New York, NY 90004


MODUL'GP KFT
Albertirsai út 10
Budapest, Hungary,  1101


Modulus Media Limited
28, Honister Garden
Stanmore, UK,  HA7 2EH


Navigators Insurance Company
Attn: Apurva Vakani,
Hartford Specialty Claims
One Penn Plaza
New York, NY 10119


NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY 10112


NBC Universal Global Distribution
30 Rockefeller Plaza
New York, NY 10112


NBC Universal Local
15000 SW 27th Street
2nd Fl.
Miami, FL 33133
```

**NBCUniversal Telemundo**
**1 Telemundo Way**
**Miami, FL 33182**

**OGK Creative, LLC**
**3785 N Federal Highway**
**Boca Raton, FL 33431**

**Onza Distribution**
**Calle Principe De Vergara, 57**
**Escalera B, 1ºA**
**Albemarle, NC 28006**

**Piamonte TV**
**Av. Lluis Companys 30**
**Sant Cugat Del Valles**
**Barcelona, Spain,  8172**

**PLUTO TV**
**750 North San Vicente**
**Suite 800**
**West Hollywood, CA 90069**

**Raya Group**
**Salih Omurtak Sokak**
**N0:40 Kosuyolu**
**Kadikoy, Turkey,  34718**

**Redbox**
**One Tower Place**
**Suite 900**
**Oakbrook Terrace, IL 60181**

**RTVE – Radio Televisión Española**
**Av. de. Radio Televisión, 4**
**Pozuelo de Alarcón**
**Madrid, Spain,  28223**

Sator
1831 12th Avenue South
Unit #135
Nashville, TN 37203


SBS International, Inc.
3530 Wilshire Blvd
Ste 1000
Los Angeles, CA 90010


Schramm Marketing Group
222 Ocean Avenue
Northport, NY 11768


Shemaroo Media & Entertainment LLC
50 Harrison Street
Hoboken, NJ 07030


Sinclair Broadcast Group
10706 Beaver Dam Road
Hunt Valley, MD 21030


Sony Pictures
10202 W. Washington Blvd.
Culver City, CA 90232


The CW Television Network
3300 West Olive Ave.
Bldg. 168
Burbank, CA 91505


The Lippin Group, Inc
10675-B Santa Monica Bl.
Los Angeles, CA 90025

**ViacomCBS Networks**
**2450 Colorado Avenue**
**Suite 500E**
**Santa Monica, CA 90404**


**Warner Bros International TV**
**4000 Warner Boulevard**
**Building 161, Room 3018**
**Burbank, CA 91505**


**YLE The Finnish Broadcasting Company**
**P.O. Box 76**
**Yleisradio, Finland,  00240**


**Ziffren, Brittenham, Branca, Et. All**
**1801 Century Park West**
**Los Angeles, CA 90067**


| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Leslie Cohen<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>3103945900<br>3103949280<br>93698<br>leslie@lesliecohenlaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>National Association of Television Program Executives, Inc.<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 8 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 10/11/2022

*JP Bommel*  JP Bommel, Consultant
Signature of Debtor 1

Date: 10/11/2022

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 10/11/2022

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**