**NATPE**
NAVIGATING CONTENT

PRIVILEGED AND CONFIDENTIAL - NOT FOR GENERAL DISTRIBUTION

**NAPTE BOARD OF DIRECTORS**
**RESOLUTION TO APPROVE BANKRUPTCY FILING**
**SEPTEMBER 1ST, 2022**

1. **RESOLVED** to approve an important amendment to the NATPE By-Laws clarifying that decisions regarding a merger, acquisition, reorganization, or liquidation are vested solely with the Board.

2. **RESOLVED** to delegate authority to the Executive Committee to initiate bankruptcy proceedings in its sole discretion, should that become necessary.

Recorded on September 01, 2022, by JP Bommel, President and CEO NATPE.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen, Esq. (SBN: 93698)<br>        leslie@lesliecohenlaw.com<br>J'aime Williams Kerper, Esq. (SBN 261148)<br>        jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW, PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>Telephone:  (310) 394-5900<br>Facsimile:  (310) 394-9280 | |
| ☒ *Attorney for:* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>National Association of Television Program Executives, Inc.<br><br><div align=right>Debtor(s).</div> | CASE NO.: 1:22-bk-11181-MB<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><div align=right>Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <div align=right>Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* JP Bommel                                                      , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒  I am the president or other officer or an authorized agent of the Debtor corporation

☐  I am a party to an adversary proceeding

☐  I am a party to a contested matter

☐  I am the attorney for the Debtor corporation

2.a.  ☐  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.


Date:  _11/18/2022_____

By:  _____
       Signature of Debtor, or attorney for Debtor

Name:  JP Bommel, Interim CEO_____
        Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___New York, NY___

Date: ___11/18/22___

_JP Bommel_
Signature of Debtor 1          JP Bommel, Interim CEO

_____
Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name ___National Association of Television Program Executives, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

(State)

Case number (If known): ___1:22-bk-11181-MB___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................... $ ___0.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................... $ ___533,834.75___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................... $ ___533,834.75___

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................... $ ___0.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................... $ ___95,440.54___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................................... +$ ___2,223,978.16___

4. **Total liabilities**...................................................................................
   Lines 2 + 3a + 3b
   $ ___2,319,418.70___

**Fill in this information to identify the case:**

Debtor name  National Association of Television Program Executives, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): 1:22-bk-11181-MB

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First Republic Bank | Checking | 7  9  8  7 | $ 382,533.45 |
| 3.2. | See continuation sheet | | | $ 126,301.30 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $ 508,834.75

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor  National Association of Television Program Executives, Inc.        Case number *(if known)* 1:22-bk-11181-MB
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   67,000.00 face amount   –  42,000.00 doubtful or uncollectible accounts   = ........➔   $ 25,000.00

    11b. Over 90 days old:   2,200.00 face amount   –  2,200.00 doubtful or uncollectible accounts   = ........➔   $ 0.00

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 25,000.00

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                      % of ownership:

    15.1._____  _____%  _____  $_____

    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____  _____  $_____

    16.2._____  _____  $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        $_____

Debtor   National Association of Television Program Executives, Inc.    Case number (if known)   1:22-bk-11181-MB
         Name

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    National Association of Television Program Executives, Inc.    Case number _(if known)_ 1:22-bk-11181-MB
    Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　　☐ No

    　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** NBV (primarily software and website development) | $ 39,167.00 | SL Deprec | $ 0.00 |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    National Association of Television Program Executives, Inc.    Case number *(if known)*    1:22-bk-11181-MB
Name

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____    $_____    _____    $_____

47.2 _____    $_____    _____    $_____

47.3 _____    $_____    _____    $_____

47.4 _____    $_____    _____    $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    $_____    _____    $_____

48.2 _____    $_____    _____    $_____

49. **Aircraft and accessories**

49.1 _____    $_____    _____    $_____

49.2 _____    $_____    _____    $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

$_____    _____    $_____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    National Association of Television Program Executives, Inc    Case number (if known)    1:22-bk-11181-MB
_____
    Name

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>NATPE domain names and registered TMs | 0.00<br>$_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer list | 0.00<br>$_____ | | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  0.00

---

Debtor   National Association of Television Program...   Case number *(if known)*   1:22-bk-11181-MB
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   National Association of Television Program Executives, Inc.        Case number (if known)   1:22-bk-11181-MB
         Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 508,834.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 25,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 533,834.75 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... 533,834.75   $ 533,834.75

Debtor 1    National Association of Television Program Executives, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**First Republic Bank      Checking             0618**

**Balance: 0.00**

**Schwab (First Foundation)    Brokerage          2113**

**Balance: 126,301.30**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | National Association of Television Program Executives, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | 1:22-bk-11181-MB |

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | **Creditor's name**

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

**Fill in this information to identify the case:**

Debtor _____National Association of Television Program Executives, Inc._____

United States Bankruptcy Court for the: __Central District of California__

Case number    1:22-bk-11181-MB
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Charlie Weiss
24 Hickory Way
Robbinsville, NJ, 08691

As of the petition filing date, the claim is: $ 10,930.36        $ 10,930.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4  )

**2.2** Priority creditor's name and mailing address
Gianna Marchese
2642 30th Ave W
Seattle, WA, 98199

As of the petition filing date, the claim is: $ 163.07        $ 163.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4  )

**2.3** Priority creditor's name and mailing address
Rebecca Shottland
17 Rocklynn Pl
Glen Rock, NJ, 07452

As of the petition filing date, the claim is: $ 10,897.46        $ 10,897.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4  )

Debtor    National Association of Television Program Executives, Inc.    Case number _(if known)_ 1:22-bk-11181-MB
                  Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.** 4  Priority creditor's name and mailing address    $ 11,177.70    $ 11,177.70

Stephanie Beringhele
5745 Jamieson Ave
Encino, CA, 91316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** 5  Priority creditor's name and mailing address    $ 22,784.25    $ 15,150.00

Sylvia Jageshar
4131 S Cardinale Privado
Ontario, CA, 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.** 6  Priority creditor's name and mailing address    $ 39,487.70    $ 15,150.00

Wayneston Harbeson
8992 Rutherford Grove
Las Vegas, NV, 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.**    Priority creditor's name and mailing address    $ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ___ )

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3Vision
26 Circus Mews

Bath, UK, BA1 2PW

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$ 495.00**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
8madrid TV
Ana Mariscal 7
Madrid, Spain, 28223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**$ 495.00**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
A Fishing Story
15643 North Himes Ave

Tampa, FL, 33618

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$ 1,275.00**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
A+E Networks
235 East 45th Street

New York, NY, 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**$ 13,693.61**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
A+E Networks Latin America
2525 Ponce de Leon Blvd

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$ 495.00**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
A+E Networks Latin America
2525 Ponce de Leon Blvd

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$ 495.00**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Abacus Media Rights
2 John Street

Clerkenwell, London, UK, WC1N 2ES

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,900.00

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

AFP
CRA 13 N 82-49
BOGOTA, Colombia, 120101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

AFP
Av. Almirante Barroso 52/1002

Rio de Janeiro, Brazil, 22080-040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Alibi Films
Calle 70 6-43

Bogota, Colombia, 110231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

All3media International
Berkshire House
168-173 High Holborn
London, UK, WC1V 7AA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,000.00

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____     Case number _(if known)_ _____
         National Association of Television Program Executives, Inc.
         Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.12** **Nonpriority creditor's name and mailing address**

Allied Media Partners LLC
1230 Campanelli Drive
Fort Lauderdale, FL, 33322

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 975.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** **Nonpriority creditor's name and mailing address**

Allied Vaughn
704 South Parker Street

MCKINNEY, TX, 75069

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** **Nonpriority creditor's name and mailing address**

Alphonso inc
41926 w capistrano dr

maricopa, AZ, 85138

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** **Nonpriority creditor's name and mailing address**

Amazon
Avenida das Americas
10.001 - Bloco 1 Apto 1302"
Rio de Janeiro, Brazil, 22793-082

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** **Nonpriority creditor's name and mailing address**

Amazon
Avenida das Americas 10.001

Rio de Janeiro, Brazil, 22793-082

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 17  Nonpriority creditor's name and mailing address**

Amazon
Avenida das Americas 10001
Bloco 1 apt. 1302?
Rio de Janeiro, Brazil, 22793082

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 18  Nonpriority creditor's name and mailing address**

AMAZON
Periférico Blvrd Manuel Ávila Camacho 261

Polanco, MEXICO, 11510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 19  Nonpriority creditor's name and mailing address**

Amazon Prime Video
4260 SW 13 ST

miami, FL, 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 20  Nonpriority creditor's name and mailing address**

Amazon Prime Video
7391 SW 117 Ter

Pinecrest, FL, 33156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3. 21  Nonpriority creditor's name and mailing address**

Amazon Prime Video
2333 Brickel Ave apt 1207

Miami, FL, 33129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor _____     _____
        National Association of Television Program Executives, Inc.          Case number (if known)  1:22-bk-11181-MB
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22**  Nonpriority creditor's name and mailing address

Amazon Prime Video
3200 NW 27th Avenue

Boca Raton, FL, 33434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

Amazon Prime Video
1656 Diplomat Dr

North Miami Beach, FL, 33179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

AMC Networks
11 Penn Plaza

New York, NY, 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address

AMC Networks
11 Penn Plaza

New York, NY, 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Baha Mar Registration

$ 544.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

AMC Networks International
11 Penn Plaza
17th Floor
New York, NY, 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____
      National Association of Television Program Executives, Inc.
      Name

Case number *(if known)* 1:22-bk-11181-MB _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 27  **Nonpriority creditor's name and mailing address**

AMC Networks International Latin America
Humboldt 1967
CABA, Argentina, C1414CTU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 28  **Nonpriority creditor's name and mailing address**

AMC Networks Latin America
2121 Ponce de Leon Blvd
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 1,275.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 29  **Nonpriority creditor's name and mailing address**

AMC Networks Latin America LLC
2121 Ponce de Leon Blvd.

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 30  **Nonpriority creditor's name and mailing address**

AMC Networks Latin America LLC
2121 Ponce de Leon Blvd

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 31  **Nonpriority creditor's name and mailing address**

AMERICA VIDEO FILMS
Amenabar 2710
Buenos Aires, Argentina, 1428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32 Nonpriority creditor's name and mailing address**

America's Test Kitchen
97 Lamberts Lane

Cohasset, MA, 2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

---

**3.33 Nonpriority creditor's name and mailing address**

AMERICATV
Montero Rosas # 1099

Lima, Peru

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

**3.34 Nonpriority creditor's name and mailing address**

AMERICATV
Montero Rosas # 1099

Lima, Peru

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

**3.35 Nonpriority creditor's name and mailing address**

Amherst
5001 Plaza on the Lake
Austin, TX, 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

---

**3.36 Nonpriority creditor's name and mailing address**

Ammo Content
95 Christopher Street

New York, NY, 10014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 9 of 106

Debtor _National Association of Television Program Executives, Inc._ Case number _(if known)_ _1:22-bk-11181-MB_
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.37** **Nonpriority creditor's name and mailing address**

Antarctica +
8215 SW 72nd Ave
Miami, FL, 33143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,106.25

---

**3.38** **Nonpriority creditor's name and mailing address**

ANTARCTICA +
8217 SW 72nd Ave. Suite 1006
Miami, FL, 33143

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,275.00

---

**3.39** **Nonpriority creditor's name and mailing address**

Antena TV Group
FICUSULUI AVE
4TH FL 2ND AREA, DIST 1
Bucharest. Romania, 013975

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 948.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Apple TV+
665 NE 122nd Street
Miami, FL, 33161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.00

---

**3.41** **Nonpriority creditor's name and mailing address**

Applied Computer
69 S LaSalle St
Aurora, IL, 60505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250.00

---

Debtor  National Association of Television Program Executives, Inc.                Case number (if known)  1:22-bk-11181-MB
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 42  **Nonpriority creditor's name and mailing address**

Arcadia International Corp.
2600 SW 3rd. Avenue # 850

Miami, FL, 33129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 43  **Nonpriority creditor's name and mailing address**

ATV (Turkuvaz Aktif Televizyon Prodüksiyon
A.?)View Account Hierachy
34060 Eyupsultan

Istanbul, Turkey, 32349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 3,921.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 44  **Nonpriority creditor's name and mailing address**

Banjay Rights
Shepherds Building Central,
Charecroft Way
London, UK, W14 )EE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 10,750.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 45  **Nonpriority creditor's name and mailing address**

Beta Film
2607 Beach Avenue
Venice, CA, 90291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

**3.** 46  **Nonpriority creditor's name and mailing address**

Big Fish Entertainment
7 Pheasant Road West

Pound Ridge, NY, 10576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 5,250.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred      _____

Last 4 digits of account number      _____

---

Debtor _____
            National Association of Television Program Executives, Inc.
            Name

                                                            Case number (if known) ___1:22-bk-11181-MB___

| Part 2: | Additional Page |
|---|---|

|  |  |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.47** **Nonpriority creditor's name and mailing address**

Big Media
1979 Marcus Avenue

Lake Success, NY, 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,180.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.48** **Nonpriority creditor's name and mailing address**

Big Media
1979 Marcus Ave

Lake Success, NY, 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.49** **Nonpriority creditor's name and mailing address**

Big Media
1979 marcus ave ste 210

lake success, NY, 11042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,180.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.50** **Nonpriority creditor's name and mailing address**

Bitácora 5.0
Calle 105 # 17-22

Bucaramanga, Colombia, 680004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.51** **Nonpriority creditor's name and mailing address**

Black Sheep Productions
501 NE 31 ST
Miami, FL, 33137

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Blue Ant Media
24 Forest Hill Drive

Everett, Ontario, Canada, L0M1J0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.53** Nonpriority creditor's name and mailing address

