| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen, Esq. (SBN: 93698)<br>   leslie@lesliecohenlaw.com<br>J'aime Williams Kerper, Esq. (SBN 261148)<br>   jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW, PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>Telephone:  (310) 394-5900<br>Facsimile:  (310) 394-9280<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**AUG 14 2024**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Cetulio    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>National Association of Television Program Executives, Inc.<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  1:22-bk-11181-MB<br><br>CHAPTER:  11<br><br><br>**ORDER:**<br><br>☒ <u>**GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**</u><br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>       **[LBR 9075-1(b)]** |

**Movant** (*name*):

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: *Motion Objecting To Claim Of Fontainebleau Florida Hotel, Llc [Claim No. 1]; Motion For Confirmation Of Debtor's Chapter 11 Plan*

   a. *Date of filing of motion: 2/1/2023; 5/18/2023*

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 8/14/24

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ <u>The Application is granted, and it is further ordered that:</u>

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒   A hearing on the motions and a chapter 11 status conference will take place as follows:

| | |
|---|---|
| <u>Hearing date: August 20, 2024</u><br><br><u>Time:  1:30 p.m. PDT</u><br><br><u>Courtroom: 303</u> | **Place:**<br>☐  **255 East Temple Street, Los Angeles, CA 90012**<br>☒  **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐  **3420 Twelfth Street, Riverside, CA 92501**<br>☐  **411 West Fourth Street, Santa Ana, CA 92701**<br>☐  **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:*<br><br>Date: August 16, 2024<br><br>Time: 1:00 p.m. PDT | (B) *Persons/entities to be provided with telephonic notice:*<br><br>Creditors holding the 20 Largest Claims and any secured creditors<br><br>☐   See attached page<br><br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒   No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☐  one of the methods checked    ☐  all of the methods checked

(A) ☐  Personal Delivery    ☐  Overnight Mail    ☒  First class mail    ☐  Facsimile*    ☐  Email*

| | |
|---|---|
| (B) *Deadlines:*<br>Date: August 14, 2024<br><br>Time: | (C) *Persons/entities to be served with written notice and a copy of this order:*<br><br>Creditors holding the 20 largest claims and any secured creditors shall be served with a copy of this order; provided, however, that ALL CREDITORS receive a notice of the hearing on plan confirmation by first class mail.<br><br>☐   See attached page<br><br>(D) S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with motion, declarations, supporting documents:_ |
|---|---|
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) _Service is also required upon:_ |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒  Regarding **opposition to the motions**

☒ opposition to the motions may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written opposition to the motion:_ |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) _Service is also required upon:_ |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒  Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7)  ☐   Other requirements:

(8)  ☒   No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, ~~and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐   at least 2 days before the hearing.
>
> ☒   no later than:        Date: August 19, 2024        Time: 12:00 p.m. PDT

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: August 14, 2024

*Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 4                        **F 9075-1.1.ORDER.SHORT.NOTICE**