Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>National Association of Television Program Executives, Inc.,<br><br><br><br>Debtor and<br>Debtor in Possession | Case No.  1:22-bk-11181-MB<br><br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARINGS**<br><br>Rescheduled Date: August 20, 2024<br>Time: 1:30 p.m.<br>Via Zoomgov<br><br>Video/audio web address:<br>https://cacb.zoomgov.com/j/1612534939<br>ZoomGov meeting number: 161 253 4939<br>Password: 252106<br>Telephone conference lines: 1 (669) 254 5252 or<br>1 (646) 828 7666 |

**PLEASE TAKE NOTICE** that the chapter 11 status conference and the hearing on the motion ("**Motion**") of National Association of Television Program Executives, Inc. ("**Debtor**"), the debtor and debtor-in-possession in the above-captioned bankruptcy case, for an order confirming its First Amended Chapter 11 Plan (the "**Plan**") [Docket No. 223] have been rescheduled to August 20, 2024 at 1:30 p.m., before the Honorable Martin Barash, United States Bankruptcy Judge, via ZoomGov originating from Courtroom "303" at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

1        **PLEASE TAKE FURTHER NOTICE THAT** the *Supplemental Notice Re: Availability*

2 *of Zoomgov Audio and Video For Remote Appearance* accompanies this Notice.

3        **PLEASE TAKE FURTHER NOTICE THAT** any oppositions to the matters being

4 heard on August 20, 2024 may be made orally at the hearing.

5        **PLEASE TAKE FURTHER NOTICE THAT** any replies in support of the matters

6 being heard on August 20, 2024 may be made orally at the hearing.

7 **PLEASE MARK YOUR CALENDARS ACCORDINGLY.**

8 Dated: August 14, 2024                LESLIE COHEN LAW PC

9

10                     By:    */s/ Leslie A Cohen*

11                          Leslie A. Cohen
                         Counsel for Debtor in Possession

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Leslie A. Cohen, Esq. (SBN: 93698)<br>leslie@lesliecohenlaw.com<br>J'aime Williams Kerper, Esq. (SBN 261148)<br>jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW, PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>Telephone: (310) 394-5900<br>Facsimile: (310) 394-9280<br><br>☒ *Attorney for Debtor*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>National Association of Television Program Executives, Inc.,<br><br>                    Debtor(s) | CASE NO.: 1:22-bk-11181-MB<br>CHAPTER: 11 |
| --- | --- |
|  | **SUPPLEMENTAL NOTICE RE: AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE** |
|  | HEARING DATE:  August 20, 2024<br>HEARING TIME: 1:30pm<br>HEARING LOCATION: Courtroom 303 |

| **Movant:**  National Association of Television Program Executives, Inc. |
| --- |

1.  The Debtor has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time and at the location indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

> ### NOTICE OF RESCHEDULED HEARINGS

2.  In addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video.  Information on how to appear using ZoomGov is provided on the following page of this notice.

3. Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

4. The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. **Members of the public and the press may only connect to the zoom audio feed, and only by telephone.  Access to the video feed by these individuals is prohibited.  In the case of a trial or evidentiary hearing, no audio access will be provided.  However, members of the public and the press may observe all proceedings in person.**

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.  The use of ZoomGov is free of charge to participants.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

9. Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the hearing.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

> Video/audio web address:
> https://cacb.zoomgov.com/j/1612534939
> ZoomGov meeting number: 161 253 4939
> Password: 252106
> Telephone conference lines: 1 (669) 254 5252 or
> 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 08/14/2024                    Leslie Cohen Law
                                    _____
                                    Printed name of law firm (if applicable)

                                    Leslie Cohen
                                    _____
                                    Printed name of individual Movant or attorney for Movant

---

**NOTE:  Unless otherwise ordered by Judge Barash: (i) this form should not be used for any trial or evidentiary hearing and (ii) no party or witness may appear remotely for any trial or evidentiary hearing.**

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF RESCHEDULED HEARINGS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
8/14/2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

     Russell Clementson    russell.clementson@usdoj.gov
     Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
     John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net
     Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
     Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com
     United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐                                                          Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 8/14/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached pages

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/22/22 I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>8/14/2024</u> | <u>Clare Hendricks</u> | <u>/s/ Clare Hendricks</u> |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-1
Case 1:22-bk-11181-MB
Central District of California
San Fernando Valley
Wed Aug 14 14:35:43 PDT 2024

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Art Sound Miami
11251 NW 20th St. Unit 101
Miami, FL 33172-1860

Camara Argentina de Internet - CABASE
Suipacha 128 - 3 FLOOR F
CABA, Argentina, C1008AAD

DeAPlaneta
Av. Diagonal
662-664, 3C
Barcelona, Spain,  08034

Disney General Entertainment
500 South Buena Vista Street
Burbank, CA 91521-0001

EZEL MEDIA
Merdivenkoy Mh. Fahrettin Kerim Gokay cd
169/5
Kadikoy, Istanbul, Turkey,

Endemol Shine North America
5161 Lankershim
Suite 400
North Hollywood, CA 91601-4964

Fontainebleau Florida Hotel, LLC
c/o Michael B. Lubic
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067-4003

Globo Comunicao e Participaes S.A.
303 Jardim Botnico
CEP 22460-010
Rio de Janeiro, Brazil,  CNPJ 27.865.757

Fontainebleau Florida Hotel LLC c/o Fonta
C/O Michael Lubic
10100 Santa Monica Bl., 8th Flr
Los Angeles, CA 90067-4003

Antena TV Group
FICUSULUI AVE
4TH FL 2ND AREA, DIST 1
Bucharest. Romania,  013975

Blue Media
LEVENT MAHALLESI GULLU SOKAK
NO:8
Istanbul, Hungary,  34330

Christina M. Paul, Charles Wolf
K&L Gates LLP
200 South Biscayne Blvd. Ste. 3900
Miami, FL 33131-2370

Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica, CA 90404-3553

Disney Media Distribution - Latin
Two Alhambra Plaza
9th Floor
Coral Gables, FL 33134-5202

Eden Roc Miami Beach Resort
Attn: Sunshine Gutierrez
Director of Catering
4525 Collins Avenue
Miami Beach, FL 33140-3226

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fontainebleau Miami Beach
Attn: Sales and Marketing Dept.
4441 Collins Avenue
Miami Beach, FL 33140-3227

Grand Hyatt at Baha Mar
One Baha Mar Boulevard
PO Box SP-64324
Nassau, The Bahamas,

National Association of Television Program E
3940 Laurel Canyon Blvd.
Ste. 324
Studio City, CA 91604-3709

Applied Computer
69 S LaSalle St
Aurora, IL 60505-3331

Buendia Estudios
2655 Le Jeune Rd.
Ste 1114
Coral Gables, FL 33134-5802

Condista
2015 NW 102nd Ave
3rd Floor
Miami, FL 33172

Disney Branded Television & National Geograp
1216 Albemarle Rd.
Brooklyn, NY 11218-2908