Blue Ant Media
130 Merton Street

Toronto, Ontario, Canada, M4S 1A4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.54** Nonpriority creditor's name and mailing address

Blue Media
LEVENT MAHALLESI GULLU SOKAK
NO:8
Istanbul, Hungary, 34330

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.55** Nonpriority creditor's name and mailing address

Blue Sky Media LLC
8585 E Hartford Dr

Scottsdale, AZ, 85255

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.56** Nonpriority creditor's name and mailing address

BOLD MP
2898 Rowena Avenue

Los Angeles, CA, 90039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,020.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

BoricuaTV
30 Malva St. apt 8,

Portal Santa Maria, Puerto Rico, 927

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,125.00

Basis for the claim: Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Brain Power Studio
118 Raglan Street

Newmarket, Ontario, Canada, L3Y 4B1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00

Basis for the claim: Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Brandvida
3015 N. 49th Street

Phoenix, AZ, 85018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Bridgestone Multimedia Group, LLC
1204 E. Baseline Rd. Ste 103

Tempe, AZ, 85283

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,300.00

Basis for the claim: Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

BRUDER RELEASING INC.
La Quinta, CA, 92253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

Buendia Estudios
2655 Le Jeune Rd.
Ste 1114
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,650.00

---

**3.63** **Nonpriority creditor's name and mailing address**

Buendia Estudios
2655 Le Jeune Rd.
Ste 1114
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 550.00

---

**3.64** **Nonpriority creditor's name and mailing address**

Buendia Estudios
C. de Melchor Fernández Almagro
105
Madrid, Spain, 28029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,100.00

---

**3.65** **Nonpriority creditor's name and mailing address**

Calinos Entertainment /CALINOS FILMCILIK
REK YAY SAN VE DIS TIC LTD STIView
Account Hierarchy
Calinos Plaza, Kavacik Mh.
Ekinciler Cd. Elbistan Sk. No: 6, Beykoz
Istanbul, Turkey, 34810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,100.00

---

**3.66** **Nonpriority creditor's name and mailing address**

Camara Argentina de Internet - CABASE
suipacha 128 - 3 FLOOR "F"

CABA, ARGENTINA, C1008AAD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.67**  **Nonpriority creditor's name and mailing address**

CANAL 13 CHILE
ines matte urrejola 0848

Santiago, Chile, 0

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**  **Nonpriority creditor's name and mailing address**

CANAL 13 CHILE
INES MATTE URREJOLA 0848

SANTIAGO, Chile, 0

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69**  **Nonpriority creditor's name and mailing address**

CANAL 13 CHILE
INES MATTE URREJOLA 0848

Santiago, Chile, 0

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, Uruguay, 11800

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, Uruguay, 11800

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____    1:22-bk-11181-MB
        National Association of Television Program Executives, Inc.
        Name                                          Case number _(if known)_ _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3. 72**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, Uruguay, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3. 73**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, PR, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3. 74**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, Uruguay, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3. 75**  **Nonpriority creditor's name and mailing address**

Canal 4
Paraguay 2253

Montevideo, PR, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3. 76**  **Nonpriority creditor's name and mailing address**

Candlelight Media Group
351 West 1360 North
Orem, UT, 84057

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 3,555.00**

**Basis for the claim:** Global 2023 Exhibition and Sponsors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor ___National Association of Television Program Executives, Inc.___    Case number _(if known)_ __1:22-bk-11181-MB__
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.⁷⁷**  **Nonpriority creditor's name and mailing address**

CDC United Network
Avenue Louise 350

Bruxelles, Belgium, 1050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,500.00

---

**3.⁷⁸**  **Nonpriority creditor's name and mailing address**

Centauro
6355 NW 36 street suite 304

Miami, FL, 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

**3.⁷⁹**  **Nonpriority creditor's name and mailing address**

Centauro
6355 NW 36st suite 304

Miami, FL, 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

**3.⁸⁰**  **Nonpriority creditor's name and mailing address**

CFK
2149 Basil

Los Angeles, CA, 90077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 995.00

---

**3.⁸¹**  **Nonpriority creditor's name and mailing address**

CIC Media
5443 NW 112th PL

Miami, FL, 33178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Cineflex Rights
1st Floor 1 Lorenzo Street

London, UK, WC1X9DJ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,325.00

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

CINEPLEX
6095 N Sabal palm Blvd
Apt 201
Tamarac, FL, 33319

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Circle Media LLC
1501 Woodland Pointe

Nashville, TN, 37214

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

Cisneros Media
121 Alhambra Plaza
Suite 1400
Coral Gables, FL, 33134-4540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,250.00

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

CMO Producciones
CARRERA 5 # 67 - 28

Bogotá, Colombia, 110211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

CNN Brasil
Avenida Paulista 1374 3 mezanino

Sao Paulo, Brazil, 1310100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,089.00

**3.88** Nonpriority creditor's name and mailing address

CNN Brasil
Avenida Paulista 1374 3 mezanino

Sao Paulo, Brazil, 1310100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,089.00

**3.89** Nonpriority creditor's name and mailing address

CNN Brasil
Avenida Paulista 1374 3 mezanino

Sao Paulo, Brazil, 1310100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,089.00

**3.90** Nonpriority creditor's name and mailing address

CNN Brasil
Avenida Paulista 1374 3 mezanino

Sao Paulo, Brazil, 1310100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,089.00

**3.91** Nonpriority creditor's name and mailing address

CNN Brasil
Avenida Paulista 1374 3 mezanino

São Paulo, SP, 1310100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,089.00

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92** **Nonpriority creditor's name and mailing address**

CNN Brasil
Avenida Paulista 1374 3 mezanino

São Paulo, Brazil, 1310100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,089.00

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.93** **Nonpriority creditor's name and mailing address**

Comediha! Distribution inc.
214 avenue St Sacrement

Quebec City, Quebec, Canada, G1N 3X6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,300.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.94** **Nonpriority creditor's name and mailing address**

Compass Pictures
1067 Niskayuna Rd.

Niskayuna, NY, 12309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.95** **Nonpriority creditor's name and mailing address**

Condista
2015 NW 102nd Ave
3rd Floor
Miami, FL, 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.96** **Nonpriority creditor's name and mailing address**

Condista
2015 NW 102nd Ave
3rd Floor
Miami, FL, 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,750.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _National Association of Television Program Executives, Inc._____ Case number _(if known)__1:22-bk-11181-MB___
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.97** Nonpriority creditor's name and mailing address

CONTAINER GROUP S.A
Humboldt 2045 Torre 2
Buenos Aires, Argentina, 1414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,025.00

Basis for the claim: Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.98** Nonpriority creditor's name and mailing address

Coral Europa
Rua do Olival Santo

Vialonga, Portugal, 2625-585

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.99** Nonpriority creditor's name and mailing address

Coral Vision Europa
Rua do Olival Santo
no 43
Vialonga, Portugal, 2625-585

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.100** Nonpriority creditor's name and mailing address

CORUS
25 Dockside Drive

Toronto, Ontario, Canada, M5A0B5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.101** Nonpriority creditor's name and mailing address

Corus Entertainment
25 Dockside Drive
Toronto, Ontario, Canada, M5A 0B5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 102 **Nonpriority creditor's name and mailing address**

Cowles Company
PO Box 600
Spokane, WA, 99210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 103 **Nonpriority creditor's name and mailing address**

Crossroads Television System (O/A YESTV)
1295 North Service Road

Burlington, Ontario, Canada, L7R 4X5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 104 **Nonpriority creditor's name and mailing address**

Crown Media Family Networks
12700 Ventura Boulevard

Studio City, CA, 91604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 105 **Nonpriority creditor's name and mailing address**

Crown Media International Distribution
12700 Ventura Blvd
Suite 200
Studio City, CA, 91604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 106 **Nonpriority creditor's name and mailing address**

Danger TV LLC
100 Hepburn Road

Clifton, NJ, 7012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3. 107** Nonpriority creditor's name and mailing address

DeAPlaneta
Av. Diagonal
662-664, 3C
Barcelona, Spain, 08034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,100.00

---

**3. 108** Nonpriority creditor's name and mailing address

Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica, CA, 90404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,000.00

---

**3. 109** Nonpriority creditor's name and mailing address

Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica, CA, 90404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,000.00

---

**3. 110** Nonpriority creditor's name and mailing address

Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica, CA, 90404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,000.00

---

**3. 111** Nonpriority creditor's name and mailing address

Dee Brown Ceo
2670 union ave ext

Memphis, TN, 38112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,475.00

---

Debtor _____    _____
        National Association of Television Program Executives, Inc.          Case number *(if known)* __1:22-bk-11181-MB__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 112    **Nonpriority creditor's name and mailing address**

Del Barrio Producciones
Calle Santa Isabel 241 Dpto. 301 Miraflores
Lima, Peru, 15074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,750.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 113    **Nonpriority creditor's name and mailing address**

Dinter LLC
5757 SE Miles Grant Rd

Stuart, FL, 34997

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 114    **Nonpriority creditor's name and mailing address**

Directv
Capitan Justo GA.Bermudez 4547

Munro, Argentina, B1605DII

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 115    **Nonpriority creditor's name and mailing address**

Dish México
CALZADA DE TLALPAN 1924

CIUDAD DE MEXICO, MEXICO, 4210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 116    **Nonpriority creditor's name and mailing address**

Disney Branded Television & National
Geographic
1216 Albemarle Rd.
Brooklyn, NY, 11218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____
        National Association of Television Program Executives, Inc.
        Name

Case number _(if known)_ _1:22-bk-11181-MB_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3. 117** **Nonpriority creditor's name and mailing address**

Disney General Entertainment
500 South Buena Vista Street
Burbank, CA, 91521

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,000.00

---

**3. 118** **Nonpriority creditor's name and mailing address**

Disney Media Distribution - Latin
Two Alhambra Plaza
9th Floor
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,500.00

---

**3. 119** **Nonpriority creditor's name and mailing address**

Disney Media Distribution - Latin America
Two Alhambra Plaza, 9th Floor

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,500.00

---

**3. 120** **Nonpriority creditor's name and mailing address**

Dopamine
Dr Severo Ochoa 47

Madrid, Spain, 28100

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.00

---

**3. 121** **Nonpriority creditor's name and mailing address**

Dori Media Group
2 Raul Wallenberg St.
TEL-AVIV, Israel, 6971901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Global 2023 Exhibition and Sponsors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,250.00

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims

Debtor _____     _____
National Association of Television Program Executives, Inc.       Case number *(if known)* 1:22-bk-11181-MB
        Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.122** Nonpriority creditor's name and mailing address

Dori Media Group
2 Raul Wallenberg St.

TEL-AVIV, Israel, 6971901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,812.50

Basis for the claim: Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

DRAMAX
Calle 33 # 16-50

Bogota, 110231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

DRAMAX
Calle 33 # 16-50

BOGOTA, Colombia, 111311

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

Duplitech
20000 Mariner Avenue
Torrance, CA, 90503

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

Dynamic Television
2853 Nichols Canyon Place

Los Angeles, CA, 90046

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 27 of ___106

Debtor __National Association of Television Program Executives, Inc.__ Case number _(if known)_ __1:22-bk-11181-MB__
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.127** | **Nonpriority creditor's name and mailing address**

Dynamo Contenidos
Tepic 108

Mexico, 6760

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,475.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.128** | **Nonpriority creditor's name and mailing address**

E.W. Scripps
312 Walnut Street

Cincinnati, OH, 45202

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.129** | **Nonpriority creditor's name and mailing address**

E.W. Scripps
312 Walnut Street
Ste 2800"
Cincinnati, OH, 45202

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.130** | **Nonpriority creditor's name and mailing address**

Eccho Rights
Kungsgaten 48

Stockholm, Sweden, 11135

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.131** | **Nonpriority creditor's name and mailing address**

ECOR LTDA
AV DOBLE VIA A LA GUARDIA SN
SANTA CRUZ DE LA SIERRA, Bolivia, 0000000

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____   Case number _(if known)_ __1:22-bk-11181-MB__
   National Association of Television Program Executives, Inc.
   Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 132  **Nonpriority creditor's name and mailing address**

ECOR LTDA
AV DOBLE VIA A LA GUARDIA SN

SANTA CRUZ DE LA SIERRA, BOLIVIA, 0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 133  **Nonpriority creditor's name and mailing address**

ECOR LTDA.
AV. DOBLE VIA A LA GUARDIA SN

SANTA CRUZ DE LA SIERRA, Bolivia, 0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 134  **Nonpriority creditor's name and mailing address**

ECUAVISA
Cerro del Carmen s/n

Guayaquil, Ecuador, 90306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 135  **Nonpriority creditor's name and mailing address**

Eden Roc Miami Beach Resort
Attn: Sunshine Gutierrez
Director of Catering
4525 Collins Avenue
Miami Beach, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal action

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 136  **Nonpriority creditor's name and mailing address**

Edisen
260 Hamilton Road

Chappaqua, NY, 10514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137  Nonpriority creditor's name and mailing address**

Electric Entertainment Inc
962 N. La Cienega Blvd.