EW Scripps.co.
312 Walnut Street Suite 2800
Cincinnati, OH 45202-4067

Endeavor
9601 Wilshire Blvd.,
3rd Fl.
Beverly Hills, CA 90210-5219

Federico Dumenigo
Dumenigo Law
4960 Southwest 72nd Ave # 208
Miami, FL 33155-5549

Gain Medya
Kuzguncuk Gazhanesi Sk.
No.2 Kuzguncuk Uskudar
Istanbul, Turkey,

Grupo Telecable
Harmonia Villa 48 Yucatan Country Club
Merida, Mexico, 97308

HACIYATMAZ FILM
Levent Mahallesi
Gll Sokak. No: 8
Beikta-Istanbul, Turkey, 34330

Howas Pictures
515 Madison Ave
22B
New York, NY 10022-5412

INTERCONTINENTAL BUDAPEST
Apczai Csere Jnos
utca 12-14
Budapest, Hungary, 1052

Inter Medya Hiz. Tic. A.S.
Kore Sehitleri Cad.
Kore ehitleri Cd. 16/1
Istanbul, Turkey, AK 34394

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JMP Productions, LLC
200 S Ave 52
Los Angeles, CA 90042-4504

Jack Crouse dba Dogbone Design
442 Winding Hollow Ave
Ocoee, FL 34761-4732

KBS Media
4F KBS Media Center 45
45 Maebongsan Rd., Mapo-gu
Seoul, Republic of Korea, 03909

LB B&R360 - Brands & Rights 360
Calle Velazquez 46
Bajo 3
Madrid, Spain, 28001

Lionsgate TV
2700 Colorado Avenue
Santa Monica, CA 90404-3553

MBC America
3400 W. 6th St.
4th Floor
Los Angeles, CA 90020-2500

MEDIAGENIX
13621 NW 12th St
Suite 100
Fort Lauderdale, FL 33323-2846

MGM Television
245 North Beverly Drive
Beverly Hills 90210-5340

MODUL'GP KFT
Albertirsai t 10
Budapest, Hungary, 1101

Mediaproduccion S.L.U.
Edificio Overon C/Virgilio 2
Pozuelo de Alarcon, Spain, 28223

ModcoMedia
102 Madison Avenue
10th Fl.
New York, NY 10016-7540

Modulus Media Limited
28, Honister Garden
Stanmore, UK, HA7 2EH

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY 10112-0299

NBC Universal Global Distribution
30 Rockefeller Plaza
New York, NY 10112-0037

NBC Universal Local
15000 SW 27th Street
2nd Fl.
Miami, FL 33133

NBCUniversal Telemundo
1 Telemundo Way
Miami, FL 33182-1518

Navigators Insurance Company
Attn: Apurva Vakani,
Hartford Specialty Claims
One Penn Plaza
New York, NY 10119-0002

OGK Creative, LLC
3785 N Federal Highway
Boca Raton, FL 33431-5900

Onza Distribution
Calle Principe De Vergara, 57
Escalera B, 1A
Albemarle, NC 28006

PLUTO TV
750 North San Vicente
Suite 800
West Hollywood, CA 90069-5768

Piamonte TV
Av. Lluis Companys 30
Sant Cugat Del Valles
Barcelona, Spain, 8172

RTVE - Radio Televisin Espaola
Av. de. Radio Televisin, 4
Pozuelo de Alarcn
Madrid, Spain, 28223

Raya Group
Salih Omurtak Sokak
NO:40 Kosuyolu
Kadikoy, Turkey, 34718

Redbox
One Tower Place
Suite 900
Oakbrook Terrace, IL 60181-4623

SBS International, Inc.
3530 Wilshire Blvd
Ste 1000
Los Angeles, CA 90010-2342

Sator
1831 12th Avenue South
Unit #135
Nashville, TN 37203-5405

Saturn Marketing Group
222 Ocean Avenue
Northport, NY 11768-1834

Shemaroo Media & Entertainment LLC
50 Harrison Street
Hoboken, NJ 07030-6064


Sinclair Broadcast Group
10706 Beaver Dam Road
Hunt Valley, MD 21030-2207

Sociedad Televisora Larranana S.A.
Enriqueta Compte y Rique 1276
Montevideo, Uruguay, 11800

Sony Pictures
10202 W. Washington Blvd.
Culver City, CA 90232-3195


The CW Television Network
3300 West Olive Ave.
Bldg. 168
Burbank, CA 91505-4645

The Lippin Group, Inc
10675-B Santa Monica Bl.
Los Angeles, CA 90025-4807

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560


Veronica Lane Books
11420 US-1
Suite 124
N. Palm Beach, FL 33408-3226

ViacomCBS Networks
2450 Colorado Avenue
Suite 500E
Santa Monica, CA 90404-3550

W Hollywood
6250 Hollywood Bl
Los Angeles, CA 90028-5309


Warner Bros International TV
4000 Warner Boulevard
Building 161, Room 3018
Burbank, CA 91505

YLE The Finnish Broadcasting Company
P.O. Box 76
Yleisradio, Finland,   00240

Ziffren, Brittenham, Branca, Et. All
1801 Century Park West
Los Angeles, CA 90067-6409


John-Patrick McGinnis Fritz (TR)
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Leslie A Cohen
Leslie Cohen Law PC
1615-A Montana Ave
Santa Monica, CA 90403-1807

3Vision
26 Circus Mews
Bath, UK  BA1 2PW

8madrid TV
Ana Mariscal 7
Madrid, Spain  28223

A Fishing Story
15643 North Himes Ave
Tampa FL 33618

A+E Networks
235 East 45th Street
New York NY 10017

A+E Networks Latin America
2525 Ponce de Leon Blvd
Coral Gables FL 33134

Abacus Media Rights
2 John Street
Clerkenwell, London, UK  WC1N 2ES

AFP
CRA 13 N 82-49
BOGOTA, Colombia  120101

AFP
Av. Almirante Barroso 52/1002
Rio de Janeiro, Brazil  22080-040

Alibi Films
Calle 70 6-43
Bogota, Colombia  110231

All3media International
Berkshire House
168-173 High Holborn
London, UK  WC1V 7AA

Allied Media Partners LLC
1230 Campanelli Drive
Fort Lauderdale FL 33322

Allied Vaughn
704 South Parker Street
MCKINNEY TX 75069

Alphonso inc
41926 w capistrano dr
maricopa AZ 85138

Amazon
Avenida das Americas 10.001
Rio de Janeiro, Brazil  22793-082

Amazon
Avenida das Americas 10001
Bloco 1 apt. 1302, Äù
Rio de Janeiro, Brazil  22793082