Los Angeles, CA, 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,200.00

**Basis for the claim:** Miami Exhibition and Sponsor

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.138  Nonpriority creditor's name and mailing address**

Endeavor
9601 Wilshire Blvd.,
3rd Fl.
Beverly Hills, CA, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,000.00

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.139  Nonpriority creditor's name and mailing address**

Endeavor Content
9560 Wilshire Blvd

Los Angeles, CA, 90212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.140  Nonpriority creditor's name and mailing address**

Endemol Shine North America
5161 Lankershim
Suite 400
North Hollywood, CA, 91601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.141  Nonpriority creditor's name and mailing address**

Energia
Miami, FL, 33176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 142  **Nonpriority creditor's name and mailing address**

Entertainment Studios
4861 Hanging Moss Lane
Sarasota, FL, 34238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 202 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 143  **Nonpriority creditor's name and mailing address**

Esteno Media Group
17498 SW 36th St

Miramar, FL, 33029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 144  **Nonpriority creditor's name and mailing address**

EW Scripps
312 Walnut Street
Ste 2800
Cincinnati, OH, 45202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 145  **Nonpriority creditor's name and mailing address**

EW Scripps
312 Walnut Street

CINCINNATI, OH, 45202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 146  **Nonpriority creditor's name and mailing address**

EW Scripps.co.
312 Walnut Street Suite 2800
Cincinnati, OH, 45202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|--------|------------|------------|------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 147** Nonpriority creditor's name and mailing address

EW Scripps.co.
312 Walnut Street Suite 2800

Cincinnati, OH, 45202

**As of the petition filing date, the claim is:** $ 7,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 148** Nonpriority creditor's name and mailing address

Exile Content Studio
2450 Colorado Ave Suite 100E

Santa Monica, CA, 90404

**As of the petition filing date, the claim is:** $ 12,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 149** Nonpriority creditor's name and mailing address

EZEL MEDIA
Merdivenkoy Mh. Fahrettin Kerim Gokay cd.
169/5
Kadikoy, Istanbul, Turkey

**As of the petition filing date, the claim is:** $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 150** Nonpriority creditor's name and mailing address

Family Entertainment TV
613 Ironwood Road
South Bend, IN, 46614

**As of the petition filing date, the claim is:** $ 995.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 151** Nonpriority creditor's name and mailing address

FERO INTERNATIONAL
2566 Catamaran Way

Chula Vista, CA, 91914

**As of the petition filing date, the claim is:** $ 5,250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____
National Association of Television Program Executives, Inc.
        Name

Case number _(if known)_ 1:22-bk-11181-MB

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.152**  Nonpriority creditor's name and mailing address

Film Factory Entertainment
Calle Lincoln 11
Barcelona, Spain, 08006

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.153**  Nonpriority creditor's name and mailing address

FilmRise
220 36th Street 4th floor

Brooklyn, NY, 11232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,750.00

**Basis for the claim:**  Miami Exhibition and Sponsor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.154**  Nonpriority creditor's name and mailing address

Flix Translations Group
2222 Ponce de Leon Blvd., Suite 300

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,100.00

**Basis for the claim:**  Miami Exhibition and Sponsor

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.155**  Nonpriority creditor's name and mailing address

Fontainebleau Miami Beach
Attn: Sales and Marketing Dept.
4441 Collins Avenue
Miami Beach, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:**  Legal action

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.156**  Nonpriority creditor's name and mailing address

Foundation Sales and Consulting
968 N. Madison

Pasadena, CA, 91104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:**  Other, Miami 2022 Registration

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

Debtor National Association of Television Program Executives, Inc.    Case number (if known) 1:22-bk-11181-MB
_____
Name

| Part 2: | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

---

**3.157** Nonpriority creditor's name and mailing address

Fox Nation
350 BEDFORD RD

CHAPPAQUA, NY, 10514

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address

Fresh Or Phresh Media
4419 SW 13TH TER

MIAMI, FL, 33134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address

FULL BOARD MEDIA
VIALE CAMPANIA 4
MILANO, ITALY, 20133

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address

Full Board Media s.r.l.
Viale Campania 4
20133

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address

Fuse Media
700 North Central Avenue
Glendale, CA, 91020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

Fuse Media
18 Gem Mtn

Lagrangeville, NY, 12540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** Nonpriority creditor's name and mailing address

Fuse Media
700 N Central Ave

Glendale, CA, 91203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** Nonpriority creditor's name and mailing address

G4
1840 Victory Blvd

Glendale, CA, 91506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** Nonpriority creditor's name and mailing address

Gain Medya
Kuzguncuk Gazhanesi Sk.
No.2 Kuzguncuk Uskudar
Istanbul, Turkey

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

Gannett Fleming
4140 Henhawk Court

Ellicott City, MD, 21042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167  **Nonpriority creditor's name and mailing address**

Gaumont
750 N San Vicente Boulevard
West Hollywood, CA, 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,275.00

---

**3.** 168  **Nonpriority creditor's name and mailing address**

Gaumont
750 N San Vicente Boulevard

west hollywood, CA, 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,275.00

---

**3.** 169  **Nonpriority creditor's name and mailing address**

Gaumont
750 N SAN VICENTE BLVD

west hollywood, CA, 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,275.00

---

**3.** 170  **Nonpriority creditor's name and mailing address**

Get Lucky Productions
726 S. Milwaukee Ave

Gurnee, IL, 60031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

**3.** 171  **Nonpriority creditor's name and mailing address**

Giant Pictures
133 W. 19th Street

new yoirk, NV, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.00

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 172 **Nonpriority creditor's name and mailing address**

Giant Pictures
133 W19th Street

New York, NY, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$** 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 173 **Nonpriority creditor's name and mailing address**

Giant Pictures LLC
133 W 19th St

New York, NY, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**$** 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 174 **Nonpriority creditor's name and mailing address**

GLOBAL AGENCY (GLOBAL TELIF HAKLARI
YAPIMCILIK TIC A.S.)
abdi ipekçi cad park 19/1 kat3 ni?anta??

Istanbul, Turkey, 34367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**$** 16,600.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 175 **Nonpriority creditor's name and mailing address**

Globo
Rua Lopes Quintas 303
Rio de Janeiro, Brazil, 22460901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**$** 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 176 **Nonpriority creditor's name and mailing address**

Globo
"Rua Jardim Botanico
695 - 7? andar"
Rio de Janeiro, Brazil, 22470-050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**$** 1,275.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 177    **Nonpriority creditor's name and mailing address**

Globo Comunicação e Participações S.A.
303 Jardim Botânico
CEP 22460-010
Rio de Janeiro, Brazil, CNPJ 27.865.757/0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,025.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 178    **Nonpriority creditor's name and mailing address**

Golden Media Group Inc.
19553 Mesa of the Oaks

Newhall, CA, 91321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 179    **Nonpriority creditor's name and mailing address**

Grand Hyatt at Baha Mar
One Baha Mar Boulevard
PO Box SP-64324
Nassau, The Bahamas,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 50,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 180    **Nonpriority creditor's name and mailing address**

Gravitas Ventures
2900 Detroit Ave

Cleveland, OH, 44113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 181    **Nonpriority creditor's name and mailing address**

Gray Media Group
27 Berkshire Road
Merrick, NY, 11566

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 995.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____
      National Association of Television Program Executives, Inc.
      Name

Case number _(if known)_ 1:22-bk-11181-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address

Gray Media Group
137 Rolling Hills Place

Canton, GA, 30114

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.183** Nonpriority creditor's name and mailing address

GRB Studios
13400 Riverside Drive Suite 300

Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,800.00

---

**3.184** Nonpriority creditor's name and mailing address

Great Movies Distribution
12841 New Market St

Fort Myes, FL, 33913

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,800.00

---

**3.185** Nonpriority creditor's name and mailing address

Greenfield Media LLC
2711 North Street

Fairfield, CT, 6824

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.186** Nonpriority creditor's name and mailing address

GRIFFIN MEDIA
7401 N KELLEY AVENUE

OKLAHOMA CITY, OK, 73111

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 544.50

---

Debtor ___National Association of Television Program Executives, Inc.___    Case number _(if known)_ __1:22-bk-11181-MB__
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**__187__  **Nonpriority creditor's name and mailing address**

Grupo Lauman
87 Lakeside Green
The Woodlands, TX, 77382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 1,475.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**__188__  **Nonpriority creditor's name and mailing address**

Grupo Secuoya
Carrera 11a 97a 19

Bogota, Colombia, 110111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**__189__  **Nonpriority creditor's name and mailing address**

HACIYATMAZ FILM
Levent Mahallesi
Güllü Sokak. No: 8
Be?ikta?-Istanbul, Turkey, 34330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**__190__  **Nonpriority creditor's name and mailing address**

HBO Max
1050 Techwood Drive NW
Atlanta, GA, 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.**__191__  **Nonpriority creditor's name and mailing address**

Hemisphere Media Group
4000 Ponce de Leon Blvd., Suite 650

Coral Gables, FL, 33146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 13,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ___192___ **Nonpriority creditor's name and mailing address**

Hewes Pictures
515 Madison Ave
22B
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,750.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___193___ **Nonpriority creditor's name and mailing address**

HITN TV
63 Flushing Avenue

Brooklyn, FL, 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___194___ **Nonpriority creditor's name and mailing address**

HITN TV
63 Flushing Avenue

Brooklyn, NY, 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___195___ **Nonpriority creditor's name and mailing address**

HITN TV
63 Flushing Ave.

Brooklyn, NY, 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ___196___ **Nonpriority creditor's name and mailing address**

hoopla Digital
1417 Timberwolf Dr

Holland, OH, 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 197  **Nonpriority creditor's name and mailing address**

hoopla digital
1417 Timberwolf Dr

Holland, OH, 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 198  **Nonpriority creditor's name and mailing address**

Horowitz Research
270 North Ave., Suite 805

New Rochelle, NY, 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 199  **Nonpriority creditor's name and mailing address**

Horus Movies Animation
BORA KOMOROWSKIEGO 39 / 167
WARSZAWA, POLAND, 03-982

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 200  **Nonpriority creditor's name and mailing address**

IB Broadcasting Company
Porfirio Diaz 39
Mexico City, Mexico, 03720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 201  **Nonpriority creditor's name and mailing address**

ICEX - España Exportacion E Inversiones E.P.E.
2655 Le Jeune Rd. Ste 1114

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,500.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| | | |
|---|---|---|
| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* 1:22-bk-11181-MB |
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 202  **Nonpriority creditor's name and mailing address**

Imagen TV
Av. Universidad #2014
Ciudad de México, Mexico, 04360

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 203  **Nonpriority creditor's name and mailing address**

Imagen TV
Av. Universidad #2014

Ciudad de México, Mexico, 4360

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 204  **Nonpriority creditor's name and mailing address**

IMDb TV / Amazon Studios
272 Entrada drive
Santa Monica, CA, 90402

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 205  **Nonpriority creditor's name and mailing address**

IMDb TV / Amazon Studios
272 entrada drive

santa monica, CA, 90402

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 206  **Nonpriority creditor's name and mailing address**

INCOMSA
1315 NW 98 Court Unit#8

Doral, FL, 33172

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____   _____
       National Association of Television Program Executives, Inc.      Case number (if known)  1:22-bk-11181-MB
       Name

| **Part 2:** | **Additional Page** |

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

**3.** 207 **Nonpriority creditor's name and mailing address**                                   $ 1,275.00

INFINITO STUDIOS
Calle Llull
48. 3-2.
BARCELONA, Spain, 8005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 208 **Nonpriority creditor's name and mailing address**                                   $ 1,275.00

INFINITO STUDIOS
Calle LLull
48. 3-2.
BARCELONA, SPAIN, 8005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 209 **Nonpriority creditor's name and mailing address**                                   $ 1,275.00

INFINITO STUDIOS
Calle LLUL
48. 3-2.
BARCELONA, Spain, 8005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 210 **Nonpriority creditor's name and mailing address**                                   $ 544.50

INSP LLC.
3000 Worldreach Dr

Indian Land, SC, 29707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 211 **Nonpriority creditor's name and mailing address**                                   $ 544.50

INSP LLC.
3000 Worldreach Dr

Indian Land, SC, 29707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.212  Nonpriority creditor's name and mailing address**

INSP Network
3000 WorldReach Drive

Indian Land, SC, 29707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☒ No  ☐ Yes |

**3.213  Nonpriority creditor's name and mailing address**

Inter Medya Hiz. Tic. A.S.
Kore Sehitleri Cad.
Kore ?ehitleri Cd. 16/1
Istanbul, Turkey, AK, 34394

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,000.00

Basis for the claim:  Suppliers or Vendors

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.214  Nonpriority creditor's name and mailing address**

INTERCONTINENTAL BUDAPEST
Apáczai Csere János
utca 12-14
Budapest, Hungary, 1052

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 48,640.68

Basis for the claim:  Suppliers or Vendors

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.215  Nonpriority creditor's name and mailing address**

International Dubbing Factory
11251 NW 20th St. Unit
Unit 101
Miami, FL, 33172

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim:  Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☒ No  ☐ Yes |

**3.216  Nonpriority creditor's name and mailing address**

Internet Media & Entertainment INC
6487 Cavalleri Rd

Malibu, CA, 90265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

Basis for the claim:  Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

Debtor    National Association of Television Program Executives, Inc.    Case number _(if known)_   1:22-bk-11181-MB

Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.217** Nonpriority creditor's name and mailing address

ISLA AUDIOVISUAL
CALLE MARIA AUXILIADORA 26

MAJADAHONDA, Spain, 28220

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.218** Nonpriority creditor's name and mailing address

ISSAM HIJJAWI PRODUCTION HOUSE
20 King Faisal Bin Abed Alaziz Street
Umuthaina
Amman, Jordan, 11194

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.219** Nonpriority creditor's name and mailing address

ISTANBUL CHAMBER OF COMMERCE
Resadiye St. Eminonu Fatih

Istanbul, Turkey, 34112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 3,780.00**

Basis for the claim:  Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.220** Nonpriority creditor's name and mailing address

ITV Studios GLobal Entertainment
Familie De Mollaan 1

Hilversum, Netherlands, 1217 ZB

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,250.00**

Basis for the claim:  Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.221** Nonpriority creditor's name and mailing address

IVC/Ole Comunications
2525 Ponce de Leon Blvd Suite #250

Coral Gables, FL, 33134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 495.00**

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |
|---|---|

**3.222** Nonpriority creditor's name and mailing address

Jack Crouse dba Dogbone Design
442 Winding Hollow Ave
Ocoee, FL, 34761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.223** Nonpriority creditor's name and mailing address