AMAZON
Periferico Blvrd Manuel Åvila Camacho
261
Polanco, MEXICO  11510

Amazon Prime Vide
Avenida das Americas
10.001 - Bloco 1 Apto 1302
Rio de Janeiro, Brazil  22793-082

Amazon Prime Video
4260 SW 13 ST
miami FL 33134

Amazon Prime Video
7391 SW 117 Ter
Pinecrest FL 33156

Amazon Prime Video
2333 Brickel Ave apt 1207
Miami FL 33129

Amazon Prime Video
3200 NW 27th Avenue
Boca Raton FL 33434

Amazon Prime Video
1656 Diplomat Dr
North Miami Beach FL 33179

AMC Networks
11 Penn Plaza
New York NY 10001

AMC Networks International
11 Penn Plaza
17th Floor
New York NY 10001

AMC Networks International Latin
America
Humboldt 1967
CABA, Argentina  C1414CTU

AMC Networks Latin America LLC
2121 Ponce de Leon Blvd.
Coral Gables FL 33134

AMERICA VIDEO FILMS
Amenabar 2710
Buenos Aires, Argentina  1428

America's Test Kitchen
97 Lamberts Lane
Cohasset MA 2025

AMERICATV
Montero Rosas # 1099
Lima, Peru

Amherst
5001 Plaza on the Lake
Austin TX 78746

Ammo Content
95 Christopher Street
New York NY 10014

Antarctica +
8215 SW 72nd Ave
Miami FL 33143

ANTARCTICA +
8217 SW 72nd Ave. Suite 1006
Miami FL 33143

Antena TV Group
FICUSULUI AVE
4TH FL 2ND AREA, DIST 1
Bucharest. Romania  13975

Apple TV+
665 NE 122nd Street
Miami FL 33161

Applied Computer
69 S LaSalle St
Aurora IL 60505

Arcadia International Corp.
2600 SW 3rd. Avenue # 850
Miami FL 33129

Art Sound Miami
11251 NW 20th St.
Unit 101
Miami FL 33172

ATV (Turkuvaz Aktif Televizyon
Produksiyon A.û)View Account Hierarchy
34060 Eyupsultan
Istanbul, Turkey  32349

Banjay Rights
Shepherds Building Central,
Charecroft Way
London, UK  W14 )EE

Beta Film
2607 Beach Avenue
Venice CA 90291

Big Fish Entertainment
7 Pheasant Road West
Pound Ridge NY 10576

Big Media
1979 Marcus Avenue
Lake Success NY 11042

Big Media
1979 marcus ave ste 210
lake success NY 11042

Bitcora 5.0
Calle 105 # 17-22
Bucaramanga, Colombia  680004

Black Sheep Productions
501 NE 31 ST
Miami FL 33137

Blue Ant Media
24 Forest Hill Drive
Everett, Ontario, Canada  L0M1J0

Blue Ant Media
130 Merton Street
Toronto, Ontario, Canada  M4S 1A4

Blue Sky Media LLC
8585 E Hartford Dr
Scottsdale AZ 85255

BOLD MP
2898 Rowena Avenune
Los Angeles CA 90039

BoricuaTV
30 Malva St. apt 8,
Portal Santa Maria, Puerto Rico  927

Brain Power Studio
118 Raglan Street
Newmarket, Ontario, Canada  L3Y 4B1

Brandvida
3015 N. 49th Street
Phoenix AZ 85018

Bridgestone Multimedia Group, LLC
1204 E. Baseline Rd. Ste 103
Tempe AZ 85283

BRUDER RELEASING INC.
79585 Baya
La Quinta CA 92253

Buendia Estudios
C. de Melchor Fern√°ndez Almagro
105
Madrid, Spain  28029

Calinos Entertainment
Calinos Plaza, Kavacik Mh.
Ekinciler Cd. Elbistan Sk. No: 6, Beykoz
Istanbul, Turkey  34810

Camara Argentina de Internet - CABASE
suipacha 128  - 3
FLOOR F
CABA, Argentina  C1008AAD

Camara Argentina de Internet - CABASE
suipacha 128  - 3 FLOOR "F"
CABA, ARGENTINA  C1008AAD

CANAL 13 CHILE
ines matte urrejola 0848
Santiago, Chile  0

Canal 4
Paraguay 2253
Montevideo, Uruguay  11800

Canal 4
Paraguay 2253
Montevideo PR 11800

Candlelight Media Group
351 West 1360 North
Orem UT 84057

CDC United Network
Avenue Louise 350
Bruxelles, Belgium  1050

Centauro
6355 NW 36 street suite 304
Miami FL 33166

Centauro
6355 NW 36st suite 304
Miami FL 33166

CFK
2149 Basil
Los Angeles CA 90077

CIC Media
5443 NW 112th PL
Miami FL 33178

Cineflex Rights
1st Floor 1 Lorenzo Street
London, UK  WC1X9DJ

CINEPLEX
6095 N Sabal palm Blvd
Apt 201
Tamarac FL 33319

Circle Media LLC
1501 Woodland Pointe
Nashville TN 37214

Cisneros Media
121 Alhambra Plaza
Suite 1400
Coral Gables FL 33134-4540

CMO Producciones
CARRERA 5 # 67 - 28
Bogota, Colombia  110211

CNN Brasil
Avenida Paulista 1374 3 mezanino
Sao Paulo, Brazil  1310100

CNN Brasil
Avenida Paulista 1374 3 mezanino
Sao Paulo, Brazil  1310100

Comediha! Distribution inc.
214 avenue St Sacrement
Quebec City, Quebec, Canada  G1N 3X6

Compass Pictures
1067 Niskayuna Rd.
Niskayuna NY 12309

CONTAINER GROUP S.A
Humboldt 2045 Torre 2
Buenos Aires, Argentina  1414

Coral Europa
Rua do Olival Santo
Vialonga, Portugal  2625-585

Coral Vision Europa
Rua do Olival Santo
no 43
Vialonga, Portugal  2625-585

Corus Entertainment
25 Dockside Drive
Toronto, Ontario, Canada  M5A 0B5

Cowles Company
PO Box 600
Spokane WA 99210

Crossroads Television System (O/A
YESTV)
1295 North Service Road
Burlington, Ontario, Canada  L7R 4X5

Crown Media Family Networks
12700 Ventura Boulevard
Studio City CA 91604

Crown Media International Distribution
12700 Ventura Blvd
Suite 200
Studio City CA 91604

Danger TV LLC
100 Hepburn Road
Clifton NJ 7012

Debmar-Mercury
2700 Colorado Avenue
4th Floor
Santa Monica CA 90404

Dee Brown Ceo
2670 union ave ext
Memphis TN 38112

Del Barrio Producciones
Calle Santa Isabel 241 Dpto. 301
Miraflores
Lima, Peru  15074