JMP Productions, LLC
200 S Ave 52
Los Angeles, CA, 90042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,500.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.224** Nonpriority creditor's name and mailing address

Kalil & Co.
2960 N. Swan Rd

Tucson, AZ, 85712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.225** Nonpriority creditor's name and mailing address

Kanal D International (DEMIROREN TV RADYO
YAYINCILIK YAPIMCILIK A.S.)
100. YIL MAH. 2264. SK. DEMIROREN MEDYA
CENTER APT. NO:1/21 34218 BAGCILAR

Istanbul, Turkey, 34218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,065.00

Basis for the claim: Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.226** Nonpriority creditor's name and mailing address

Katz Television Group
125 W. 55th Street

New York, NY, 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227  Nonpriority creditor's name and mailing address**

KBS Media
4F KBS Media Center 45
45 Maebongsan Rd., Mapo-gu
Seoul, Republic of Korea, 03909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.228  Nonpriority creditor's name and mailing address**

KC Global Media Entertainment
13225 OLD OAK LN

LOS ANGELES, CA, 90049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.229  Nonpriority creditor's name and mailing address**

Korea Creative Content Agency (KOCCA)
35 Gyoyuk gil, Naju-si, Jeollanam-do

Naju, Korea, Republic of, 58217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33,200.00

---

**3.230  Nonpriority creditor's name and mailing address**

Laberinto Cine y TV
carrera 8 67-74
Bogotá D.C., Colombia, 110231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,025.00

---

**3.231  Nonpriority creditor's name and mailing address**

Landia Content
Gral Benjamin Hill 1 Piso 1 Suite 154
155107 ABC
Mexico City, Mexico, 6170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 48 of 106

Debtor  National Association of Television Program Executives, Inc.          Case number (if known)  1:22-bk-11181-MB
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3. 232**  **Nonpriority creditor's name and mailing address**

Landia Content SA de CV
Benjamin Hill 1 Suite 154
155 107 ABC
Mexico City, Mexico, 06170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 233**  **Nonpriority creditor's name and mailing address**

Landia Content SA de CV
Benjamin Hill 1 Suite 154
155 107 ABC
Mexico City, Mexico, 06170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 234**  **Nonpriority creditor's name and mailing address**

Landia Content SA de CV
"Benjamin Hill 1 Suite 154
155 107 ABC
Mexico City, Mexico

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 235**  **Nonpriority creditor's name and mailing address**

LATINA
AV. SAN FELIPE 968
Jesus Maria, Peru, 51111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 236**  **Nonpriority creditor's name and mailing address**

LATINA
AV. SAN FELIPE 968

JESUS MARIA, Peru, 51111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** Nonpriority creditor's name and mailing address

Latina
Av. San felipe 968 Jesus Maria

Lima, Peru, 15072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.238** Nonpriority creditor's name and mailing address

LATINA
AV. SAN FELIPE 968

JESUS MARIA, Peru, 51111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.239** Nonpriority creditor's name and mailing address

LB B&R360 - Brands & Rights 360
Calle Velazquez 46
Bajo 3
Madrid, Spain, 28001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.240** Nonpriority creditor's name and mailing address

Ledafilms
Virrey Olaguer y Feliu 2462
Piso 3
BUENOS AIRES, Argentina, 1426

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

$ 1,520.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.241** Nonpriority creditor's name and mailing address

Legacy Distribution
3715 Kings Way

Boca Raton, FL, 33434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242  Nonpriority creditor's name and mailing address**

Lexicon Media
1602 Belle View Blvd
Alexandria, VA, 22307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243  Nonpriority creditor's name and mailing address**

Liberman Media Group - Teleonce
Calle Carazo #67

Guaynabo, Puerto Rico, 969

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244  Nonpriority creditor's name and mailing address**

Library Kingdom Cooperation
14320 Ventura Boulevard

Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245  Nonpriority creditor's name and mailing address**

Lifestyle Magazine
3270 E. Darby St. Unit 224

Simi Valley, CA, 93063

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 995.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246  Nonpriority creditor's name and mailing address**

Lionsgate TV
2700 Colorado Avenue
Santa Monica, CA, 90404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 128,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 247**  Nonpriority creditor's name and mailing address

Lionsgate TV
2700 Colorado Avenue

SANTA MONICA, CA, 90404

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64,400.00

---

**3. 248**  Nonpriority creditor's name and mailing address

Litopos Producciones
MIGUEL LAURENT 52 INT 4

Benito Juarez, Mexico, 3200

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,275.00

---

**3. 249**  Nonpriority creditor's name and mailing address

LIVENow Global
3 Cavendish Square

LONDON, UK, W1G 0LB

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,275.00

---

**3. 250**  Nonpriority creditor's name and mailing address

Luk Intgernacional S.A
Travessera de Gracia 17-21 entl C-D

Barcelona, Spain, 8021

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,633.50

---

**3. 251**  Nonpriority creditor's name and mailing address

MA PRODUCTION F?LMC?L?K VE YAPIM
ANON?M ??RKET?
Esentepe, Kore ?ehitleri Cd.
No:5, 34394 ?i?li
Istanbul, Turkey,

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,625.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 52 of 106

| Debtor | | |
|---|---|---|
| | National Association of Television Program Executives, Inc. | Case number *(if known)* 1:22-bk-11181-MB |
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 252  **Nonpriority creditor's name and mailing address**

Macias Group
11251 NW 20th St. Unit 101

miami, FL, 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.00

---

**3.** 253  **Nonpriority creditor's name and mailing address**

MBC America
3400 W. 6th St.
4th Floor
Los Angeles, CA, 90020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 254  **Nonpriority creditor's name and mailing address**

MC FILMS
61 BAINBRIDGE AC

PROVIDENCE, RI, 2909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.00

---

**3.** 255  **Nonpriority creditor's name and mailing address**

Mediacrest Entertainment
Calle Trafalgar 38
Barcelona, Spain, 08010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

**3.** 256  **Nonpriority creditor's name and mailing address**

Mediacrest Entertainment
Calle Trafalgar 38

Barcelona, Spain, 8010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

Debtor  National Association of Television Program Executives, Inc.  Case number *(if known)* 1:22-bk-11181-MB

Name

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.257** Nonpriority creditor's name and mailing address

Mediacrest Entertainment
Calle Trafalgar 38

Barcelona, Spain, 8010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 995.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.258** Nonpriority creditor's name and mailing address

MEDIAGENIX
13621 NW 12th St
Suite 100
Fort Lauderdale, FL, 33323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.01

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.259** Nonpriority creditor's name and mailing address

MEDIAGENIX
13621 NW 12th St Suite 100

Fort Lauderdale, FL, 33315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.01

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.260** Nonpriority creditor's name and mailing address

Mediaproduccion S.L.U.
Edificio Overon C/Virgilio 2
Pozuelo de Alarcon, Spain, 28223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.261** Nonpriority creditor's name and mailing address

MEGAMEDIA
AVDA. VICUNA MACKENNA 1370
Santiago Chile, 7780006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

| Debtor | National Association of Television Program Executives, Inc. | | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

Megamedia S.A.
Vicuña Mackenna 1370

Ñuñoa, Región Metropolitana, Chile, 7780006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,633.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.263** **Nonpriority creditor's name and mailing address**

Melanite Productions
848 BRICKELL KEY DRIVE
Miami, FL, 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.264** **Nonpriority creditor's name and mailing address**

Melanite Productions
848 BRICKELL KEY DRIVE

MIAMI, FL, 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.265** **Nonpriority creditor's name and mailing address**

Meruelo Media
863 S. Bedford St. # 3

Los Angeles, CA, 90035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.266** **Nonpriority creditor's name and mailing address**

Mesber Agency
1504 Bay Road

Miami, FL, 33139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267  Nonpriority creditor's name and mailing address**

MGE - Mega Global Entertainment
333 SE 2nd Avenue, Suite 2027

Miami, FL, 33131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,650.00

**3.268  Nonpriority creditor's name and mailing address**

MGM Television
245 North Beverly Drive

Beverly Hills, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 80,500.00

**3.269  Nonpriority creditor's name and mailing address**

MGM Television
245 North Beverly Drive

Beverly Hills, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 17,070.00

**3.270  Nonpriority creditor's name and mailing address**

Minuto 90 Films
Calle Pau Claris 141

Barcelona, Spain, 8009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

**3.271  Nonpriority creditor's name and mailing address**

Mission Broadcasting
901 Indiana Avenue
Suite 375
Wichita Falls, TX, 76301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

Debtor _____
National Association of Television Program Executives, Inc.
Name

Case number _(if known)_ _1:22-bk-11181-MB_

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 272   **Nonpriority creditor's name and mailing address**

ModcoMedia
102 Madison Avenue
10th Fl.
New York, NY, 90004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 72,000.00

---

**3.** 273   **Nonpriority creditor's name and mailing address**

MODUL'GP KFT
Albertirsai út 10
Budapest, Hungary, 1101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,878.07

---

**3.** 274   **Nonpriority creditor's name and mailing address**

Modulus Media Limited
28, Honister Garden

Stanmore, UK, HA7 2EH

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,700.00

---

**3.** 275   **Nonpriority creditor's name and mailing address**

Monarch Films, Inc.
25 Lawrence Drive

WINDHAM, NH, 12496

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 975.00

---

**3.** 276   **Nonpriority creditor's name and mailing address**

Multicom Entertainment
1575 Westwood Blvd Suite 300

Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,750.00

---

Debtor _National Association of Television Program Executives, Inc._____ Case number _(if known)__1:22-bk-11181-MB____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 277  **Nonpriority creditor's name and mailing address**

Narrative Capital
232 Madison Ave.

New York, NY, 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 278  **Nonpriority creditor's name and mailing address**

National Geographic
1216 Albemarle Rd.

Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 279  **Nonpriority creditor's name and mailing address**

National Geographic
1216 Albemarle Rd.

Brooklyn, NY, 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 280  **Nonpriority creditor's name and mailing address**

Navigators Insurance Company
Attn: Apurva Vakani,
Hartford Specialty Claims
One Penn Plaza
New York, NY, 10119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal action

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 281  **Nonpriority creditor's name and mailing address**

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY, 10112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___National Association of Television Program Executives, Inc.___ Case number _(if known)_ __1:22-bk-11181-MB__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3. 282** **Nonpriority creditor's name and mailing address**

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY, 10112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80,000.00

**3. 283** **Nonpriority creditor's name and mailing address**

NBC Universal
2350 NW 25th Ave
Miami, FL, 33142

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

**3. 284** **Nonpriority creditor's name and mailing address**

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY, 10112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,000.00

**3. 285** **Nonpriority creditor's name and mailing address**

NBC Universal Global Distribution
30 Rockefeller Plaza

New York, NY, 10112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,400.00

**3. 286** **Nonpriority creditor's name and mailing address**

NBC Universal Local
15000 SW 27th Street
2nd Fl.
Miami, FL, 33133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,500.00

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **287**  **Nonpriority creditor's name and mailing address**

NBCUniversal Local
15000 SW 27th Street, 2nd Fl.

Miami, FL, 33027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 12,500.00

---

**3.** **288**  **Nonpriority creditor's name and mailing address**

NBCUniversal Telemundo
1 Telemundo Way
Miami, FL, 33182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 49,750.00

---

**3.** **289**  **Nonpriority creditor's name and mailing address**

Netflix
415 Orange Grove Circle
Pasadena, CA, 91105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 495.00

---

**3.** **290**  **Nonpriority creditor's name and mailing address**

Netflix
415 Orange Grove Circle

Pasadena, CA, 91105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 495.00

---

**3.** **291**  **Nonpriority creditor's name and mailing address**

Netflix
5808 W. Sunset Blvd

Los Angeles, CA, 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 495.00

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|--------|------------|-------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.292   Nonpriority creditor's name and mailing address**

Netflix
415 Orange Grove Circle

Pasadena, CA, 91105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.293   Nonpriority creditor's name and mailing address**

New Tang Dynasty Television (Canada)
5743 Heatherleigh Ave

Mississauga, NC, L5V 2R1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.294   Nonpriority creditor's name and mailing address**

Nexstar Broadcasting
1641 Beautymeadow Drive

Brownsburg, IN, 46112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.295   Nonpriority creditor's name and mailing address**

Nexstar Media
18614 Rue Beauvais

Lutz, FL, 33558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.296   Nonpriority creditor's name and mailing address**

Nielsen
85 Broad Street

New York, NY, 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,750.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 297 **Nonpriority creditor's name and mailing address**

Night Train Media
Residenzstrasse 9

Munich, Germany, 80333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 298 **Nonpriority creditor's name and mailing address**

NTD
51 Aspenwood Dr

Toronto, NC, M2H2E8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 299 **Nonpriority creditor's name and mailing address**

NUEVEMEDIA SA
AV SANTA FE 1317 PISO 9

Buenos Aires, Argentina, 1059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 300 **Nonpriority creditor's name and mailing address**

NUEVEMEDIA SA
AV SANTA FE 1317 PISO 9

Buenos Aires, Argentina, 1059

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 301 **Nonpriority creditor's name and mailing address**

OGK Creative, LLC
3785 N Federal Highway
#300
Boca Raton, FL, 33431

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,450.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 302  **Nonpriority creditor's name and mailing address**

Olympusat
477 South Rosemary Ave
West Palm Beach, FL, 33401

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 303  **Nonpriority creditor's name and mailing address**

OLYMPUSAT
750 S SPAULDING

LOS ANGELES, CA, 90036

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 304  **Nonpriority creditor's name and mailing address**

olympusat
477 S. Rosemary Ave

West Palm beach, FL, 33401

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 305  **Nonpriority creditor's name and mailing address**

OM-MA (ONTIER MEDIA & MUSIC ADVISORY)
Amsterdam, Netherlands

$ 1,275.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 306  **Nonpriority creditor's name and mailing address**