Dinter LLC
5757 SE Miles Grant Rd
Stuart FL 34997

Directv
Capitan Justo GA.Bermudez 4547
Munro, Argentina  B1605DII

Dish M√©xico
CALZADA DE TLALPAN 1924
CIUDAD DE MEXICO, MEXICO  4210

Disney Branded Television & National
Geographic
1216 Albemarle Rd.
Brooklyn NY 11218

Disney Media Distribution - Latin
Two Alhambra Plaza
9th Floor
Coral Gables FL 33134

Dopamine
Dr Severo Ochoa 47
Madrid, Spain  28100

Dori Media Group
2 Raul Wallenberg St.
TEL-AVIV, Israel  6971901

DRAMAX
Calle 33 # 16-50
BOGOTA, Colombia  111311

Duplitech
20000 Mariner Avenue
Torrance CA 90503

Dynamic Television
2853 Nichols Canyon Place
Los Angeles CA 90046

Dynamo Contenidos
Tepic 108
Mexico  6760

E.W. Scripps
312 Walnut Street
Ste 2800
Cincinnati OH 45202

Eccho Rights
Kungsgaten 48
Stockholm, Sweden  11135

ECOR LTDA.
AV. DOBLE VIA A LA GUARDIA
SANTA CRUZ DE LA SIERRA,
Bolivia  0

ECUAVISA
Cerro del Carmen s/n
Guayaquil, Ecuador  90306

Eden Roc Miami Beach Resort
Attn: Sunshine Gutierrez
Director of Catering
4525 Collins Avenue
Miami Beach FL 33140

Edisen
260 Hamilton Road
Chappaqua NY 10514

Electric Entertainment Inc
962 N. La Cienega Blvd.
Los Angeles CA 90069

Endeavor Content
9560 Wilshire Blvd
Los Angeles CA 90212

Energia
9851 N Kendall Drive
Miami FL 33176

Entertainment Studios
4861 Hanging Moss Lane
Sarasota FL 34238

Esteno Media Group
17498 SW 36th St
Miramar FL 33029

EW Scripps.co.
312 Walnut Street Suite 2800
Cincinnati OH 45202

Exile Content Studio
2450 Colorado Ave Suite 100E
Santa Monica CA 90404

Family Entertainment TV
613 Ironwood Road
South Bend IN 46614

FERO INTERNATIONAL
2566 Catamaran Way
Chula Vista CA 91914

Film Factory Entertainment
Calle Lincoln 11
Barcelona, Spain  8006

FilmRise
220 36th Street 4th floor
Brooklyn NY 11232

Flix Translations Group
2222 Ponce de Leon Blvd., Suite 300
Coral Gables FL 33134

Fontainebleau Miami Beach
Attn: Sales and Marketing Dept.
4441 Collins Avenue
Miami Beach FL 33140

Foundation Sales and Consulting
968 N. Madison
Pasadena CA 91104

Fox Nation
350 BEDFORD RD
CHAPPAQUA NY 10514

Fresh Or Phresh Media
4419 SW 13TH TER
MIAMI FL 33134

FULL BOARD MEDIA
VIALE CAMPANIA 4
MILANO, ITALY  20133

Full Board Media s.r.l.
Viale Campania 4
20133

Fuse Media
700 North Central Avenue
Glendale CA 91020

Fuse Media
18 Gem Mtn
Lagrangeville NY 12540

Fuse Media
700 N Central Ave
Glendale CA 91203

G4
1840 Victory Blvd
Glendale CA 91506

Gannett Fleming
4140 Henhawk Court
Ellicott City MD 21042

Gaumont
750 N San Vicente Boulevard
West Hollywood CA 90069

Gaumont
750 N SAN VICENTE BLVD
west hollywood CA 90069

Get Lucky Productions
726 S. Milwaukee Ave
Gurnee IL 60031

Giant Pictures LLC
133 W 19th St
New York NY 10011

GLOBAL AGENCY (GLOBAL TELIF
HAKLARI YAPIMCILIK TIC A.S.)
abdi ipekßi cad park 19/1 kat ni anta
Istanbul, Turkey  34367

Globo
Rua Lopes Quintas 303
Rio de Janeiro, Brazil  22460901

Globo
Rua Jardim Botanico
695 - 7 andar
Rio de Janeiro, Brazil  22470-050

Golden Media Group Inc.
19553 Mesa of the Oaks
Newhall CA 91321

Grand Hyatt at Baha Mar
One Baha Mar Boulevard
PO Box SP-64324
Nassau, The Bahamas

Gravitas Ventures
2900 Detroit Ave
Cleveland OH 44113

Gray Media Group
27 Berkshire Road
Merrick NY 11566

Gray Media Group
137 Rolling Hills Place
Canton GA 30114

GRB Studios
13400 Riverside Drive Suite 300
Sherman Oaks CA 91423

Great Movies Distribution
12841 New Market St
Fort Myes FL 33913

Greenfield Media LLC
2711 North Street
Fairfield CT 6824

GRIFFIN MEDIA
7401 N KELLEY AVENUE
OKLAHOMA CITY OK 73111

Grupo Lauman
87 Lakeside Green
The Woodlands TX 77382

Grupo Secuoya
Carrera 11a 97a 19
Bogota, Colombia  110111

Grupo Telecable
Harmonia Villa 48
Yucatan Country Club
Merida, Mexico  97308

HBO Max
1050 Techwood Drive NW
Atlanta GA 30318

Hemisphere Media Group
4000 Ponce de Leon Blvd., Suite 650
Coral Gables FL 33146

HITN TV
63 Flushing Avenue
Brooklyn FL 11205

HITN TV
63 Flushing Avenue
Brooklyn NY 11205

hoopla Digital
1417 Timberwolf Dr
Holland OH 43528

Horowitz Research
270 North Ave., Suite 805
New Rochelle NY 10801

Horus Movies Animation
BORA KOMOROWSKIEGO 39 / 167
WARSZAWA, POLAND  03-982

IB Broadcasting Company
Porfirio Diaz 39
Mexico City, Mexico  3720

ICEX - Espana Exportacion E
Inversiones E.P.E.
2655 Le Jeune Rd. Ste 1114
Coral Gables FL 33134