OnePlay LLC
Cartagena 1646

Montevideo, Uruguay, 11500

$ 495.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor _____
       National Association of Television Program Executives, Inc.
       Name                                    Case number *(if known)*  1:22-bk-11181-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** Nonpriority creditor's name and mailing address

Onza Distribution
Calle Principe De Vergara, 57
Escalera B, 1ºA
Albemarle, NC, 28006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.308** Nonpriority creditor's name and mailing address

Open Road Films
75 Spring St

New York, NY, 10012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.309** Nonpriority creditor's name and mailing address

Open Road Films
75 Spring St

New York, NY, 10012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.310** Nonpriority creditor's name and mailing address

OTTera
16 bis rue de freinville

Aulnay sous bois, France, 93600

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.311** Nonpriority creditor's name and mailing address

OTTera
5152 Sepulveda Blvd.
#155
Sherman Oaks, CA, 91403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

Debtor _____
      National Association of Television Program Executives, Inc.
      Name

                                        Case number _(if known)_ ___1:22-bk-11181-MB___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**
OTTera
5152 Sepulveda Blvd.
#155
Los Angeles, CA, Sherman Oaks

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.313** **Nonpriority creditor's name and mailing address**
OTTera Inc.
5152 Sepulveda Blvd.
#155
Sherman Oaks, CA, 91403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.314** **Nonpriority creditor's name and mailing address**
Outdoor America
1495 Black Rock Turnpike
Bridgeport, CT, 06825

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,275.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.315** **Nonpriority creditor's name and mailing address**
P3
2670 union ave ext

Memphis TN, TN, 38112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,475.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.316** **Nonpriority creditor's name and mailing address**
Paramount
161 NW 6 St

Miami, FL, 33128

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 544.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.317** Nonpriority creditor's name and mailing address

Paramount Global
1515 Broadway

New York, NY, 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.318** Nonpriority creditor's name and mailing address

Peanut Productions
111 S PEORIA ST

Chicago, IL, 60607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,075.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.319** Nonpriority creditor's name and mailing address

Piamonte TV
Av. Lluis Companys 30
Sant Cugat Del Valles
Barcelona, Spain, 8172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.320** Nonpriority creditor's name and mailing address

Pinnacle Peak Pictures
18940 N. Pima Road
Suite 106
Scottsdale, AZ, 85255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.321** Nonpriority creditor's name and mailing address

PLUTO TV
750 North San Vicente
Suite 800
West Hollywood, CA, 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor National Association of Television Program Executives, Inc. Case number (if known) 1:22-bk-11181-MB
_____    _____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 322  **Nonpriority creditor's name and mailing address**

PlutoTV
750 N San Vicente Blvd
West Hollywood, CA, 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 323  **Nonpriority creditor's name and mailing address**

Polar Star S.A
5333 Collins Ave Suite 1001

Miami, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,750.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 324  **Nonpriority creditor's name and mailing address**

PPI Releasing, LLC
818 Hampton Drive, Suite 1

Venice, CA, 90291-6026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,650.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 325  **Nonpriority creditor's name and mailing address**

Premiere Entertainment
1201 W 5th Street, Suite M120

Los Angeles, CA, 90017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,450.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 326  **Nonpriority creditor's name and mailing address**

Prime Entertainment Group
15 Rue Fénelon

Paris, France, 75010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 327 **Nonpriority creditor's name and mailing address**

Prime Video Brazil
Avenida das Americas 10001

Rio de Janeiro, Brazil, 22793082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 495.00

---

**3.** 328 **Nonpriority creditor's name and mailing address**

PROCOLOMBIA
601 Brickell Key Drive, Suite 608

Miami, FL, 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 19,500.00

---

**3.** 329 **Nonpriority creditor's name and mailing address**

PROINTEL
APOLONIO MORALES 13 E

MADRID, Spain, 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 495.00

---

**3.** 330 **Nonpriority creditor's name and mailing address**

PureFlix.com
18940 N Pima Rd
Suite 110
Scottsdale, AZ, 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 495.00

---

**3.** 331 **Nonpriority creditor's name and mailing address**

Questar Entertainment
747 N LaSalle

Chicago, IL, 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 495.00

---

| Debtor | National Association of Television Program Executives, Inc. | | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332** Nonpriority creditor's name and mailing address

Radio e Televisão Bandeirantes S.A.
Rua Radiantes 13
Sao Paulo, Brazil, 05614900

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.333** Nonpriority creditor's name and mailing address

RAI Com
Via U. Novaro 18

Rome, Italy, 00195

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 995.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.334** Nonpriority creditor's name and mailing address

RAIBOW LOBSTER
21733 ENTRADO DR
Topanga, CA, 90290

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.335** Nonpriority creditor's name and mailing address

Raya Group
Salih Omurtak Sokak
N0:40 Kosuyolu
Kadikoy, Turkey, 34718

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.336** Nonpriority creditor's name and mailing address

Record Enterprise Television
5050 N federal HWY
Lighthouse Point, FL, 33064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,475.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 337** **Nonpriority creditor's name and mailing address**

Record TV
Rua da Varzea, 240 Barra Funda

SAO PAULO, Brazil, 1140080

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 21,976.50

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 338** **Nonpriority creditor's name and mailing address**

Red Arrow Studios International Gmbh
Medienallee 7

UNTERFOEHRING, MUNICH, GERMANY, MI,
85774

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,850.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 339** **Nonpriority creditor's name and mailing address**

Redbox
One Tower Place
Suite 900
Oakbrook Terrace, IL, 60181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 340** **Nonpriority creditor's name and mailing address**

Reel One Entertainment
168 Lavender Hill

London, CO, SW11 5TG

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3. 341** **Nonpriority creditor's name and mailing address**

Reel One Entertainment
Shakespeare House,
168 Shakespeare House
London, UK, SW11 5TG

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor __National Association of Television Program Executives, Inc._____ Case number _(if known)_ __1:22-bk-11181-MB_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 342   **Nonpriority creditor's name and mailing address**

Reelz Channel
9 Ledgewood Commons

Millwood, NY, 10546

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

$ 544.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 343   **Nonpriority creditor's name and mailing address**

Rightsline
1967 Sunset
Seattle, WA, 98116

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 1,275.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 344   **Nonpriority creditor's name and mailing address**

Rocstar Tv
Suipacha 128

Buenos Aires, Argentina, 1008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 345   **Nonpriority creditor's name and mailing address**

Roku
1315 8th St

Manhattan Beach, CA, 90266

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 346   **Nonpriority creditor's name and mailing address**

Roman Sound International
11251 NW 20th St. Unit 101
Miami, FL, 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____    1:22-bk-11181-MB _____
       National Association of Television Program Executives, Inc.       Case number (if known)
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347  Nonpriority creditor's name and mailing address**

RTVE - Radio Televisión Española
Av. de. Radio Televisión, 4
Pozuelo de Alarcón
Madrid, Spain, 28223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.348  Nonpriority creditor's name and mailing address**

Runtime Media
95 Christopher street 4O

New York, NY, 10014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 495.00

---

**3.349  Nonpriority creditor's name and mailing address**

S2 Real Estate
11512 W WOODSIDE DR

HALES CORNERS, WI, 53130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,275.00

---

**3.350  Nonpriority creditor's name and mailing address**

SABA
5th Floor
Starco center Block B Omar Daouk street
Minet, Beirut, Lebanon

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 495.00

---

**3.351  Nonpriority creditor's name and mailing address**

SABA
5th Floor
Starco center Block B Omar Daouk street
Minet, Beirut, Lebanon

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 495.00

---

Debtor _____  Case number _(if known)_ __1:22-bk-11181-MB__
    National Association of Television Program Executives, Inc.
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**352 **Nonpriority creditor's name and mailing address**

Samsung
12130 Millennium Drive

Los Angeles, CA, 90094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**353 **Nonpriority creditor's name and mailing address**

Samsung Electronics America
3747 Eddingham Ave

Calabasas, CA, 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**354 **Nonpriority creditor's name and mailing address**

Samsung Electronics America
1035 Live Oak Dr.

Santa Clara, CA, 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**355 **Nonpriority creditor's name and mailing address**

Sato Company
2901 S Le Jeune RD

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**356 **Nonpriority creditor's name and mailing address**

Sator
1831 12th Avenue South
Unit #135
Nashville, TN, 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** Nonpriority creditor's name and mailing address

SBS International, Inc.
3530 Wilshire Blvd
Ste 1000
Los Angeles, CA, 90010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.358** Nonpriority creditor's name and mailing address

Schramm Marketing Group
222 Ocean Avenue
Northport, NY, 11768

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 14,500.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.359** Nonpriority creditor's name and mailing address

Screen Media
3305 Harris Park Ave

Austin, TX, 78705

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.360** Nonpriority creditor's name and mailing address

ScreenHits TV
London, UK, EC4A 3TW

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.361** Nonpriority creditor's name and mailing address

Scripps Networks
312 Walnut St.

Cincinnati, OH, 45202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** Nonpriority creditor's name and mailing address

Secuoya Studios, S.L.
Avenida de EspaNa 1
28760 Tres Cantos
Madrid Spain, MD

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,615.00

---

**3.363** Nonpriority creditor's name and mailing address

Self Made Dee Brown CEO
2670 union ave ext
Memphis, TN, 38112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,475.00

---

**3.364** Nonpriority creditor's name and mailing address

Self Made Dee Brown CEO
2670 union ave ext
Memphis, TN, 38112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,475.00

---

**3.365** Nonpriority creditor's name and mailing address

Shemaroo Media & Entertainment LLC
50 Harrison Street
Hoboken, NJ, 07030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,188.00

---

**3.366** Nonpriority creditor's name and mailing address

Shoreline Entertainment
400 S. Beverly Blvd. Suite 210

Beverly Hills, CA, 90212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,750.00

| Debtor | National Association of Television Program Executives, Inc. | | | Case number *(if known)* | 1:22-bk-11181-MB |
| | Name | | | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.367** Nonpriority creditor's name and mailing address

Shout! Factory
1640 S. Sepulveda Blvd
Ste 400
Los Angeles, CA, 90025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.368** Nonpriority creditor's name and mailing address

Showtime Networks
1633 Broadway
New York, NY, 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.369** Nonpriority creditor's name and mailing address

Showtime Networks
40 Sky Top Drive

Fairfield, CT, 6825

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.370** Nonpriority creditor's name and mailing address

Showtime Networks Inc.
1633 Broadway
16th fl"
New York, NY, New York

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.371** Nonpriority creditor's name and mailing address

Showtime Networks Inc.
1633 Broadway

New York, NY, 10019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  National Association of Television Program Executives, Inc.    Case number *(if known)* 1:22-bk-11181-MB
       Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

3.<u>372</u> **Nonpriority creditor's name and mailing address**

SIC, SOCIEDADE INDEPENDENTE DE
COMUNICAÇÃO, SA
Estrada Da Outurela, 119

Carnaxide, Portugal, IN, 2794-052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,300.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.<u>373</u> **Nonpriority creditor's name and mailing address**

SimulTV
8022 Mitchell Loop SW
Washington, DC, 20032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.<u>374</u> **Nonpriority creditor's name and mailing address**

Sinclair
3124 Hidden Haven

San Antonio, TX, 78261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.<u>375</u> **Nonpriority creditor's name and mailing address**

Sinclair Broadcast Group
10706 Beaver Dam Road

Hunt Valley, MD, 21030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

3.<u>376</u> **Nonpriority creditor's name and mailing address**

Sky Brasil / Directv SSLA / Directv Go
rua afonso de freitas 740 ap 132

sao paulo, Brazil, 04006-052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | | | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377   Nonpriority creditor's name and mailing address**

Sling
12020 Guerin Street

Studio City, CA, 91604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.378   Nonpriority creditor's name and mailing address**

Smart Economic Technology LLC
3232 Coral Way
#1407
Miami, FL, 33145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim:  Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.379   Nonpriority creditor's name and mailing address**

Smart Media Gmbh
Kirchenstraße 21

München, Germany, 81675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim:  Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.380   Nonpriority creditor's name and mailing address**

Sociedad Televisora Larrañana S.A.
Enriqueta Compte y Rique 1276

Montevideo, Uruguay, 11800

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim:  Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.381   Nonpriority creditor's name and mailing address**

Somos Distribution, LLC
2601 South Bayshore Drive Suite 1250

Miami, FL, 33133

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,400.00

Basis for the claim:  Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  National Association of Television Program Executives, Inc.      Case number *(if known)* 1:22-bk-11181-MB
        Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.382** **Nonpriority creditor's name and mailing address**

Sony Music Entertainment
3390 Mary St
Miami, FL, 33133

$ 1,275.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.383** **Nonpriority creditor's name and mailing address**

Sony Music Entertainment
3390 Mary St
Coral Gables, FL, 33133

$ 1,275.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.384** **Nonpriority creditor's name and mailing address**

Sony Music Entertainment US Latin
3390 Mary St

Coral Gables, FL, 33133

$ 1,275.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.385** **Nonpriority creditor's name and mailing address**

Sony Pictures
10202 W. Washington Blvd.
Culver City, CA, 90232

$ 51,250.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.386** **Nonpriority creditor's name and mailing address**

Sony Pictures
10202 W. Washington Blvd.
Culver City, CA, 90232

$ 400.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|--------|--------------------------------------------------------------|------------------------|-------------------|
|        | Name                                                         |                        |                   |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387**   Nonpriority creditor's name and mailing address

Sony Pictures Television
3052 E. Avenida de Los Arboles

Thousand Oaks, CA, 91362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388**   Nonpriority creditor's name and mailing address

Sony Pictures Television / Game Show Network
2025 Prospect Ave

Hermosa Beach, CA, 90254

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389**   Nonpriority creditor's name and mailing address