Imagen TV
Av. Universidad #2014
Ciudad de Mexico, Mexico  4360

IMDb TV / Amazon Studios
272 entrada drive
santa monica CA 90402

INCOMSA
1315 NW 98 Court Unit#8
Doral FL 33172

INFINITO STUDIOS
Calle Llull
48. 3-2.
BARCELONA, Spain  8005

INFINITO STUDIOS
Calle LLUL
48. 3-2.
BARCELONA, Spain  8005

INSP LLC.
3000 Worldreach Dr
Indian Land SC 29707

INSP Network
3000 WorldReach Drive
Indian Land SC 29707

INTERCONTINENTAL BUDAPEST
Apczai Csere Janos
utca 12-14
Budapest, Hungary  1052

International Dubbing Factory
11251 NW 20th St. Unit
Unit 101
Miami FL 33172

Internet Media & Entertainment INC
6487 Cavalleri Rd
Malibu CA 90265

ISLA AUDIOVISUAL
CALLE MARIA AUXILIADORA 26
MAJADAHONDA, Spain  28220

ISSAM HIJJAWI PRODUCTION
HOUSE
20 King Faisal Bin Abed Alaziz Street
Umuthaina
Amman, Jordan  11194

ISTANBUL CHAMBER OF
COMMERCE
Resadiye St. Eminonu Fatih
Istanbul, Turkey  34112

ITV Studios GLobal Entertainment
Familie De Mollaan 1
Hilversum, Netherlands  1217 ZB

IVC/Ole Comunications
2525 Ponce de Leon Blvd Suite #250
Coral Gables FL 33134

Jack Crouse dba Dogbone Design
442 Winding Hollow Ave
Ocoee FL 34761

JMP Productions, LLC
200 S Ave 52
Los Angeles CA 90042

Kalil & Co.
2960 N. Swan Rd
Tucson AZ 85712

Kanal D International
100. YIL MAH. 2264. SK.
DEMIROREN MEDYA CENTER APT.
NO:1/21 34218 BAGCILAR
Istanbul, Turkey  34218

Katz Television Group
125 W. 55th Street
New York NY 10019

KC Global Media Entertainment
13225 OLD OAK LN
LOS ANGELES CA 90049

Korea Creative Content Agency
(KOCCA)
35 Gyoyuk gil, Naju-si, Jeollanam-do
Naju, Korea, Republic of  58217

Laberinto Cine y TV
carrera 8 67-74
Bogota D.C., Colombia  110231

Landia Content
Gral Benjamin Hill 1 Piso 1 Suite 154
155107 ABC
Mexico City, Mexico  6170

Landia Content SA de CV
Benjamin Hill 1 Suite 154
155 107 ABC
Mexico City, Mexico  6170

Landia Content SA de CV
"Benjamin Hill 1 Suite 154
155 107 ABC
Mexico City, Mexico

LATINA
AV. SAN FELIPE 968
Jesus Maria, Peru  51111

Latina
Av. San felipe 968 Jesus Maria
Lima, Peru  15072

Ledafilms
Virrey Olaguer y Feliu 2462
Piso 3
BUENOS AIRES, Argentina  1426

Legacy Distribution
3715 Kings Way
Boca Raton FL 33434

Lexicon Media
1602 Belle View Blvd
Alexandria VA 22307

Liberman Media Group - Teleonce
Calle Carazo #67
Guaynabo, Puerto Rico  969

Library Kingdom Cooperation
14320 Ventura Boulevard
Sherman Oaks CA 91423

Lifestyle Magazine
3270 E. Darby St. Unit 224
Simi Valley CA 93063

Lionsgate TV
2700 Colorado Avenue
SANTA MONICA CA 90404

Litopos Producciones
MIGUEL LAURENT 52 INT 4
Benito Juarez, Mexico  3200

LIVENow Global
3 Cavendish Square
LONDON, UK  W1G 0LB

Luk Intgernacional S.A
Travessera de Gracia 17-21 entl C-D
Barcelona, Spain  8021

MA PRODUCTION
Esentepe, Kore Şehitleri Cd. No : 5, 34394
Şişli/İstanbul, Turkey

Macias Group
11251 NW 20th St. Unit 101
miami FL 33172

MC FILMS
61 BAINBRIDGE AC
PROVIDENCE RI 2909

Mediacrest Entertainment
Calle Trafalgar 38
Barcelona, Spain  8010

MEDIAGENIX
13621 NW 12th St Suite 100
Fort Lauderdale FL 33315

MEGAMEDIA
AVDA. VICUNA MACKENNA 1370
Santiago Chile  7780006

Megamedia S.A.
Vicuoa Mackenna 1370
Region Metropolitana, Chile  7780006

Melanite Productions
848 BRICKELL KEY DRIVE
Miami FL 33131

Meruelo Media
863 S. Bedford St. # 3
Los Angeles CA 90035

Mesber Agency
1504 Bay Road
Miami FL 33139

MGE - Mega Global Entertainment
333 SE 2nd Avenue, Suite 2027
Miami FL 33131

Minuto 90 Films
Calle Pau Claris 141
Barcelona, Spain  8009

Mission Broadcasting
901 Indiana Avenue
Suite 375
Wichita Falls TX 76301

Monarch Films, Inc.
25 Lawrence Drive
WINDHAM NH 12496

Multicom Entertainment
1575 Westwood Blvd Suite 300
Los Angeles CA 90024

Narrative Capital
232 Madison Ave.
New York NY 10016

National Geographic
1216 Albemarle Rd.
Brooklyn NY 11218

Navigators Insurance Company
Attn: Apurva Vakani,
Hartford Specialty Claims
One Penn Plaza
New York NY 10119

NBC Universal
2350 NW 25th Ave
Miami FL 33142

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York NY 10112

NBC Universal Local
15000 SW 27th Street
2nd Fl.
Miami FL 33133

Netflix
415 Orange Grove Circle
Pasadena CA 91105

Netflix
5808 W. Sunset Blvd
Los Angeles CA 90028

New Tang Dynasty Television (Canada)
5743 Heatherleigh Ave
Mississauga NC L5V 2R1

Nexstar Broadcasting
1641 Beautymeadow Drive
Brownsburg IN 46112

Nexstar Media
18614 Rue Beauvais
Lutz FL 33558

Nielsen
85 Broad Street
New York NY 10004

Night Train Media
Residenzstrasse 9
Munich, Germany  80333

NTD
51 Aspenwood Dr
Toronto NC M2H2E8

NUEVEMEDIA SA
AV SANTA FE 1317 PISO 9
Buenos Aires, Argentina  1059

OGK Creative, LLC
3785 N Federal Highway
#300
Boca Raton FL 33431

Olympusat
477 South Rosemary Ave
West Palm Beach FL 33401

OLYMPUSAT
750 S SPAULDING
LOS ANGELES CA 90036

olympusat
477 S. Rosemary Ave
West Palm beach FL 33401

OM-MA (ONTIER MEDIA & MUSIC
Halton House, 20-23 Holborn
London, EC1N 2JD
United Kingdom