SPACEMOB Studio
8001 Conser
Suite 210
Shawnee Mission, KS, 66204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390**   Nonpriority creditor's name and mailing address

SPACEMOB studio
8001 Conser Street

Overland Park, KS, 66204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391**   Nonpriority creditor's name and mailing address

Spanglish Movies LLC
2980 McFarlane Rd
Miami, FL, 33133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | National Association of Television Program Executives, Inc. | | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | Case number (if known) |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392** Nonpriority creditor's name and mailing address

Standard Media Group
3102 West End Avenue
Ste 400
Nashville, TN, 37203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address

Standard Media Group
3102 West End Avenue
Ste 400
Nashville, TN, 37203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 1,275.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

Studio Canal
50 Rue Camille Desmoulins

Issy-les-Moulineaux, France, 92130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 3,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

Summertown Productions
197 Inwood Ave.
Montclair, NJ, 07043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 1,475.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address

SWARM STUDIOS
1825 32 Ave NE

Calgary, Alberta, Canada, DE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 4,245.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____
        National Association of Television Program Executives, Inc.
        Name

        Case number _(if known)_ ___22-bk-11181-MB___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** Nonpriority creditor's name and mailing address

SWEN GROUP
4779 collins Ave

miami beach, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.398** Nonpriority creditor's name and mailing address

Swen Group
4779 collins ave

miami beach, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.399** Nonpriority creditor's name and mailing address

Swen Group
4824 citrus wAY

COOPER CITY, FL, 33330

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,089.00

---

**3.400** Nonpriority creditor's name and mailing address

TC TELEVISION
Av. De Las Americas y calle Abel Romeo
Guayaquil, Ecuador, 090513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

**3.401** Nonpriority creditor's name and mailing address

TC Televisión
Avenida de las Americas y calle Abel Romeo
Castillo
Guayaquil, Ecuador, 090505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 495.00

---

Debtor  National Association of Television Program Executives, Inc.                    Case number *(if known)*  1:22-bk-11181-MB
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 402  **Nonpriority creditor's name and mailing address**

Team Whistle
133 West 19th Street
New York, NY, 10011

$ 495.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 403  **Nonpriority creditor's name and mailing address**

Team Whistle
133 West 19th Street

New York, NY, 10011

$ 495.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 404  **Nonpriority creditor's name and mailing address**

TEGNA
One Monroe Place NE

Atlanta, GA, 30324

$ 495.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 405  **Nonpriority creditor's name and mailing address**

TEGNA
One Monroe Place

Atlanta, GA, 30324

$ 495.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 406  **Nonpriority creditor's name and mailing address**

Tegna (Digital Networks)
3403 Cummings Ln

Chevy Chase, MD, 20815

$ 495.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor _____
     National Association of Television Program Executives, Inc.
     Name

Case number *(if known)* ___1:22-bk-11181-MB___

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **407**    **Nonpriority creditor's name and mailing address**

TEGNA Inc.
8350 Broad Street

Tysons, VA, 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **408**    **Nonpriority creditor's name and mailing address**

TELCO PRODUCTIONS INC
2730 Wilshire Blvd.
Suite 200
Santa Monica, CA, 90403-4747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 3,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **409**    **Nonpriority creditor's name and mailing address**

Telecine Programação de Filmes Ltda.
Avenida das Americas 1650
Rio de Janeiro, Brazil, 22640101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **410**    **Nonpriority creditor's name and mailing address**

Telecine Programação de Filmes Ltda.
Avenida das Americas 1650

Rio de Janeiro, Brazil, 22640101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **411**    **Nonpriority creditor's name and mailing address**

Telecine Programação de Filmes Ltda.
Avenida das Americas
1650
Rio de Janeiro, Brazil, 22640-101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 412 **Nonpriority creditor's name and mailing address**

Teledoce
Enriqueta Compte y Riqué 1276

Montevideo, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 413 **Nonpriority creditor's name and mailing address**

Teledoce
Enriqueta Compte y Riqué 1276

Montevideo, Uruguay, 11800

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 414 **Nonpriority creditor's name and mailing address**

TELEIMAGE
Av. Republica do Libano
385
São Paulo, Brazil, 4502000

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 415 **Nonpriority creditor's name and mailing address**

Televisa Internacional LLC.
6355 Northwest 36th Street

Virginia Gardens, FL, 33166

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 62,850.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 416 **Nonpriority creditor's name and mailing address**

TESERA ENTERTAINMENT
12517 Cascade Canyon Drive

Granada Hills, CA, 91344

**As of the petition filing date, the claim is:**
_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 975.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 85 of 106

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.__417__ Nonpriority creditor's name and mailing address**

The Associated Press
200 Liberty Street
F119
New York, NY, 10281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,850.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.__418__ Nonpriority creditor's name and mailing address**

The Asylum
72 E Palm Ave

Burbank, CA, 91502

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,250.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.__419__ Nonpriority creditor's name and mailing address**

The CW Television Network
3300 West Olive Ave.
Bldg. 168
Burbank, CA, 91505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.__420__ Nonpriority creditor's name and mailing address**

The Lippin Group, Inc
10675-B Santa Monica Bl.
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,590.30

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.__421__ Nonpriority creditor's name and mailing address**

THE MEDIAPRO STUDIO US LLC
7291 NW 74th Street

Miami, FL, 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,500.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor ___National Association of Television Program Executives, Inc.___   Case number _(if known)___1:22-bk-11181-MB___
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 422   **Nonpriority creditor's name and mailing address**

THE ON AIR COMPANY B.V.
45 Paradijsplein
Amsterdam, Netherlands, 1093 NJ

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 1,275.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 423   **Nonpriority creditor's name and mailing address**

The Television Syndication Co., Inc.
520 Sabal Lake Dr
Suite 108
Longwood, FL, 32779

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 1,404.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 424   **Nonpriority creditor's name and mailing address**

The Walt Disney Company
3800 W Alameda Ave

Burbank, CA, 91505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 425   **Nonpriority creditor's name and mailing address**

Toei Animation Inc.
11150 West Olympic Blvd.
Suite #800
Los Angeles, CA, 90064-1844

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 8,300.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 426   **Nonpriority creditor's name and mailing address**

Tondero Distribución
MORELOS 191 San Miguel

LIMA, PERU, 15088

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____
       National Association of Television Program Executives, Inc.
       Name

Case number _(if known)_ __1:22-bk-11181-MB__

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427  Nonpriority creditor's name and mailing address**

Touche Films/2bLATAM
De las Verbenitas y Stefano Maderno

Quito, PR, 170159

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.428  Nonpriority creditor's name and mailing address**

Transition Studios
23230 Wainwright Terrace

Olmsted Falls, OH, 44138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 995.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.429  Nonpriority creditor's name and mailing address**

Trifecta Entertainment
3575 Cahuenga Blvd., Suite 595

Los Angeles, CA, 90068-1081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,750.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.430  Nonpriority creditor's name and mailing address**

TruBlu Factual Streaming
23230 Wainwright Terrace

Olmsted Falls, OH, 44138

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.431  Nonpriority creditor's name and mailing address**

TRZ Studios
Insurgentes Sur 1787

Mexico City, Mexico, 1020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|--------|--------|--------|--------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432 Nonpriority creditor's name and mailing address**

Tubi
5623 Ranchito Ave

Valley Glen, CA, 91401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.433 Nonpriority creditor's name and mailing address**

Tubi
610 Venice Way

Inglewood, CA, 90302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.434 Nonpriority creditor's name and mailing address**

Tubi
6430 Lakehurst Avenue

Dallas, TX, 75230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.435 Nonpriority creditor's name and mailing address**

Tubi
1229 N. Spaulding Avenue

West Hollywood, CA, 90046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.436 Nonpriority creditor's name and mailing address**

Turner Argentina
DEFENSA 599

CABA, ARGENTINA, 1065

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437 Nonpriority creditor's name and mailing address**

TV ACCION SA
Andrade 1499
Asuncion, Paraguay, 1807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.438 Nonpriority creditor's name and mailing address**

TV Accion SA - Telefuturo
Andrade 1499

Asuncion, Paraguay, 1807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.439 Nonpriority creditor's name and mailing address**

TV SBT CANAL 4 DE SAO PAULO
AV. DAS Comunicacoes 4

OSASCO, BRAZIL, 6276905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.440 Nonpriority creditor's name and mailing address**

TV SBT Canal 4 de São Paulo
Av. das Comunicações
1147
Osasco, Brazil, 06276-905

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

$ 544.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.441 Nonpriority creditor's name and mailing address**

TVN
Bellavista 0990

Santiago, Chile, 7550519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 442 **Nonpriority creditor's name and mailing address**

TwentyOne14 Media
1130 S Flower St

Los Angeles, CA, 90015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 443 **Nonpriority creditor's name and mailing address**

Univision
4114 Sunnyslope Avenue

Sherman Oaks, CA, 91423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,275.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 444 **Nonpriority creditor's name and mailing address**

UP Entertainment
5534 Dupree Drive

Atlanta, GA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 445 **Nonpriority creditor's name and mailing address**

UP Entertainment
5534 Dupree Drive

Atlanta, GA, 30327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 446 **Nonpriority creditor's name and mailing address**

UP Entertainment
5534 Dupree Drive

Atlanta, GA, 30327

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor __National Association of Television Program Executives, Inc._____ Case number _(if known)_ _1:22-bk-11181-MB_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 447  **Nonpriority creditor's name and mailing address**

UP Entertainment UP Faith & Family
5534 Dupree Drive
Atlanta, GA, 30327

**As of the petition filing date, the claim is:** $ 495.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 448  **Nonpriority creditor's name and mailing address**

Upstar Comunicações

**As of the petition filing date, the claim is:** $ 495.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 449  **Nonpriority creditor's name and mailing address**

Upstar Comunicações
Lote 41, 12 Piso

Lisboa, Portugal, 1990-084

**As of the petition filing date, the claim is:** $ 495.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 450  **Nonpriority creditor's name and mailing address**

Urban Home Entertainment
2661 Westwood Dr.
Conyers, GA, 30094

**As of the petition filing date, the claim is:** $ 495.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 451  **Nonpriority creditor's name and mailing address**

Vanquish
Calle Anzures 74
Mexico Distrito Federal, Mexico, 11590

**As of the petition filing date, the claim is:** $ 1,275.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  National Association of Television Program Executives, Inc.   Case number _(if known)_  1:22-bk-11181-MB
_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.452**  **Nonpriority creditor's name and mailing address**

Vargo Media
426 George Street, 2nd

New Haven, CT, 6511

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,680.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.453**  **Nonpriority creditor's name and mailing address**

Veronica Lane Books
11420 US1, Suite 124
North Palm Beach, FL, 33408

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:** Global 2023 Exhibition and Sponsors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.454**  **Nonpriority creditor's name and mailing address**

Viaccess-Orca
Zarhin Street 22

Ra?anana, Israel

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,785.00

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.455**  **Nonpriority creditor's name and mailing address**

ViacomCBS Networks
2450 Colorado Avenue
Suite 500E
Santa Monica, CA, 90404

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,500.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.456**  **Nonpriority creditor's name and mailing address**

ViacomCBS Networks
2450 Colorado Avenue Suite 500E

Santa Monica, CA, 90404-3577

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184,615.23

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457** Nonpriority creditor's name and mailing address

Vice Media Group
240 West 98th Street

New York, NY, 10025

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.458** Nonpriority creditor's name and mailing address

Vice Media Group
1760 Majors Path

SOUTHAMPTON, NY, 11968

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.459** Nonpriority creditor's name and mailing address

VICE TV
240 W 98th Street
New York, NY, 10025

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.460** Nonpriority creditor's name and mailing address

Vice Tv
1760 Majors Path

Southampton, NY, 11968

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.461** Nonpriority creditor's name and mailing address

VICE TV
595 Baltic St.

Brooklyn, NY, 11217

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

**Basis for the claim:** Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____
       National Association of Television Program Executives, Inc.
       Name

Case number _(if known)_ _1:22-bk-11181-MB_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 462  **Nonpriority creditor's name and mailing address**

Video Mercury Films
calle Ana Mariscal 7
pozuelo de alarcon, spain, 28223

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 463  **Nonpriority creditor's name and mailing address**

Virgil Films & Entertainment
184 Adeline Place

Langhorne, PA, 19047

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

$ 544.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 464  **Nonpriority creditor's name and mailing address**

Vision Films, Inc
333 Washington Blvd, #357

Marina Del Rey, CA, 90292

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

$ 7,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 465  **Nonpriority creditor's name and mailing address**

Visionnaire
1415 NW 15 TH

Miami, FL, 33125

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 466  **Nonpriority creditor's name and mailing address**

Vme Media Inc
8200 NW 41st Street Suite 225

Doral, FL, 33166

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number _(if known)_ 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 467 **Nonpriority creditor's name and mailing address**

Vme Media Inc
8200 NW 41 Street

Doral, FL, 33166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Baha Mar Registration

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 544.50

---

**3.** 468 **Nonpriority creditor's name and mailing address**

VMI Worldwide
7119 W. Sunset Blvd., #225,

Los Angeles, CA, 90046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,260.00

---

**3.** 469 **Nonpriority creditor's name and mailing address**

Vuer
4108 Elmwood St.
Chantilly, VA, 20151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,475.00

---

**3.** 470 **Nonpriority creditor's name and mailing address**

Wag Entertainment Limited
Unit 207, Screenworks
22 Highbury Grove
London, N5 2EF

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.** 471 **Nonpriority creditor's name and mailing address**

Walt Disney
92 Carleon Ave

Larchmont, NY, 10538

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 995.00

---

| Debtor | National Association of Television Program Executives, Inc. | | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** __472__  **Nonpriority creditor's name and mailing address**

Wapa Tv
Rd 19 Km O.5
Guaynabo, PR, 00966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __473__  **Nonpriority creditor's name and mailing address**

Wapa Tv
Rd 19 Km O.5

Guaynabo, Puerto Rico, 966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __474__  **Nonpriority creditor's name and mailing address**

Wapa Tv
Rd 19 Km O.5

Guaynabo, Puerto Rico, 966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 495.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __475__  **Nonpriority creditor's name and mailing address**

Warner Bros International TV
4000 Warner Boulevard
Building 161, Room 3018
Burbank, CA, 91505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** __476__  **Nonpriority creditor's name and mailing address**

Warner Bros International TV Production
4000 Warner Boulevard, Building 161, Room 3018

Burbank, CA, 91505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami Exhibition and Sponsor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,750.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 477 **Nonpriority creditor's name and mailing address**

Warner Media
8640 Allenwood Rd

Los Angeles, CA, 90046

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 478 **Nonpriority creditor's name and mailing address**

Warner Media
Defensa 599

Buenos Aires, Argentina, 1065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 479 **Nonpriority creditor's name and mailing address**

Warner Media HBO Max
16634 Chaplin Ave.