OnePlay LLC
Cartagena 1646
Montevideo, Uruguay  11500

Open Road Films
75 Spring St
New York NY 10012

OTTera
16 bis rue de freinville
Aulnay sous bois, France  93600

OTTera
5152 Sepulveda Blvd.
#155
Sherman Oaks CA 91403

OTTera
5152 Sepulveda Blvd.
#155
Los Angeles CA Sherman Oaks

Outdoor America
1495 Black Rock Turnpike
Bridgeport CT 6825

P3
2670 union ave ext
Memphis TN TN 38112

Paramount
161 NW 6 St
Miami FL 33128

Paramount Global
1515 Broadway
New York NY 10036

Peanut Productions
111 S PEORIA ST
Chicago IL 60607

| | | |
|---|---|---|
| Pinnacle Peak Pictures<br>18940 N. Pima Road<br>Suite 106<br>Scottsdale AZ 85255 | Polar Star S.A<br>5333 Collins Ave Suite 1001<br>Miami FL 33140 | PPI Releasing, LLC<br>818 Hampton Drive, Suite 1<br>Venice CA 90291-6026 |
| Premiere Entertainment<br>1201 W 5th Street, Suite M120<br>Los Angeles CA 90017 | Prime Entertainment Group<br>15 Rue Fnelon<br>Paris, France  75010 | Prime Video Brazil<br>Avenida das Americas 10001<br>Rio de Janeiro, Brazil  22793082 |
| PROCOLOMBIA<br>601 Brickell Key Drive, Suite 608<br>Miami FL 33131 | PROINTEL<br>APOLONIO MORALES 13 E<br>MADRID, Spain  28036 | PureFlix.com<br>18940 N Pima Rd<br>Suite 110<br>Scottsdale AZ 85255 |
| Questar Entertainment<br>747 N LaSalle<br>Chicago IL 60654 | Radio e Televisao Bandeirantes S.A.<br>Rua Radiantes 13<br>Sao Paulo, Brazil  5614900 | RAI Com<br>Via U. Novaro 18<br>Rome,¬†Italy  195 |
| RAIBOW LOBSTER<br>21733 ENTRADO DR<br>Topanga CA 90290 | Record Enterprise Television<br>5050 N federal HWY<br>Lighthouse Point FL 33064 | Record TV<br>Rua da Varzea, 240 Barra Funda<br>SAO PAULO, Brazil  1140080 |
| Red Arrow Studios International Gmbh<br>Medienallee 7<br>UNTERFOEHRING, MUNICH,<br>GERMANY MI 85774 | Reel One Entertainment<br>168 Lavender Hill<br>London CO SW11 5TG | Reel One Entertainment<br>Shakespeare House,<br>168 Shakespeare House<br>London, UK  SW11 5TG |
| Reelz Channel<br>9 Ledgewood Commons<br>Millwood NY 10546 | Rightsline<br>1967 Sunset<br>Seattle WA 98116 | Rocstar Tv<br>Suipacha 128<br>Buenos Aires, Argentina  1008 |
| Roku<br>1315 8th St<br>Manhattan Beach CA 90266 | Roman Sound International<br>11251 NW 20th St. Unit 101<br>Miami FL 33172 | Runtime Media<br>95 Christopher street 4O<br>New York NY 10014 |
| S2 Real Estate<br>11512 W WOODSIDE DR<br>HALES CORNERS WI 53130 | SABA<br>5th Floor<br>Starco center Block B Omar Daouk street<br>Minet, Beirut, Lebanon | Samsung<br>12130 Millennium Drive<br>Los Angeles CA 90094 |
| Samsung Electronics America<br>3747 Eddingham Ave<br>Calabasas CA 91302 | Samsung Electronics America<br>1035 Live Oak Dr.<br>Santa Clara CA 95134 | Sato Company<br>2901 S Le Jeune RD<br>Coral Gables FL 33134 |

Schramm Marketing Group
222 Ocean Avenue
Northport NY 11768

Screen Media
3305 Harris Park Ave
Austin TX 78705

ScreenHits TV
5 New Street Sq,
London, Greater London
United Kingdom, EC4A 3TW

Scripps Networks
312 Walnut St.
Cincinnati OH 45202

Secuoya Studios, S.L.
Avenida de EspaNa 1
28760 Tres Cantos
Madrid Spain MD

Self Made Dee Brown CEO
2670 union ave ext
Memphis TN 38112

Shoreline Entertainment
400 S. Beverly Blvd. Suite 210
Beverly Hills CA 90212

Shout! Factory
1640 S. Sepulveda Blvd
Ste 400
Los Angeles CA 90025

Showtime Networks
1633 Broadway
New York NY 10019

Showtime Networks
40 Sky Top Drive
Fairfield CT 6825

Showtime Networks Inc.
1633 Broadway
16th fl
New York NY 10019

SIC, SOCIEDADE INDEPENDENTE
DE COMUNICAÉO, SA
Estrada Da Outurela, 119
Carnaxide, Portugal IN 2794-052

SimulTV
8022 Mitchell Loop SW
Washington DC 20032

Sinclair
3124 Hidden Haven
San Antonio TX 78261

Sky Brasil / Directv SSLA / Directv Go
rua afonso de freitas 740 ap 132
sao paulo, Brazil  04006-052

Sling
12020 Guerin Street
Studio City CA 91604

Smart Economic Technology LLC
3232 Coral Way
#1407
Miami FL 33145

Smart Media Gmbh
Kirchenstra√∞e 21
Munchen, Germany  81675

Sociedad Televisora Larraana S.A.
Enriqueta Compte y Rique 1276
Montevideo, Uruguay  11800

Somos Distribution, LLC
2601 South Bayshore Drive Suite 1250
Miami FL 33133

Sony Music Entertainment
3390 Mary St
Miami FL 33133

Sony Music Entertainment
3390 Mary St
Coral Gables FL 33133

Sony Music Entertainment US Latin
3390 Mary St
Coral Gables FL 33133

Sony Pictures Television
3052 E. Avenida de Los Arboles
Thousand Oaks CA 91362

Sony Pictures Television / Game Show
Network
2025 Prospect Ave
Hermosa Beach CA 90254

SPACEMOB Studio
8001 Conser
Suite 210
Shawnee Mission KS 66204

SPACEMOB studio
8001 Conser Street
Overland Park KS 66204

Spanglish Movies LLC
2980 McFarlane Rd
Miami FL 33133

Standard Media Group
3102 West End Avenue
Ste 400
Nashville TN 37203

Studio Canal
50 Rue Camille Desmoulins
Issy-les-Moulineaux, France  92130

Summertown Productions
197 Inwood Ave.
Montclair NJ 7043

SWARM STUDIOS
1825 32 Ave NE
Calgary, Alberta, Canada DE

SWEN GROUP
4779 collins Ave
miami beach FL 33140

Swen Group
4824 citrus wAY
COOPER CITY FL 33330

TC Television
Avenida de las Americas y calle Abel
Romeo Castillo
Guayaquil, Ecuador  90505