Encino, CA, 91436

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 480 **Nonpriority creditor's name and mailing address**

Warnermedia
Av. Pedro Montt 2354

Santiago, Chile, 8370929

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 481 **Nonpriority creditor's name and mailing address**

Warnermedia
Rua Harmonia
722
São Paulo, Brazil, 5435000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____    Case number _(if known)_ _1:22-bk-11181-MB_
 National Association of Television Program Executives, Inc.
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 482  **Nonpriority creditor's name and mailing address**

WarnerMedia /HBOMax
Av. Ejercito Nacional Mexicano 769

MEXICO CITY, Mexico, 11520

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 483  **Nonpriority creditor's name and mailing address**

WarnerMedia Latin America
396 Alhambra Circle Suite 400
Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 484  **Nonpriority creditor's name and mailing address**

WarnerMedia Latin America
396 Alhambra Circle

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 485  **Nonpriority creditor's name and mailing address**

WarnerMedia Latin America
AV. EJERCITO NACIONAL MEXICANO 769 P7
Torre BL07

CDMX, Mexico, 11520

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 486  **Nonpriority creditor's name and mailing address**

WarnerMedia Latin America
396 Alhambra Circle

Coral Gables, FL, 33134

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Other, Miami 2022 Registration

$ 495.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____
        National Association of Television Program Executives, Inc.
        Name

Case number _(if known)_ __1:22-bk-11181-MB__

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **487**   Nonpriority creditor's name and mailing address

WarnerMedia Latin America
560 Vittorio Ave

Coral Gables, FL, 33146

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** **488**   Nonpriority creditor's name and mailing address

WATC TV
490 Sunnyside Drive

Lawrenceville, GA, 30044

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** **489**   Nonpriority creditor's name and mailing address

Watch BR
Avenida Joao Gualberto 610
Curitiba, Brazil, 80030-000

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** **490**   Nonpriority creditor's name and mailing address

Watch BR
Avenida Joao Gualberto 610

Curitiba, Brazil, 80030-000

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** **491**   Nonpriority creditor's name and mailing address

Watch BR
Avenida Joao Gualberto 610

Curitiba, Brazil, 80030-000

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

Debtor National Association of Television Program Executives, Inc.

Name

Case number *(if known)* 1:22-bk-11181-MB

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.492** Nonpriority creditor's name and mailing address

Watch BR
Avenida João Gualberto 610

Curitiba, Parana, Brazil, 80030-000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.493** Nonpriority creditor's name and mailing address

Watch Brasil
R. da Glòria
175
Curitiba, Parana, Brazil, 80030-060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 544.50

Basis for the claim: Baha Mar Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.494** Nonpriority creditor's name and mailing address

World Poker Tour
17877 Von Karman Ave
Suite 300
Irvine, CA, 92614

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.495** Nonpriority creditor's name and mailing address

Worldwide Audiovisual Womens Association
Corp
1315 NW 98 Court Ste 8

Miami, FL, 33172

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,840.00

Basis for the claim: Miami Exhibition and Sponsor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.496** Nonpriority creditor's name and mailing address

WPT Enterprises
17877 Von Karman Ave
Suite 300
Irvine, CA, 92614

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 101 of 106

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.497** Nonpriority creditor's name and mailing address

www.worldmakr.com
1230 2nd Avenue South
Nashville, TN, 37210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,275.00

---

**3.498** Nonpriority creditor's name and mailing address

XUMO
31 Via Marguesa
Rancho Santa Margarita, CA, 92688

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 495.00

---

**3.499** Nonpriority creditor's name and mailing address

XUMO
31 Via Marguesa

Rancho Santa Margarita, CA, 92688

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 495.00

---

**3.500** Nonpriority creditor's name and mailing address

XUMO
31 Via Marguesa

Rancho Santa Margarita, CA, 92688

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Other, Miami 2022 Registration

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 495.00

---

**3.501** Nonpriority creditor's name and mailing address

YLE The Finnish Broadcasting Company
P.O. Box 76

Yleisradio, Finland, 00240

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,750.00

---

Debtor _____     Case number _(if known)_ __1:22-bk-11181-MB__
        National Association of Television Program Executives, Inc.
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 502  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:     $ 2,450.00
                                                                         _Check all that apply._
YLE The Finnish Broadcasting Company                                     ☐ Contingent
Yle Center Helsinki                                                      ☐ Unliquidated
Media House, Uutiskatu 5                                                 ☐ Disputed
HELSINKI, Finland, 00240
                                                                         **Basis for the claim:**  Miami Exhibition and Sponsor

                                                                         **Is the claim subject to offset?**
     Date or dates debt was incurred     _____               ☑ No
                                                                         ☐ Yes
     Last 4 digits of account number     _____

---

**3.** 503  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:     $ 495.00
                                                                         _Check all that apply._
youcast                                                                  ☐ Contingent
Rua Leonel Furtado 157                                                   ☐ Unliquidated
São Paulo, Brazil, 02724080                                             ☐ Disputed

                                                                         **Basis for the claim:**  Miami 2022 Registration

                                                                         **Is the claim subject to offset?**
     Date or dates debt was incurred     _____               ☑ No
                                                                         ☐ Yes
     Last 4 digits of account number     _____

---

**3.** 504  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:     $ 495.00
                                                                         _Check all that apply._
youcast                                                                  ☐ Contingent
Rua Leonel Furtado 157                                                   ☐ Unliquidated
                                                                         ☐ Disputed
São Paulo, Brazil, 2724080
                                                                         **Basis for the claim:**  Other, Miami 2022 Registration

                                                                         **Is the claim subject to offset?**
     Date or dates debt was incurred     _____               ☑ No
                                                                         ☐ Yes
     Last 4 digits of account number     _____

---

**3.** 505  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:     $ 495.00
                                                                         _Check all that apply._
Zapping                                                                  ☐ Contingent
Ines Matte Urrejola 0848                                                 ☐ Unliquidated
Santiago, Chikle, 00000                                                  ☐ Disputed

                                                                         **Basis for the claim:**  Miami 2022 Registration

                                                                         **Is the claim subject to offset?**
     Date or dates debt was incurred     _____               ☑ No
                                                                         ☐ Yes
     Last 4 digits of account number     _____

---

**3.** 506  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:     $ 1,475.00
                                                                         _Check all that apply._
ZDF Enterprises GmbH                                                     ☐ Contingent
Erich-Dombrowski-Strasse 1                                               ☐ Unliquidated
Mainz, Germany, 55127                                                    ☐ Disputed
                                                                         **Basis for the claim:**  Miami 2022 Registration

                                                                         **Is the claim subject to offset?**
     Date or dates debt was incurred     _____               ☑ No
                                                                         ☐ Yes
     Last 4 digits of account number     _____

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 507  **Nonpriority creditor's name and mailing address**

ZDF Studios
Erich-Dombrowski-Strasse 1

Mainz, Germany, 55127

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,750.00

**Basis for the claim:** Miami Exhibition and Sponsor

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | Germany | ☑ No  ☐ Yes |

**3.** 508  **Nonpriority creditor's name and mailing address**

ZEBRACOM INTERNACIONAL S.A.S.
Calle 86A Nro. 13A-09

Bogotá, Colombia, 100111

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 495.00

**Basis for the claim:** Other, Miami 2022 Registration

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** 509  **Nonpriority creditor's name and mailing address**

Ziffren, Brittenham, Branca, Et. All
1801 Century Park West
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 5,000.00

**Basis for the claim:** Suppliers or Vendors

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No  ☐ Yes |

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☐ No  ☐ Yes |

**3.** ___  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:**

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☐ No  ☐ Yes |

Debtor _____    Case number _(if known)_ _____
        National Association of Television Program Executives, Inc.                        1:22-bk-11181-MB
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1. | Christina M. Paul, Charles Wolf<br>K&L Gates LLP<br>200 South Biscayne Blvd. Ste. 3900<br>Miami, FL, 33131 | Line 3.155<br>☐ Not listed. Explain: | _____ |
| 4.2. | Federico Dumenigo<br>Dumenigo Law<br>4960 Southwest 72nd Ave # 208<br>Miami, FL, 33155 | Line 3.135<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    National Association of Television Program Executives, Inc.    Case number (if known)    1:22-bk-11181-MB
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $ 95,440.54 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 2,223,978.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 2,319,418.70 |

**Fill in this information to identify the case:**

Debtor name __National Association of Television Program Executives, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __1:22-bk-11181-MB__          Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | Executive consulting Agreement | JP Bommel |
| | **State what the contract or lease is for and the nature of the debtor's interest** | 720 Greenwich Street, Apt 2D |
| | | New York, NY, 10014 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | Asset management agreement | Edward Jones |
| | **State what the contract or lease is for and the nature of the debtor's interest** | 20530 Anza |
| | | Torrance, CA, 90503 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | website maintenance and asset managemetn agreement | John Sullivan |
| | **State what the contract or lease is for and the nature of the debtor's interest** | 3944 Woolwine Drive 1st Floor |
| | | Los Angeles, CA, 90063 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | Event venue contract | INTERCONTINENTAL BUDAPEST |
| | **State what the contract or lease is for and the nature of the debtor's interest** | Apáczai Csere János |
| | | utca 12-14 |
| | | Budapest, Hungary, 1052 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | International sales rep agreement | Gary Mitchell |
| | **State what the contract or lease is for and the nature of the debtor's interest** | 108 Norris Close |
| | | Abingdon, OX14 2RP |
| | | United Kingdom |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | International sales rep agreement | Ming-Fen Lee<br>Section 2<br>No. 171 Chong-Shang Road<br>Taipei, Taiwan |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | International buyers rep agreement | Elina Nesterova<br>52 Rue Sebastopol<br>Paris, France 75003 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Buyers initiative consultant agreement | Jenean Atwood Baynes<br>19127 Pioneer Boulevard<br>SPC 44<br>Artesia, CA, 90701 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Registration consultant agreement | Keri Greene<br>445 Fontana Circle<br>Apt. 202<br>Oviedo, FL, 32765 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Operations and administrative consultant agreement | Alicia Boyle<br>13547 Bristlecone Circle<br>Orlando, FL, 32828 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | PR Service contract | Lippin Group<br>10675-B Santa Monica Bl<br>Los Angeles, CA, 90025 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Content creation contract for Global 2023 | Scott Rowe<br>2934 Beverly Glen Cir.,#277<br>Los Angeles, CA, 90077 |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales collateral consultant agreement for Global 2023 | Jack Crouse (Dogbone Design) 442 Winding Hollow Ave Ocoee, FL, 34761 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Event production & registration management agreement | Conference Direct 193 Blue Ravine Road, Suite 190 Folsom, CA, 95630 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Event venue agreement, Global 2023 | Grand Hyatt Baha Mar One Baha Mar Nassau, Bahamas, |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Outsourced consulting and finance services agreement | Pery Consulting 7607 Wiscasset Drive West Hills, CA, 91304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | sales administration consultant agreement | Kathleen Paton 1309 L Street Belmar, NJ, 07719 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Event production consultant agreement | JMP Productions, LLC 200 S Ave 52 Los Angeles, CA, 90042 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Event exhibition production agreement | P3 29003 Avenue Sherman Valencia, CA, 91355 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.**20** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Marketing services agreement | OGK Creative<br>1200 A East Atlantic Avenue<br>Delray Beach, FL, 33483 |
| 2.**21** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Commission-based sales rep agreement | Peter Sembler<br>7000 Sunne Lane #401<br>Walnut Creek, CA, 94597 |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page _4_ of _4_

**Fill in this information to identify the case:**

Debtor name __National Association of Television Program Executives, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __1:22-bk-11181-MB__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| 1. | **Does the debtor have any codebtors?** |
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name ___National Association of Television Program Executives, Inc.___

United States Bankruptcy Court for the: __Central District of California__

Case number (*If known*): _____1:22-bk-11181-MB_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/18/2022__          ✘ _____*JP Bommel*_____
       MM / DD / YYYY               Signature of individual signing on behalf of debtor

                  __JP Bommel_____
                  Printed name

                  __Interim CEO_____
                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __National Association of Television Program Executives, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __1:22-bk-11181-MB__

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 04/01/2022<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,328,551.00 |
| **For prior year:** | From 04/01/2021<br>MM / DD / YYYY  to | 03/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 606,981.00 |
| **For the year before that:** | From 04/01/2020<br>MM / DD / YYYY  to | 03/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 2,292,191.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 04/01/2022<br>MM / DD / YYYY  to | Filing date | | $ 0.00 |
| **For prior year:** | From 04/01/2021<br>MM / DD / YYYY  to | 03/31/2022<br>MM / DD / YYYY | PPP loan (forgiven) | $ 285,970.00 |
| **For the year before that:** | From 04/01/2020<br>MM / DD / YYYY  to | 03/31/2021<br>MM / DD / YYYY | | $ 0.00 |

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* 1:22-bk-11181-MB |
|---|---|---|
| | Name | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attached detail<br>Creditor's name | | $ 826,898.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dick Lippin<br>Insider's name<br>The Lippin Group<br>10675-B Santa Monica Blvd.<br>Los Angeles, CA 90025 | | $ 125,218.00 | PR Services |
| | Relationship to debtor<br>Director | | | |
| 4.2. | _____<br>Insider's name | | $ _____ | |
| | Relationship to debtor<br>_____ | | | |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Fontainebleau Florida Hotel LLC v. NATPE | arbitration | JAMS Arbitration | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> JAMS Ref. No. : 5460000066 <br> _____ | | | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> _____ | | | |

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

## Part 5: Certain Losses

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Arnold Peter, A Prof Corp | | 09/2022 | $ 41,009.00 |
| | **Address** | | | |
| | 270 Coral Circle<br>El Segundo, CA 90245 | | | |
| | **Email or website address**<br>apeter@peterlawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Leslie Cohen Law PC | | 09/2022 | $ 60,000.00 |
| | **Address**<br>1615-A Montana Avenue<br>Santa Monica, CA 90403 | | | |
| | **Email or website address**<br>www.lesliecohenlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | | |
|---|---|---|---|---|---|
| 14.1. | 5757 Wilshire Blvd<br>Los Angeles, CA 90036 | From | 09/2004 | To | 05/2021 |
| 14.2. | 1601 Vine Street (WeWork)<br>Los Angeles, CA 90026 | From | 07/2019 | To | 05/2021 |

Debtor __National Association of Television Program Executives, Inc._____  Case number (*if known*) __1:22-bk-11181-MB_____
       Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

    Is the debtor primarily engaged in offering services and facilities for:

    —  diagnosing or treating injury, deformity, or disease, or

    —  providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.