TC TELEVISION
Av. De Las Americas y calle Abel
Romeo
Guayaquil, Ecuador  90513

Team Whistle
133 West 19th Street
New York NY 10011

TEGNA
One Monroe Place NE
Atlanta GA 30324

TEGNA
One Monroe Place
Atlanta GA 30324

Tegna (Digital Networks)
3403 Cummings Ln
Chevy Chase MD 20815

TEGNA Inc.
8350 Broad Street
Tysons VA 22102

TELCO PRODUCTIONS INC
2730 Wilshire Blvd.
Suite 200
Santa Monica CA 90403-4747

Telecine Programaacao de Filmes Ltda.
Avenida das Americas 1650
Rio de Janeiro, Brazil  22640101

Telecine Programacao de Filmes Ltda.
Avenida das Americas
1650
Rio de Janeiro, Brazil  22640-101

Teledoce
Enriqueta Compte y Rique 1276
Montevideo, Uruguay  11800

TELEIMAGE
Av. Republica do Libano
385
S√£o Paulo, Brazil  4502000

Televisa Internacional LLC.
6355 Northwest 36th Street
Virginia Gardens FL 33166

TESERA ENTERTAINMENT
12517 Cascade Canyon Drive
Granada Hills CA 91344

The Associated Press
200 Liberty Street
F119
New York NY 10281

The Asylum
72 E Palm Ave
Burbank CA 91502

The Lippin Group, Inc
10675-B Santa Monica Bl.
Los Angeles CA 90025

THE MEDIAPRO STUDIO US LLC
7291 NW 74th Street
Miami FL 33166

THE ON AIR COMPANY B.V.
45 Paradijsplein
Amsterdam, Netherlands  1093 NJ

The Television Syndication Co., Inc.
520 Sabal Lake Dr
Suite 108
Longwood FL 32779

The Walt Disney Company
3800 W Alameda Ave
Burbank CA 91505

Toei Animation Inc.
11150 West Olympic Blvd.
Suite #800
Los Angeles CA 90064-1844

Tondero Distribuci√≥n
MORELOS 191 San Miguel
LIMA, PERU  15088

Touche Films/2bLATAM
De las Verbenitas y Stefano Maderno
Quito PR 170159

Transition Studios
23230 Wainwright Terrace
Olmsted Falls OH 44138

Trifecta Entertainment
3575 Cahuenga Blvd., Suite 595
Los Angeles CA 90068-1081

TruBlu Factual Streaming
23230 Wainwright Terrace
Olmsted Falls OH 44138

TRZ Studios
Insurgentes Sur 1787
Mexico City, Mexico  1020

Tubi
5623 Ranchito Ave
Valley Glen CA 91401

Tubi
610 Venice Way
Inglewood CA 90302

Tubi
6430 Lakehurst Avenue
Dallas TX 75230

Tubi
1229 N. Spaulding Avenue
West Hollywood CA 90046

Turner Argentina
DEFENSA 599
CABA, ARGENTINA  1065

TV ACCION SA
Andrade 1499
Asuncion, Paraguay  1807

TV Accion SA - Telefuturo
Andrade 1499
Asuncion, Paraguay  1807

TV SBT Canal 4 de S√£o Paulo
Av. das Comunicações 1147
Osasco, Brazil  06276-905

TV SBT CANAL 4 DE SAO PAULO
AV. DAS Comunicacoes 4
OSASCO, BRAZIL  6276905

TVN
Bellavista 0990
Santiago, Chile  7550519

TwentyOne14 Media
1130 S Flower St
Los Angeles CA 90015

Univision
4114 Sunnyslope Avenue
Sherman Oaks CA 91423

UP Entertainment
5534 Dupree Drive
Atlanta GA 30327

Upstar Comunica√ß√µes
Lote 41, 12 Piso
Lisboa, Portugal  1990-084

Urban Home Entertainment
2661 Westwood Dr.
Conyers GA 30094

Vanquish
Calle Anzures 74
Mexico Distrito Federal, Mexico  11590

Vargo Media
426 George Street, 2nd
New Haven CT 6511

Veronica Lane Books
11420 US1, Suite 124
North Palm Beach FL 33408

Viaccess-Orca
Zarhin Street 22
Ra,Äôanana, Israel

ViacomCBS Networks
2450 Colorado Avenue Suite 500E
Santa Monica CA 90404-3577

Vice Media Group
240 West 98th Street
New York NY 10025

Vice Media Group
1760 Majors Path
SOUTHAMPTON NY 11968

VICE TV
240 W 98th Street
New York NY 10025

Vice TV
1760 Majors Path
Southampton NY 11968

VICE TV
595 Baltic St.
Brooklyn NY 11217

Video Mercury Films
calle Ana Mariscal 7
pozuelo de alarcon, spain  28223

Virgil Films & Entertainment
184 Adeline Place
Langhorne PA 19047

Vision Films, Inc
333 Washington Blvd, #357
Marina Del Rey CA 90292

Visionnaire
1415 NW 15 TH
Miami FL 33125

Vme Media Inc
8200 NW 41st  Street Suite 225
Doral FL 33166

Vme Media Inc
8200 NW 41 Street
Doral FL 33166

VMI Worldwide
7119 W. Sunset Blvd., #225,
Los Angeles CA 90046

Vuer
4108 Elmwood St.
Chantilly VA 20151

Wag Entertainment Limited
Unit 207, Screenworks
22 Highbury Grove
London  N5 2EF

Walt Disney
92 Carleon Ave
Larchmont NY 10538

Wapa Tv
Rd 19 Km O.5
Guaynabo, Puerto Rico  966

Warner Bros International TV Production
4000 Warner Boulevard, Building 161,
Room 3018
Burbank CA 91505

Warner Media
8640 Allenwood Rd
Los Angeles CA 90046

Warner Media
Defensa 599
Buenos Aires, Argentina  1065

Warnermedia
Av. Pedro Montt 2354
Santiago, Chile  8370929

Warnermedia
Rua Harmonia
722
Saoo Paulo, Brazil  5435000

WarnerMedia /HBOMax
Av. Ejercito Nacional Mexicano 769
MEXICO CITY, Mexico  11520

WarnerMedia Latin America
396 Alhambra Circle Suite 400
Coral Gables FL 33134

WarnerMedia Latin America
AV. EJERCITO NACIONAL
MEXICANO 769 P7 Torre BL07
CDMX, Mexico  11520

WarnerMedia Latin America
560 Vittorio Ave
Coral Gables FL 33146

WATC TV
490 Sunnyside Drive
Lawrenceville GA 30044

Watch BR
Avenida Joao Gualberto 610
Curitiba, Brazil  80030-000

Watch BR
Avenida Joao Gualberto 610
Curitiba, Parana, Brazil  80030-000

Watch Brasil
R. da Gloria
175
Curitiba, Parana, Brazil  80030-060

World Poker Tour
17877 Von Karman Ave
Suite 300
Irvine CA 92614

Worldwide Audiovisual Womens
Association Corp
1315 NW 98 Court Ste 8
Miami FL 33172