    ☑ Yes. State the nature of the information collected and retained. __Contact information for clients_____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.

       Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

---

**Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Iron Mountain Storage<br>Name<br>2 Sun Court<br>Norcross, GA 30092 | TBD | Video archive | ☑ No<br>☐ Yes |
| Address | | | |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Debtor | National Association of Television Program Executives, Inc. | Case number *(if known)* | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____ To _____ |

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Sarah Jessup (Pery Consulting) <br> Name <br> 2051 S Horne Street, Oceanside, CA 92054 | From 11/01/2020 <br> To ___present |

| Name and address | Dates of service |
|---|---|
| 26a.2. Theresa Thi (Independent Contractor) <br> Name <br> 28017 Lobrook Drive, Rancho Palos Verdes, CA 92054 | From 02/14/2010 <br> To 08/01/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Windes, Inc <br> Name <br> P.O. Box 87 Long Beachj, CA 90801 | From 01/20/2017 <br> To ~~present~~ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Sarah Jessup (Pery Consulting) <br> Name <br> 2051 S Horne Street, Oceanside, CA 92054 | |

---

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor __National Association of Television Program Executives, Inc.__    Case number (if known) __1:22-bk-11181-MB__
      Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
     Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rola Bauer (Director) | MGM International Productions Sonnenstraße 14, Munich, Germany,  80331 | | 0 |
| Peter Blacker (Director) | NBC Universal 2350 NW 117 Place, Miami, FL 33182 | | 0 |
| Dan Cohen (Director) | Paramount Global "5555 Melrose Ave Redstone 201/203", Los Angeles, CA 90038 | | 0 |
| Phil Gurin (Director) (Director) | The Gurin Company 11846 Ventura Boulevard, Suite 303, Studio City, CA 91604 | | 0 |
| Michael Kassan (Director) | MediaLink LLC 1901 Avenue of the Stars #1775,, Los Angeles, CA 90067 = | | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. JP Bommel<br>   Name<br>720 Greenwich Street, Apt 2D<br>New York, NY 10014 | | _____ | See attached |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| CEO | | _____ | |

| Debtor | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

30.2 _____
Name

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/18/2022
             MM / DD / YYYY

✖ _____*JP Bommel*_____     Printed name   JP Bommel
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Consultant

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Statement of Financial Affairs**
**3. Certain payments or transfers to creditors within 90 days before filing this case**

| Bank Description | Sum of Amount | ADDRESS | | | | | | Reason for Payment |
|---|---|---|---|---|---|---|---|---|
| Alicia Boyle | (15,000.00) | 13547 Bristlecone Circle | | Orlando | FL | 32828 | | Services |
| Amex | (14,824.07) | P.O. Box 650448 | | Dallas | TX | 75265-0448 | | Various |
| Arnold Peter, A Professional Corporation | (195,300.90) | 270 Coral Circle | | El Segundo | CA | 90245 | | Legal Fees |
| Beverly Wilshire - Four Seasons | (82,207.19) | 9500 Wilshire Boulevard | | Beverly Hills | CA | 90212 | | Event space rental |
| Comdata | (17,649.73) | | | | | | | Various |
| Conference Direct | (30,687.50) | 193 Blue Ravine Road | STE 190 | Folsom | CA | 95630 | | Production Vendor |
| Edward Jones | (10,125.00) | 20530 Anza | | Torrance | CA | 90503 | | DB Consulting |
| Elina Nesterova | (9,717.90) | 52 Rue Sebastopol | | Paris | | 75003 | RU | Outside Sales |
| Gary I.C. Mitchell | (65,650.64) | 108 Norris Close | | Abingdon | | OX14 2RP | GB | Outside Sales |
| Grand Hyatt at Baha Mar | (25,000.00) | One Baha Mar | | Nassau | AL | 0 | US | Event space rental |
| Geenean Atwood Baynes | (10,000.00) | 19127 Pioneer Boulevard | SPC 44 | ARTESIA | CA | 90701 | | Services |
| John B Sullivan | (13,681.00) | 3944 Woolwine Drive | | Los Angeles | CA | 90063 | | Services |
| Kathleen M Paton | (9,000.00) | 1309 L Street | | Belmar | NJ | 7719 | | Services |
| Leslie Cohen | (60,000.00) | 1615-A Montana Avenue | 1st Floor | Santa Monica | CA | 90403 | | Legal Fees |
| Lippin Group | (18,028.22) | 10675-B Santa Monica Bl. | | Los Angeles | CA | 90025 | | Services |
| Ling Fen Lee | (42,901.05) | Section 2, No. 171 | Chong-Shang Road | Taipei | | | TW | Outside Sales |
| AGK Creative, LLC | (18,900.00) | 1200 A East Atlantic Avenue | | Delray Beach | FL | 33483 | | Marketing Services |
| Potkert Kft (Sponsorship Costs) | (6,673.01) | 1051 Budapest, Zrinyi u. 4 | | Budapest | | | HU | Event space rental |
| P3, Inc. | (22,644.45) | 29003 Avenue Sherman | | Valencia | CA | 91355 | | Event production |
| Pery Consulting Group, LLC | (32,000.00) | 7607 Wiscasset Drive | | West Hills | CA | 91304 | | Services |
| Schramm Marketing Group | (27,999.14) | 222 Ocean Avenue | | Northport | NY | 11768 | | Services |
| Scott Chapman Rowe | (10,000.00) | 2934 Beverly Glen Cir, #277 | | Los Angeles | CA | 90077 | | Services |
| Special Effects LTD | (55,464.65) | 1155 Budapest, Wysocki utca 1 | | Budapest | | | HU | Event production |
| Santreo Insurance | (7,904.00) | 1950 W Corporate Way #1 | | Anaheim | CA | 92801 | | Insurance |
| Mishidan Enterprises | (25,540.00) | 844 N AVENUE 67 | | Los Angeles | CA | 90042 | | Event production |
| **Grand Total** | **(826,898.45)** | | | | | | | |

| Debtor Name | National Association of Television Program Executives, Inc. | Case number (if known) | 1:22-bk-11181-MB |

### Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Jack Abernethy (Director) | FOX Broadcasting Company 10201 W. Pico Blvd, Bld 100/5103, Los Angeles, CA 90064 | 0 |
| Kevin Beggs (Director) | Lionsgate TV 2700 Colorado Ave ste. 200, Santa Monica, CA 90404 | 0 |
| Laura Kennedy (Director) | Avalon 2317 Clark Avenue, Venice, CA 90291 | 0 |
| Robert Friedman (Director) | Bungalow Media + Entertainment 115 Broadway 21st Floor, New York, NY 10006 | 0 |
| Pearlena Igbokwe-Robinson (Director) | Universal Studio Group 100 Universal City Plaza Building 1280, Universal City, CA 91608 | 0 |
| Jordan Levin (Director) | Rooster Teeth Productions, LLC 1901 East 51st Street, Austin, TX 78723 | 0 |
| Dick Lippin (Director) | The Lippin Group 10675 Santa Monica Boulevard, 10675-B, Los Angeles, CA 90025 | 0 |
| Kelly Day (Director) | Amazon Studios 1620 26th Street, Santa Monica, CA 90404 | 0 |
| Kathleen Finch (Director) | Discovery 230 Park Avenue South, New York, NY 10003 | 0 |
| Shahid Khan (Director) | Arthur D Lillte 79 Madison Avenue, New York, NY 10016 | 0 |
| Scott Sternberg (Director) | Scott Sternberg Productions, Los Angeles, CA 90038 | 0 |
| Nicole Bernard (Director) c/o NATPE | 3940 Laurel Canyon Blvd. Ste. 324, Studio City, CA 91604 | 0 |
| Erin McPherson (Director) | Verizon 1095 6th Avenue, 12th Floor, New York, NY 10036 | 0 |
| Armando Nuñez (Director) | CBS Television City 7800 | 0 |

Debtor Name __National Association of Television Program Executives, Inc.__   Case number *(if known)* __1:22-bk-11181-MB__

### Continuation Sheet for Official Form 207

| | | |
|---|---|---|
| Beverly Blvd., Los | Angeles, CA 90036 | |
| Deborah Bradley (Director) | Amherst Holdings 5001 Plaza on the Lake suite 200, Austin, TX 78746 | 0 |
| David Decker (Director) | Warner Bros International TV Production 4000 Warner Blvd., Burbank, CA 91522 | 0 |
| Elaine Frontain Bryant (Director) | A+E Networks 235 E 45th St, New York, NY 10017 | 0 |
| Mark Greenberg (Director) | MSGCI 155 w 11th St, New York, NY 10011 | 0 |
| Brett Hansen (Director) | Paradigm Agency 700 North San Vicente Boulevard, West Hollywood, CA 90069 | 0 |
| Ira Bernstein (Director) | Debmar-Mercury 530 5th Avenue 5th Floor, New York, NY 10036 | 0 |
| Sean Cohan (Director) | Nielsen 22 North 6th Street, PH3E, Brooklyn, NY 11249 | 0 |
| Patrice Courtaban (Director) | TV5 USA 8733 Sunset Blvd, West Hollywood, CA 90069 | 0 |
| Susanne Daniels (Director) | 331 Foothill Rd Suite 400, Beverly Hills, CA 90210 | 0 |
| Greg Lipstone (Director) | 1640 S. Sepulveda 300, Los Angeles, CA 90025 | 0 |
| Rod Perth (Director) | RHP Media Consulting 1295 Sherwood Road Sherwood Rd., San Marino, CA 91108 | 0 |
| Sarah Aubrey (Director) | WarnerMedia One Time Warner Center, New York, NY 10019 | 0 |
| Cindy Holland (Director) | 220 North Van Ness Avenue, Los Angeles, CA 90004 | 0 |
| Sharon Vuong (Director) | NBCUniversal 100 Universal City Plaza, Universal City, CA 91608 | 0 |
| Mina Lefevre (Director) | Facebook 12777 W. Jefferson Blvd, Los | 0 |

Debtor Name    National Association of Television Program Executives, Inc.

Case number *(if known)*   1:22-bk-11181-MB

## <u>Continuation Sheet for Official Form 207</u>

Angeles, CA 90066

**JP Bommel (Interim CEO)**    720 Greenwich Street, Apt   0
2D, New York, NY 10014

**Andy Kaplan (Board Chair,**    KC Global Media   0
**Director)**    Entertainment LLC 1601
Vine St #4-144, Los
Angeles, CA 90028

**Bruce DavidKlein**    Atlas Media Corporation   0
**(Secretary, Director)**    251 West 30th Street –
6th fl, New York, NY
10001

**Michael Schwimmer**    Univision Communications,   0
**(Director)**    Inc. 5999 Center Drive,
Los Angeles, CA 90045

Statement of Financial Affairs
Question #30

| JP Bommel executive Compensation Oct 2021 to Oct 2022 | | |
|---|---|---|
| | | **Net** |
| Pay 10-10-21 thru 12-19-21 | | $37,467.93 |
| 401K contribution | | $26,000.00 |
| Pay 01-02-22 Thru 10-09-22 includes deferred compensation[1] from Dec 2020 to March 31st, 2022 | | $237,351.11 |
| Contractual Severance[2] and Vacation Pay Payout | | $116,135.96 |
| Employee Severance Payout | | $32,240.96 |
| **TOTAL** | | **$449,195.96** |

**Note 1**: **Deferred compensation** and retention plan voted by Executive Committee in November 2020 imposed an aggressive salary decrease and layoffs amounting to a cumulative cost reduction of 50.97%. Payment instalments were set from April to Sept 2022 in a new employment contract on April 1st, 2022

**Note 2**: **Contractual Executive Severance package** was voluntarily reduced by Mr. Bommel from eleven months to six-month salary pursuant to his termination letter on September 30th

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of _____

**In re**

Case No. _____

**Debtor**

Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

2. The source of the compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in ~~adversary proceedings and other~~ contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____   _____

*Date*                        *Signature of Attorney*

                             _____

                                *Name of law firm*