WPT Enterprises
17877 Von Karman Ave
Suite 300
Irvine CA 92614

www.worldmakr.com
1230 2nd Avenue South
Nashville TN 37210

XUMO
31 Via Marguesa
Rancho Santa Margarita CA 92688

YLE The Finnish Broadcasting Company
Yle Center Helsinki
Media House, Uutiskatu 5
HELSINKI, Finland  240

youcast
Rua Leonel Furtado 157
Sao Paulo, Brazil  2724080

Zapping
Ines Matte Urrejola 0848
Santiago, Chikle  0

ZDF Enterprises GmbH
Erich-Dombrowski-Strasse 1
Mainz, Germany  55127

ZDF Studios
Erich-Dombrowski-Strasse 1
Mainz, Germany  55127

ZEBRACOM INTERNACIONAL S.A.S.
Calle 86A Nro. 13A-09
Bogota, Colombia  100111

Wayneston Harbeson
8992 Rutherford Grove
Las Vegas NV 89148

Rebecca Shottland
17 Rocklynn Pl
Glen Rock NJ 7452

Gianna Marchese
2642 30th Ave W
Seattle WA 98199

Stephanie Beringhele
5745 Jamieson Ave
Encino CA 91316

Charlie Weiss
24 Hickory Way
Robbinsville NJ 8691

Sylvia Jageshar
4131 S Cardinale Privado
Ontario CA 91762

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

p)LOS ANGELES COUNTY
TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

National Association of Television
Program E|3
940 Laurel Canyon Blvd.
Ste. 324
Studio City, CA 91604-3709

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Blue Media
LEVENT MAHALLESI GULLU
SOKAK NO:8
Istanbul, Hungary,  34330

Buendia Estudios
2655 Le Jeune Rd.
Ste 1114
Coral Gables, FL 33134-5802

Christina M. Paul, Charles Wolf
K&L Gates LLP
200 South Biscayne Blvd. Ste. 3900
Miami, FL 33131-2370

Condista
2015 NW 102nd Ave
3rd Floor
Miami, FL 33172

DeAPlaneta
Av. Diagonal
662-664, 3C
Barcelona, Spain,  08034

Disney General Entertainment
500 South Buena Vista Street
Burbank, CA 91521-0001

Disney Media Distribution Latin
Two Alhambra Plaza
9th Floor
Coral Gables, FL 33134-5202

EZEL MEDIA
Merdivenkoy Mh. Fahrettin Kerim Gokay
Cd 169/5
Kadikoy, Istanbul, Turkey

Eden Roc Miami Beach Resort
Attn: Sunshine Gutierrez
4525 Collins Avenue
Miami Beach, FL 33140-3226

Endemol Shine North America
5161 Lankershim Suite 400
North Hollywood, CA 91601-4964

Federico Dumenigo
Dumenigo Law
4960 Southwest 72nd Ave # 208

Fontainebleau Florida Hotel, LLC
c/o Michael B. Lubic
K&L Gates LLP
10100 Santa Monica Boulevard,
8th Floor|Los Angeles, CA 90067-410

Gain Medya
Kuzguncuk Gazhanesi Sk.
No.2 Kuzguncuk Uskudar
Istanbul, Turkey

HACIYATMAZ FILM
Levent Mahallesi
Gll Sokak. No: 8
Beikta-Istanbul, Turkey,  34330

Hewes Pictures
515 Madison Ave 22B
New York, NY 10022-5412

Inter Medya Hiz. Tic. A.S.
Kore Sehitleri Cad.
Kore ehitleri Cd. 16/1
Istanbul, Turkey, AK 34394

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KBS Media 4F
KBS Media Center 45
45 Maebongsan Rd.,
Mapo-gu Seoul, Republic of Korea,
03909

Brands & Rights 360
Calle Velazquez 46
Bajo 3
Madrid, Spain,  28001

MBC America
3400 W. 6th St.
4th Floor
Los Angeles, CA 90020-2500

MEDIAGENIX
13621 NW 12th St
Suite  100
Fort Lauderdale, FL 33323-2846

MGM Television
245 North Beverly Drive
Beverly Hills 90210-5340

MODUL'GP KFT
Albertirsai 10
Budapest, Hungary, 1101

Mediaproduccion S.L.U.
Edificio Overon C/Virgilio 2
Pozuelo de Alarcon, Spain,  28223

M
odcoMedia02 Madison Avenue
10th Fl.
New York, NY 10016-7540

Modulus Media Limited
28, Honister Garden
Stanmore, UK,  HA7 2EH

NBC Universal
30 Rockefeller Plaza
15th Floor East
New York, NY 10112-0015

NBC Universal Global Distribution
30 Rockefeller Plaza
New York, NY 10112-0037

NBC Universal Local
15000 SW 27th Street
2nd Fl.
Miami, FL 33133

NBCUniversal Telemundo
1 Telemundo Way
Miami, FL 33182-1518

Onza Distribution
Calle Principe De Vergara, 57
Escalera B, 1A
Albemarle, NC 28006

Piamonte TV
Av. Lluis Companys 30
Sant Cugat Del Valles
Barcelona, Spain,  8172

RTVE - Radio Televisin Espaola
Av. de. Radio Televisin, 4
Pozuelo de Alarcn
Madrid, Spain,  28223

Raya Group
Salih Omurtak Sokak
N0:40 Kosuyolu
Kadikoy, Turkey,  34718

Redbox
One Tower Place
Suite 900
Oakbrook Terrace, IL 60181-4623

SBS International, Inc.
3530 Wilshire Blvd
Ste 1000
Los Angeles, CA 90010-2342

Sator
1831 12th Avenue South
Unit #135
Nashville, TN 37203-5405

Schramm Marketing Group
222 Ocean Avenue
Northport, NY 11768-1834

Shemaroo Media & Entertainment LLC
50 Harrison Street
Hoboken, NJ 07030-6064

Sinclair Broadcast Group
10706 Beaver Dam Road
Hunt Valley, MD 21030-2207

Sociedad Televisora Larranana S.A.
Enriqueta Compte y Rique 1276
Montevideo, Uruguay, 11800

Sony Pictures
10202 W. Washington Blvd.
Culver City, CA 90232-3195

The CW Television Network
3300 West Olive Ave.
Bldg. 168
Burbank, CA 91505-4645

United States Trustee (SV)
915 Wilshire Blvd,Suite 1850
Los Angeles, CA 90017-3560

Ziffren, Brittenham, Branca, Et. All
1801 Century Park West
Los Angeles, CA 90067-6409