**Fill in this information to identify the case:**

Debtor Name National Association of Television Program Executives, Inc.

United States Bankruptcy Court for the: Central District of California

(State)

Lead Case number: 1:22-bk11181-MB

X   Check if this is an
amended filing

Official Form 425A

# Plan of Liquidation for Small Business Under Chapter 11

02/20

**National Association of Television Program Executives, Inc.'s Second Amended Plan of Liquidation, Dated [**August 21, 2024**]**

### Background for Cases Filed Under Subchapter V

#### A. Description and History of the Debtor's Business

The Debtor was a non-profit global content association and professional membership organization dedicated to shaping the future of content through global marketplaces and conferences, screenings, awards, and networking events. Representing every facet of the content business, the Debtor's rich history, spanning over five decades, cements its roots as the largest U.S.-based global content association.

On October 11, 2022 ("**Petition Date**"), the Debtor commenced this reorganization case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The Debtor elected to proceed as a Subchapter V debtor. The Debtor has no secured creditors.

The Debtor sold substantially all of its assets through a Court-approved sale. See motion at Docket No. 48. The Court approved the sale at the hearing, and an order has been entered. This Plan incorporates the $150,000 cash payment which will be transferred to the Debtor upon entry of the sale order, and accounts for the liabilities being assumed by the buyer which will no longer be liabilities for the estate upon entry of the sale order.

In 2024, the Debtor and Fontainebleau Florida Hotel, LLC ("**Fontainebleau**") engaged in extended negotiations to reach mutually agreed upon terms ("**Settlement**"). Those Settlement terms are reflected in this Amended Plan. Key terms of the Settlement include:

1.                        Fontainebleau's claim as set forth in its Proof of Claim shall be deemed allowed in full (i.e., $3,414,618.69 plus prepetition interest plus prepetition attorneys fees and costs), provided, however, that distributions to Fontainebleau shall be limited to the LESSER of (i) its pro rata share or (ii) 85% of the amount distributed to general unsecured creditors until all other general unsecured creditors have been paid in full (the "**Fontainebleau Allowed Claim**"). The Debtor estimates that, following claim objections to claims that were assumed by the buyer, general unsecured claims other than FB will be approximately $450,702.70 (see Ex. C). This would result in a subordination of distributions to FB of all of its allowed claim in excess of $2,553,981.97. From the standpoint of general unsecured creditors, this is an effective reduction in FB's claim of approximately 45%.

1

2.                    Engagement of the Plan Fiduciary on the terms set forth in Ex. D and as otherwise described herein.

3.                    Following the Confirmation Date. the Reorganized Debtor may act only through the Plan Fiduciary and the Plan Fiduciary shall have sole and absolute discretion with respect to hiring professionals to represent him or the Reorganized Debtor.  For the avoidance of doubt, following the Confirmation Date, NATPE shall not have any directors or officers.

4.                    The Debtor has represented to Fontainebleau that no payments have been made by the D&O insurer and the full amount of the policy is available to pay claims.  If this is not accurate, the limitation on claims against directors and officers set forth in Ex. D shall be deemed lifted and shall not apply.

5.                    This Settlement shall not limit the rights of any party to object to fee applications.

**B. Liquidation Analysis**

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity interest holders would receive in a chapter 7 liquidation, for reasons including the following:  1 – in a chapter 7 liquidation, Debtor estimates that the trustee and trustee's professionals would incur administrative claims of at least $100,000, which would be paid ahead of chapter 11 administrative creditors, priority and general unsecured creditors.  2 – in a chapter 7 liquidation, there is no guaranty that a trustee could have marketed the Debtor's assets and obtained the same recovery for the benefit of the estate as the Debtor was able to procure due to its knowledge and connections in the industry. A liquidation analysis is attached to the Plan as **Exhibit  A** .

**C. Ability to make future plan payments and operate without further reorganization**

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business.

This is a liquidating plan, where in the Debtor will be disbursing all funds on hand as of the Effective Date to creditors and ceasing all operations.  The Plan Proponent has provided projected financial information for the life of the plan attached as **Exhibit B**. These projections are based on the Debtor's funds on hand.

Pursuant to the Settlement with Fontainebleau, Jeremy Faith ("**Faith**") will be appointed as Plan Fiduciary ("**Plan Fiduciary**") upon entry of an order confirming this Plan, on the terms and conditions set forth in **Exhibit D**. The Plan Fiduciary will serve as Disbursing Agent under the Plan.  The Plan Fiduciary's fees and expenses will be paid only from funds he collects through the prosecution of estate claims against third-parties to be filed post-confirmation.

The Plan Proponent's financial projections show that the Debtor will have sufficient cash on hand to make the Effective Date payments to creditors.

The first payments are expected to be paid on the Effective Date. The Plan Fiduciary will make additional pro rata payments to creditors under the Plan as funds warrant.

Pursuant to the projections, the Debtors anticipate having a total of approximately $ 140,000 in cash on hand as of the effective date. A total of $140,000 will be paid to creditors under the Plan as follows: $50,000 estimated to administrative legal creditors, estimated $5,000 in Subchapter V fees, $65,125.73 to priority unsecured creditors, and $19,874.27 to general unsecured creditors).   These are estimates only, and the Plan Fiduciary and other parties have the right to object to these claims.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections.**

**Article 1: Summary**

This Plan of Reorganization (the "**Plan**") under chapter 11 of the Bankruptcy Code (the Code) proposes to pay creditors of National Association of Television Program Executives,, Inc. (the "**Debtor**") from cash on hand.

This Plan provides for:    1- class of priority claims;
                         0 - class of secured claims;
                         1 - class of non-priority unsecured clams;
                         1 - class of equity security holders.

Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at .51% of each allowed claim, in addition to any pro rata payments from funds recovered by the Plan Fiduciary. This Plan also provides for the payment of administrative and priority unsecured claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

**Article 2: Classification of Claims and Interests**

| | |
|---|---|
| 2.01 **Class 1** ............................... | All allowed claims entitled to priority under § 507(a) of the Code (except administrative expense claims under § 507(a)(2), ["gap" period claims in an involuntary case under § 507(a)(3),] and priority tax claims under § 507(a)(8)). |
| | Total estimated amount of allowed Class 1 general unsecured claims is $65,125.73. See **Exhibit C**.  Class 1 creditors will receive a their 100% of their claims, commencing on the Effective Date. |
| | . |
| 2.02 **Class 2** ................................. | The claim of ___N/A___ to the extent allowed as a secured claim under § 506 of the Code. |
| | **Not applicable – there are no secured claims in the Debtor's case**. |
| 2.03 **Class 3** ................................. | All non-priority unsecured claims <u>allowed</u> under § 502 of the Code. Total estimated amount of <u>allowed</u> Class 3 general unsecured claims is $3,865,321.39. See Exhibit C which details claims estimated to be allowed under this Plan, as well as the claims which were assumed and assigned under the Court-approved sale and which are the Debtor anticipates will be objected to by the Plan Fiduciary. All claims listed in Ex. C will remain subject to objection except for the Fontainebleau Allowed Claim.  Class 3 creditors will receive their pro rata share of the funds remaining in the estate after payment of administrative, sub V trustee and priority unsecured claims, estimated to be $19,874.27, resulting in payment of 0.51% of their claims. |

Additionally, the Plan Fiduciary will make additional pro rata payments to creditors under the Plan as funds warranted from his recoveries for the estate.

| 2.04 **Class 4** ................................... | Equity interests of the Debtor. |
| | **Not applicable – there are no equity interest holders**. |

### Article 3: Treatment of Administrative Expense Claims, Priority Tax Claims, and Quarterly and Court Fees

| 3.01 **Unclassified claims** | Under section § 1123(a)(1), administrative expense claims, and priority tax claims are not in classes. |
| 3.02 **Administrative expense claims** | Each holder of an administrative expense claim allowed under § 503 of the Code, will be paid in full on the effective date of this Plan, in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor. |
| | A list of estimated administrative claim holders is as follows: |
| | - Leslie Cohen Law PC – estimated $40,000 |
| | - Peter Law Group – estimated 10,000 |
| | [Note: the second provision is appropriate only in a subchapter V plan that is confirmed non-consensually under section 1191(b).] |
| 3.03 **Priority tax claims** | The Franchise Tax Board filed a priority tax claim in the amount of $1,657.14, which will be paid in full on the Effective Date. |
| 3.04 **Statutory fees** | All fees required to be paid under 28 U.S.C. § 1930 that are owed on or before the effective date of this Plan have been paid or will be paid on the effective date. |
| 3.05 **Prospective Subchapter V Trustee Fees** | Per the Subchapter V Trustee, the estimated amount of the Subchapter V Trustee's fees are $5,000. |

### Article 4: Treatment of Claims and Interests Under the Plan

4.01 **Claims and interests shall be treated as follows under this Plan:**

| Class | Impairment | Treatment |
|---|---|---|
| Class 1 - **Priority claims** excluding those in Article 3 | X  Impaired<br>Unimpaired | Class 1 claims are unimpaired, receiving 100% of their claims. |
| Class 2 – **Secured claim** of | Impaired<br>Unimpaired | There are no secured claims. |

| | | | |
|---|---|---|---|
| Class 3 – **Non-priority unsecured creditors** | X | Impaired | Class 3 claims are impaired, and will be paid their pro rata share of the funds remaining in the estate after payment of administrative, sub V trustee and priority unsecured claims, estimated to be $19,874.27, resulting in payment of 0.51% of their claims.<br><br>Additionally, the Plan Fiduciary will make additional pro rata payments to creditors under the Plan as funds warranted from his recoveries for the estate. |
| | | Unimpaired | |
| Class 4 - **Equity security holders of the Debtor** | | Impaired | There are no equity security holders. |
| | | Unimpaired | |

## Article 5: Allowance and Disallowance of Claims

| | | |
|---|---|---|
| 5.01 | **Disputed claim** | A *disputed claim* is a claim that has not been allowed or disallowed [by a final non-appealable order], and as to which either:<br><br>(i)   a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or<br><br>(ii)  no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated. |
| 5.02 | **Delay of distribution on a disputed claim** | No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order. |
| 5.03 | **Settlement of disputed claims** | The Plan Fiduciary will have the power and authority to settle and compromise a disputed claim with court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. |

## Article 6: Provisions for Executory Contracts and Unexpired Leases

| | | |
|---|---|---|
| 6.01 | **Assumed executory contracts and unexpired leases** | (a) The Debtor assumes, and if applicable assigns, the following executory contracts and unexpired leases as of the effective date:<br><br>None |

(b) Except for executory contracts and unexpired leases that have been assumed, and if applicable assigned, before the effective date or under section 6.01(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the effective date.

Effective February 28, 2023, the following executory contracts will be deemed rejected under the Plan.

- Executory contract with JP Bommel

- Executory contract with Pery Consulting

- Executory contract with Edward Jones (if not already terminated)

- Executory contract with John Sullivan (if not already terminated)

**A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than 30 days after the date of the order confirming this Plan.**

5

## Article 7: Means for Implementation of the Plan

The Plan will be funded from funds on hand with the Debtor on the Effective Date.  The Debtor estimates that it will have $140,000.

In addition, the anticipated cash flow on the Effective Date is included in **Exhibit B**.

As demonstrated by Exhibit B, Plan will be funded from cash on hand on the effective date. Specifically, administrative, sub V trustee, and priority unsecured claims will be paid in full on the Effective Date.

Allowed general unsecured claims will be paid their pro-rata share of the funds remaining on hand on the Effective Date, estimated to be $19,874.27.  Additionally, the Plan Fiduciary will make additional pro rata payments to allowed general unsecured creditors under the Plan as funds warranted from his recoveries for the estate.

The Plan Fiduciary will  serve as the Disbursing Agent under the Plan, unless otherwise ordered by the Court.

The employment of the Debtor's retained professionals shall be deemed terminated upon confirmation of the Plan except that Leslie Cohen Law will remain employed for the purposes of filing a motion for final decree. Further, although its employment will be terminated, Peter Law Group will remain on the service list to ensure compliance with the Settlement, at no charge to the estate.  The retention of additional professionals will require the Court's approval pursuant to standards governing the employment of professionals as set forth in the Bankruptcy Code.

## Article 8: General Provisions

| | |
|---|---|
| 8.01 **Definitions and rules of construction** | The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan, and they are supplemented by the following definitions: All additional definitions are defined as used in this Plan. |
| 8.02 **Effective date** | The effective date of this Plan is the first business day following the date that of  entry of the confirmation order. If, however, if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after the date on which the stay expires or is otherwise terminated. |
| 8.03 **Severability** | If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan. |
| 8.04 **Binding effect** | The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity. |
| 8.05 **Captions** | The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan. |

| 8.06 **Controlling effect** | Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of California govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan. |
|---|---|
| 8.07 **Corporate governance** | Pursuant to § 1123(a)(6) of the Code, the Debtor shall include in its charters a provision prohibiting the issuance of nonvoting equity securities, and providing, as to the several classes of securities possessing voting power, an appropriate distribution of such power among such classes, including, in the case of any class of equity securities having a preference over another class of equity securities with respect to dividends, adequate provisions for the election of directors representing such preferred class in the event of default in the payment of such dividends. |

8.08 **Retention of Jurisdiction**    After confirmation of the Plan and occurrence of the Effective Date, in addition to jurisdiction which exists in any other court, the Bankruptcy Court will retain such jurisdiction as is legally permissible including for the following purposes:

a.    To resolve any and all disputes regarding the operation and interpretation of the Plan and the Confirmation Order;

b.    To determine the allowability, classification, or priority of claims and interests upon objection by the Debtors, Reorganized Debtors, or by other parties in interest with standing to bring such objection or proceeding;

c.    To determine (to the extent necessary) the extent, validity and priority of any lien asserted against property of the Debtors or property of the Debtors' estate.

d.    To construe and take any action to enforce the Plan, the Confirmation Order, and any other order of the Court, issue such orders as may be necessary for the implementation, execution, performance, and consummation of the Plan, the Confirmation Order, and all matters referred to in the Plan, the Confirmation Order, and to determine all matters that may be pending before the Court in this case on or before the Effective Date with respect to any person or entity related thereto, including without limitation motions to dismiss or convert;

e.    To determine (to the extent necessary) any and all applications for allowance of compensation and reimbursement of expenses of professionals for the period on or before the Effective Date;

f.    To determine any request for payment of administrative expenses, if not previously resolved;

g.    To determine all applications, motions, adversary proceedings, contested matters, and any other litigated matters instituted during the pendency of this case whether before, on, or after the Effective Date;

h.    To determine such other matters and for such other purposes as may be provided in the Confirmation Order;

i.    To modify the Plan under Section 1127 of the Bankruptcy Code in order to remedy any apparent defect or omission in the Plan or to reconcile any inconsistency in the Plan so as to carry out its intent and purpose;

j.    Except as otherwise provided in the Plan or the Confirmation Order, to issue injunctions to take such other actions or make such other orders as may be necessary or appropriate to restrain interference with the Plan or the Confirmation Order, or the execution or implementation by any person or entity of the Plan or the Confirmation Order;

k.    To issue such orders in aid of consummation of the Plan or the Confirmation Order, notwithstanding any otherwise applicable non-bankruptcy law, with respect to any person or entity, to the fullest extent authorized by the Bankruptcy Code or Bankruptcy Rules; and

m.    To enter a final decree and order closing this Case.

### Article 9: Discharge

**[Discharge if the Debtor is a corporation under Subchapter V]**

If the Debtor's Plan is confirmed under § 1191(a), on the effective date of the Plan, the Debtor will be discharged from any debt that arose before confirmation of this Plan, to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt:

(i) imposed by this Plan; or
(ii) to the extent provided in § 1141(d)(6).

If the Debtor's Plan is confirmed under § 1191(b), confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments due within the first 3 years of this Plan, or as otherwise provided in § 1192 of the Code. The Debtor will not be discharged from any debt:

(i) on which the last payment is due after the first 3 years of the plan, or as otherwise provided in § 1192; or
(ii) excepted from discharge under § 523(a) of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

### Article 10: Other Provisions

Respectfully submitted,

_JP Bommel_
_____
JP Bommel
 Interim CEO of the Debtor.

_/s/ Leslie Cohen
 Leslie Cohen, Esq.
 LESLIE COHEN LAW PC
 Attorneys for Debtor in Possession

# EXHIBIT A

### Exhibit A: Liquidation Analysis

Itemized below are any *changes* to the most recent bankruptcy Schedules A/B filed in the Debtor's case    --

| | | | | |
|---|---|---|---|---|
| | $ - | 65. Goodwill | $ - | **Partnerships:** If Debtor is a partnership, then general partners are liable for any deficiency of estate property to pay all allowed claims (§ 723(a)) so their financial condition must be disclosed. |
| | $ - | 71. Notes receivable | $ - | |
| | $ - | 72. Tax Refunds and NOLs | $ - | |
| | $ - | 73. Interests in insurance poicies | $ - | |
| | $ - | 74. Causes of Action | $ - | |
| | $ - | 75. Other contigent and unliquidated claims | $ - | **Note on valuation:** Subject to any court order or attached continuation sheet: |
| | $ - | 76. Trusts and future interests | $ - | (1) Real estate valuation may assume 8% costs of sale. |
| 3. Total from bankruptcy Schedules A/B | $ 533,834.75 | 77. Other property not listed | $ - | (2) Accounts receivable may be discounted up to 50% of face value (to account for lack of collectibility in orderly liquidation). |
| 2. Cash on hand | | | | (3) Any appraisals or other support for valuations are available upon request |
| 3. Bank accounts, or equivalent | $ (508,834.75) | | | **Note on avoidance actions:** Debtor is not aware of any avoidance actions. |
| 7. Security deposits | $ - | | $ - | |
| 8. Prepayments | $ - | | $ - | |
| 11. Accounts receivable | $ (25,000.00) | **4.Adjusted total, Sch. AB property** | $ - | |
| 14. Mutual funds | $ - | **5. Other - est. remaining cash from Court approve** | $ 140,000.00 | |
| 15. Nonpublicly traded stock and interests | $ - | **6. Total Assets (ln.2+4+5)** | $ 140,000.00 | |
| 16. Bonds | $ - | **7. Claims Senior to General Unsecured Claims** | | Hypothetical chapter 7 trustee fees |
| 23. Inventory | $ - | 7a. Secured (claims after bifurcation) | $ - | $ 140,000.00 | Total disbursements |
| 33. Farming related assets | $ - | 7b. Chapter 7: trustee fees (from sidebar) | $ 10,250.00 | $ - | Minus exemptions |
| 39. Office furniture | $ - | 7c. Chapter 7: other estimated costs of administration | $ 20,000.00 | $ - | Minus adjustments* |
| 40. Office fixtures | $ - | 7d. Chapter 11: unpaid professionals' fees and suv V fees | $ 55,000.00 | $ 140,000.00 | = Net disbursements |
| 41. Office equipment | $ - | 7e. Chapter 11: other est. administrative costs | $ - | § 326 calculations |
| 47. Automobiles, etc. | $ - | 7f. Priority claims | $ 65,125.73 | $ 5,000.00 X 25%= | $ 1,250.00 |
| 48. Watercraft | $ - | 7g. Debtor's exemptions (bankr. Sch.C) | $ - | $ 45,000.00 X 10%= | $ 4,500.00 |
| 49. Aircraft | $ - | 7h. Other/adjustments | $ - | $ 90,000.00 X 5%= | $ 4,500.00 |
| 50. Other machinery | $ - | **8. Total Senior Claims (ln. 7a to 7h)** | $ 150,375.73 | $ - X 3%= | $ - |
| 55. Real Estate Assets | $ - | **9. Net available for unsecured (ln.6-ln.8)** | $ - | $ 140,000.00 | Totals | $ 10,250.00 |
| 60. Patents, copyrights, trademarks, trade secrets | $ - | 10a.Gen. unsecured claims | $ 3,865,321.39 | Adjustment (if any) $ - |
| 61. domain names and websites | $ - | 10b.Other gen. unsecured claims | $ - | Trustee Fee $ 10,250.00 |
| 62. licenses, franchises, royalties | $ - | **11.Total gen. unsecured (ln.10a+10b)** | $ 3,865,321.39 | *Adjustments would include, *e.g.,* estimated refunds, and non-estate funds/ assets returned to third parties. |
| 63. customer lists | $ - | **12. Ch. 7 Estimated Dividend (ln.9/ln.11)** | None | |
| 64. Other intangibles and IP | | **13. Plan Est. Dividend (Class 3)** | 0.51% | |

# **EXHIBIT B**

NATPE

Plan Projections

| 2024 | September |
|---|---|
| Cash On Hand | $140,000.00 |
| Operational Expenses | $0.00 |
| Administrative Claims - LCL | ($50,000.00) |
| Administrative Claims - SubV Trustee | ($5,000.00) |
| Priority Unsecured Claims | ($65,125.73) |
| Balance for General Unsecured Claims | $19,874.27 |
| | |
| Class 3 Payout % | 0.51% |

# EXHIBIT C

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3Vision | | $495.00 | | | | | | | $495.00 | |
| 8madrid TV | | $495.00 | | | | | | | $495.00 | |
| A Fishing Story | | $1275.00 | | | | | | | $1,275.00 | |
| A+E Networks | | $13693.61 | | | | | | | $0.00 | Debt assumed by |
| A+E Networks Latin America | | $495.00 | | | | | | | $495.00 | |
| A+E Networks Latin America | | $495.00 | | | | | | | $495.00 | |
| Abacus Media Rights | | $3900.00 | | | | | | | $0.00 | Debt assumed by |
| AFP | | $995.00 | | | | | | | $995.00 | |
| AFP | | $995.00 | | | | | | | $995.00 | |
| Alibi Films | | $1275.00 | | | | | | | $1,275.00 | |
| All3media International | | $18000.00 | | | | | | | $0.00 | Debt assumed by |
| Allied Media Partners LLC | | $975.00 | | | | | | | $975.00 | |
| Allied Vaughn | | $495.00 | | | | | | | $495.00 | |
| Alphonso inc | | $495.00 | | | | | | | $495.00 | |
| Amazon | | $495.00 | | | | | | | $495.00 | |
| Amazon | | $495.00 | | | | | | | $495.00 | |
| AMAZON | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Vide | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Video | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Video | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Video | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Video | | $495.00 | | | | | | | $495.00 | |
| Amazon Prime Video | | $495.00 | | | | | | | $495.00 | |
| AMC Networks | | $995.00 | | | | | | | $995.00 | |
| AMC Networks | | $544.50 | | | | | | | $544.50 | |
| AMC Networks International | | $495.00 | | | | | | | $495.00 | |
| AMC Networks International Latin America | | $495.00 | | | | | | | $495.00 | |
| AMC Networks Latin America | | $1275.00 | | | | | | | $1,275.00 | |
| AMC Networks Latin America LLC | | $1275.00 | | | | | | | $1,275.00 | |
| AMC Networks Latin America LLC | | $1275.00 | | | | | | | $1,275.00 | |
| AMERICA VIDEO FILMS | | $495.00 | | | | | | | $495.00 | |
| America's Test Kitchen | | $1275.00 | | | | | | | $1,275.00 | |
| AMERICATV | | $495.00 | | | | | | | $495.00 | |
| AMERICATV | | $495.00 | | | | | | | $495.00 | |
| Amherst | | $1275.00 | | | | | | | $1,275.00 | |
| Ammo Content | | $495.00 | | | | | | | $495.00 | |
| Antarctica + | | $1106.25 | | | | | | | $1,106.25 | |
| ANTARCTICA + | | $1275.00 | | | | | | | $1,275.00 | |
| Antena TV Group | | $948.00 | | | | | | | $948.00 | |
| Apple TV+ | | $495.00 | | | | | | | $495.00 | |
| Applied Computer | | $250.00 | | | | | | | $250.00 | |
| Arcadia International Corp. | | $495.00 | | | | | | | $495.00 | |
| Art Sound Miami | | $495.00 | | | | | | | $495.00 | |
| ATV (Turkuvaz Aktif Televizyon Prodüksiyon A.Ş)View Account Hierarchy | | $3921.00 | | | | | | | $0.00 | Debt assumed by Buyer |
| Banjay Rights | | $10750.00 | | | | | | | $0.00 | Debt assumed by |
| Beta Film | | $495.00 | | | | | | | $495.00 | |
| Big Fish Entertainment | | $5250.00 | | | | | | | $0.00 | Debt assumed by |
| Big Media | | $1180.00 | | | | | | | $1,180.00 | |
| Big Media | | $1275.00 | | | | | | | $1,275.00 | |
| Big Media | | $1180.00 | | | | | | | $1,180.00 | |
| Bitácora 5.0 | | $995.00 | | | | | | | $995.00 | |
| Black Sheep Productions | | $495.00 | | | | | | | $495.00 | |
| Blue Ant Media | | $495.00 | | | | | | | $495.00 | |
| Blue Ant Media | | $1275.00 | | | | | | | $0.00 | Debt assumed by |
| Blue Sky Media LLC | | $544.50 | | | | | | | $544.50 | |
| BOLD MP | | $1020.00 | | | | | | | $1,020.00 | |
| BoricuaTV | | $1125.00 | | | | | | | $0.00 | Debt assumed by |
| Brain Power Studio | | $3750.00 | | | | | | | $0.00 | Debt assumed by |
| Brandvida | | $495.00 | | | | | | | $495.00 | |
| Bridgestone Multimedia Group, LLC | | $8300.00 | | | | | | | | Debt assumed by |
| BRUDER RELEASING INC. | | $495.00 | | | | | | | $495.00 | |
| Buendia Estudios | | $1100.00 | | | | | | | | Debt assumed by |
| Calinos Entertainment /CALINOS FILMCILIK REK YAY SAN VE DIS TIC LTD STIView Account Hierarchy | | $13100.00 | | | | | | | | Debt assumed by Buyer |
| Camara Argentina de Internet - CABASE | | $495.00 | | | | | | | $495.00 | |
| Camara Argentina de Internet - CABASE | | $495.00 | | | | | | | $495.00 | |
| CANAL 13 CHILE | | $495.00 | | | | | | | $495.00 | |
| CANAL 13 CHILE | | $495.00 | | | | | | | $495.00 | |
| CANAL 13 CHILE | | $495.00 | | | | | | | $495.00 | |
| Canal 4 | | $495.00 | | | | | | | $495.00 | |
| Canal 4 | | $495.00 | | | | | | | $495.00 | |
| Canal 4 | | $495.00 | | | | | | | $495.00 | |
| Canal 4 | | $495.00 | | | | | | | $495.00 | |
| Canal 4 | | $495.00 | | | | | | | $495.00 | |
| Candelight Media Group | | $3555.00 | | | | | | | | Debt assumed by |
| CDC United Network | | $16500.00 | | | | | | | | Debt assumed by |
| Centauro | | $495.00 | | | | | | | $495.00 | |
| Centauro | | $495.00 | | | | | | | $495.00 | |
| CFK | | $995.00 | | | | | | | $995.00 | |
| Charlie Weiss | $10930.36 | | | | | | | $10,930.36 | | |
| CIC Media | | $495.00 | | | | | | | $495.00 | |
| Cineflex Rights | | $4325.00 | | | | | | | | Debt assumed by |
| CINEPLEX | | $495.00 | | | | | | | $495.00 | |
| Circle Media LLC | | $495.00 | | | | | | | $495.00 | |
| Cisneros Media | | $5250.00 | | | | | | | | Debt assumed by |
| CMO Producciones | | $995.00 | | | | | | | $995.00 | |
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |
| CNN Brasil | | $1089.00 | | | | | | | $1,089.00 | |
| Comedihaf Distribution inc. | | $4300.00 | | | | | | | | Debt assumed by |
| Compass Pictures | | $1275.00 | | | | | | | $1,275.00 | |
| CONTAINER GROUP S.A | | $1025.00 | | | | | | | $1,025.00 | |
| Coral Europa | | $495.00 | | | | | | | $495.00 | |
| Coral Vision Europa | | $495.00 | | | | | | | $495.00 | |
| CORUS | | $495.00 | | | | | | | $495.00 | |
| Corus Entertainment | | $495.00 | | | | | | | $495.00 | |
| Cowles Company | | $495.00 | | | | | | | $495.00 | |
| Crossroads Television System (O/A YESTV) | | $495.00 | | | | | | | $495.00 | |
| Crown Media Family Networks | | $495.00 | | | | | | | $495.00 | |
| Crown Media International Distribution | | $1275.00 | | | | | | | $1,275.00 | |
| Danger TV LLC | | $495.00 | | | | | | | $495.00 | |
| Debmar-Mercury | | $18000.00 | | | | | | | | Debt assumed by |
| Dee Brown Ceo | | $1475.00 | | | | | | | $1,475.00 | |
| Del Barrio Producciones | | $1275.00 | | | | | | | $1,275.00 | |
| Dinter LLC | | $495.00 | | | | | | | $495.00 | |
| Directv | | $495.00 | | | | | | | $495.00 | |
| Dish México | | $495.00 | | | | | | | $495.00 | |
| Disney Branded Television & National Geographic | | $495.00 | | | | | | | $495.00 | |
| Disney Branded Television & National Geographic | | $495.00 | | | | | | | $495.00 | |
| Disney Media Distribution - Latin | | $50500.00 | | | | | | | | Debt assumed by |
| Dopamine | | $495.00 | | | | | | | $495.00 | |
| Dori Media Group | | $4250.00 | | | | | | | | Debt assumed by |
| Dori Media Group | | $2812.50 | | | | | | | | Debt assumed by |
| DRAMAX | | $495.00 | | | | | | | $495.00 | |
| DRAMAX | | $495.00 | | | | | | | $495.00 | |
| Duplitech | | $495.00 | | | | | | | $495.00 | |
| Dynamic Television | | $995.00 | | | | | | | $995.00 | |
| Dynamo Contenidos | | $1475.00 | | | | | | | $1,475.00 | |
| E.W. Scripps | | $495.00 | | | | | | | $495.00 | |
| Eccho Rights | | $10000.00 | | | | | | | | Debt assumed by |
| ECOR LTDA | | $495.00 | | | | | | | $495.00 | |
| ECOR LTDA | | $495.00 | | | | | | | $495.00 | |
| ECOR LTDA | | $495.00 | | | | | | | $495.00 | |
| ECUAVISA | | $495.00 | | | | | | | $495.00 | |
| Eden Roc Miami Beach Resort | | $0.00 | YES | | | | | | $0.00 | |
| Edison | | $1275.00 | | | | | | | $1,275.00 | |
| Electric Entertainment Inc | | $4200.00 | | | | | | | | Debt assumed by |
| Endeavor Content | | $1275.00 | | | | | | | $1,275.00 | |
| Energia | | $495.00 | | | | | | | $495.00 | |
| Entertainment Studios | | $495.00 | | | | | | | $495.00 | |
| Esteno Media Group | | $995.00 | | | | | | | $995.00 | |
| EW Scripps | | $995.00 | | | | | | | $995.00 | |
| EW Scripps | | $995.00 | | | | | | | $995.00 | |
| EW Scripps co | | $7500.00 | | | | | | | | Debt assumed by |
| Exile Content Studio | | $10000.00 | | | | | | | | Debt assumed by |
| Family Entertainment TV | | $995.00 | | | | | | | $995.00 | |
| FERO INTERNATIONAL | | $5250.00 | | | | | | | | Debt assumed by |
| Film Factory Entertainment | | $495.00 | | | | | | | $495.00 | |
| FilmRise | | $26750.00 | | | | | | | | Debt assumed by |
| Flix Translations Group | | $2100.00 | | | | | | | | Debt assumed by |
| Fontainebleau Miami Beach | | $0.00 | YES | 1 | | $3,414,618.69 | | | $3,414,618.69 | |
| Foundation Sales and Consulting | | $495.00 | | | | | | | $495.00 | |
| Fox Nation | | $495.00 | | | | | | | $495.00 | |
| Franchise Tax Board | | | | | $1,657.14 | $385.87 | 1657.14 | | $385.87 | |
| Fresh Or Phresh Media | | $995.00 | | | | | | | $995.00 | |
| FULL BOARD MEDIA | | $495.00 | | | | | | | $495.00 | |
| Full Board Media s.r.l. | | $495.00 | | | | | | | $495.00 | |
| Fuse Media | | $495.00 | | | | | | | $495.00 | |
| Fuse Media | | $495.00 | | | | | | | $495.00 | |
| Fuse Media | | $495.00 | | | | | | | $495.00 | |
| G4 | | $495.00 | | | | | | | $495.00 | |
| Gannett Fleming | | $1275.00 | | | | | | | $1,275.00 | |
| Gaumont | | $1275.00 | | | | | | | $1,275.00 | |
| Gaumont | | $1275.00 | | | | | | | $1,275.00 | |
| Gaumont | | $1275.00 | | | | | | | $1,275.00 | |
| Get Lucky Productions | | $995.00 | | | | | | | $995.00 | |
| Gianna Marchese | $163.07 | | | | | | | $163.07 | | |
| Giant Pictures | | $495.00 | | | | | | | $495.00 | |
| Giant Pictures | | $495.00 | | | | | | | $495.00 | |
| Giant Pictures LLC | | $495.00 | | | | | | | $495.00 | |
| GLOBAL AGENCY (GLOBAL TELIF HAKLARI YAPIMCILIK | | $16600.00 | | | | | | | | Debt assumed by |
| Globo | | $495.00 | | | | | | | $495.00 | |
| Globo | | $1275.00 | | | | | | | $1,275.00 | |
| Golden Media Group Inc. | | $1275.00 | | | | | | | $1,275.00 | |
| Grand Hyatt at Baha Mar | | $50000.00 | | | | | | | $50,000.00 | |
| Gravitas Ventures | | $495.00 | | | | | | | $495.00 | |
| Gray Media Group | | $995.00 | | | | | | | $995.00 | |
| Gray Media Group | | $495.00 | | | | | | | $495.00 | |
| GRB Studios | | $7800.00 | | | | | | | | Debt assumed by |
| Great Movies Distribution | | $7800.00 | | | | | | | | Debt assumed by |
| Greenfield Media LLC | | $495.00 | | | | | | | $495.00 | |
| GRIFFIN MEDIA | | $544.50 | | | | | | | $544.50 | |
| Grupo Lauman | | $1475.00 | | | | | | | $1,475.00 | |
| Grupo Secuoya | | $1275.00 | | | | | | | $1,275.00 | |
| Grupo Telecable | | $495.00 | | | | | | | $495.00 | |
| HBO Max | | $495.00 | | | | | | | $495.00 | |

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Hemisphere Media Group | | $13000.00 | | | | | | | | Debt assumed by |
| HITN TV | | $495.00 | | | | | | | $495.00 | |
| HITN TV | | $495.00 | | | | | | | $495.00 | |
| HITN TV | | $495.00 | | | | | | | $495.00 | |
| hoopla Digital | | $544.50 | | | | | | | $544.50 | |
| hoopla digital | | $544.50 | | | | | | | $544.50 | |
| Horowitz Research | | $3000.00 | | | | | | | | Debt assumed by |
| Horus Movies Animation | | $495.00 | | | | | | | $495.00 | |
| IB Broadcasting Company | | $495.00 | | | | | | | $495.00 | |
| ICEX - España Exportacion E Inversiones E.P.E. | | $60500.00 | | | | | | | | Debt assumed by |
| Imagen TV | | $495.00 | | | | | | | $495.00 | |
| Imagen TV | | $495.00 | | | | | | | $495.00 | |
| IMDb TV / Amazon Studios | | $495.00 | | | | | | | $495.00 | |
| INCOMSA | | $495.00 | | | | | | | $495.00 | |
| INFINITO STUDIOS | | $1275.00 | | | | | | | $1,275.00 | |
| INFINITO STUDIOS | | $1275.00 | | | | | | | $1,275.00 | |
| INFINITO STUDIOS | | $1275.00 | | | | | | | $1,275.00 | |
| INSP LLC. | | $544.50 | | | | | | | $544.50 | |
| INSP LLC. | | $544.50 | | | | | | | $544.50 | |
| INSP Network | | $495.00 | | | | | | | $495.00 | |
| INTERCONTINENTAL BUDAPEST | | $48640.68 | | | | | | | $48,640.68 | |
| International Dubbing Factory | | $495.00 | | | | | | | $495.00 | |
| Internet Media & Entertainment INC | | $1275.00 | | | | | | | $1,275.00 | |
| ISLA AUDIOVISUAL | | $495.00 | | | | | | | $495.00 | |
| ISSAM HIJJAWI PRODUCTION HOUSE | | $495.00 | | | | | | | $495.00 | |
| ISTANBUL CHAMBER OF COMMERCE | | $3780.00 | | | | | | | | Debt assumed by |
| ITV Studios GLobal Entertainment | | $5250.00 | | | | | | | | Debt assumed by |
| IVC/Ole Comunications | | $495.00 | | | | | | | $495.00 | |
| Jack Crouse dba Dogbone Design | | $2500.00 | | | | | | | $2,500.00 | |
| JMP Productions, LLC | | $4930.00 | | | | | | | $4,930.00 | |
| Kalil & Co. | | $995.00 | | | | | | | $995.00 | |
| Kanal D International (DEMIROREN TV RADYO YAYINCILIK YAPIMCILIK A.S.) | | $8065.00 | | | | | | | | Debt assumed by Buyer |
| Katz Television Group | | $995.00 | | | | | | | $995.00 | |
| KC Global Media Entertainment | | $500.00 | | | | | | | $500.00 | |
| Korea Creative Content Agency (KOCCA) | | $33200.00 | | | | | | | | Debt assumed by |
| Laberinto Cine y TV | | $1025.00 | | | | | | | $1,025.00 | |
| Landia Content | | $995.00 | | | | | | | $995.00 | |
| Landia Content SA de CV | | $995.00 | | | | | | | $995.00 | |
| Landia Content de CV | | $995.00 | | | | | | | $995.00 | |
| Landia Content SA de CV | | $995.00 | | | | | | | $995.00 | |
| LATINA | | $495.00 | | | | | | | $495.00 | |
| LATINA | | $495.00 | | | | | | | $495.00 | |
| Latina | | $495.00 | | | | | | | $495.00 | |
| LATINA | | $495.00 | | | | | | | $495.00 | |
| Ledafilms | | $1520.00 | | | | | | | | Debt assumed by |
| Legacy Distribution | | $495.00 | | | | | | | $495.00 | |
| Lexicon Media | | $995.00 | | | | | | | $995.00 | |
| Liberman Media Group - Teleonce | | $495.00 | | | | | | | $495.00 | |
| Library Kingdom Cooperation | | $495.00 | | | | | | | $495.00 | |
| Lifestyle Magazine | | $995.00 | | | | | | | $995.00 | |
| Lionsgate TV | | $64400.00 | | | | | | | | Debt assumed by |
| Litopos Producciones | | $1275.00 | | | | | | | $1,275.00 | |
| LIVENow Global | | $1275.00 | | | | | | | $1,275.00 | |
| Luk Intgernacional S.A | | $1633.50 | | | | | | | $1,633.50 | |
| MA PRODUCTION FİLMCİLİK VE YAPIM ANONİM ŞİRKETİ | | $7625.00 | | | | | | | | Debt assumed by |
| Macias Group | | $495.00 | | | | | | | $495.00 | |
| MC FILMS | | $495.00 | | | | | | | $495.00 | |
| Mediacrest Entertainment | | $995.00 | | | | | | | $995.00 | |
| Mediacrest Entertainment | | $995.00 | | | | | | | $995.00 | |
| Mediacrest Entertainment | | $995.00 | | | | | | | $995.00 | |
| MEDIAGENIX | | $2000.00 | | | | | | | | Debt assumed by |
| MEGAMEDIA | | $495.00 | | | | | | | $495.00 | |
| Megamedia S.A. | | $1633.50 | | | | | | | $1,633.50 | |
| Melanite Productions | | $1275.00 | | | | | | | $1,275.00 | |
| Melanite Productions | | $1275.00 | | | | | | | $1,275.00 | |
| Meruelo Media | | $495.00 | | | | | | | $495.00 | |
| Mesber Agency | | $1050.00 | | | | | | | | Debt assumed by |
| MGE - Mega Global Entertainment | | $1650.00 | | | | | | | | Debt assumed by |
| Minuto 90 Films | | $495.00 | | | | | | | $495.00 | |
| Mission Broadcasting | | $495.00 | | | | | | | $495.00 | |
| Monarch Films, Inc. | | $975.00 | | | | | | | | Debt assumed by |
| Multicom Entertainment | | $4750.00 | | | | | | | | Debt assumed by |
| Narrative Capital | | $495.00 | | | | | | | $495.00 | |
| National Geographic | | $495.00 | | | | | | | $495.00 | |
| Navigators Insurance Company | | $0.00 | YES | | | | | | $0.00 | |
| NBC Universal | | $500.00 | | | | | | | $500.00 | |
| NBC Universal | | $14000.00 | | | | | | | | Debt assumed by |
| NBC Universal Local | | $12500.00 | | | | | | | | Debt assumed by |
| Netflix | | $495.00 | | | | | | | $495.00 | |
| Netflix | | $495.00 | | | | | | | $495.00 | |
| Netflix | | $495.00 | | | | | | | $495.00 | |
| Netflix | | $495.00 | | | | | | | $495.00 | |
| New Tang Dynasty Television (Canada) | | $495.00 | | | | | | | $495.00 | |
| Nexstar Broadcasting | | $495.00 | | | | | | | $495.00 | |
| Nexstar Media | | $495.00 | | | | | | | $495.00 | |
| Nielsen | | $18750.00 | | | | | | | | Debt assumed by |
| Night Train Media | | $495.00 | | | | | | | $495.00 | |
| NTD | | $495.00 | | | | | | | $495.00 | |
| NUEVEMEDIA SA | | $495.00 | | | | | | | $495.00 | |

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| NUEVEMEDIA SA | | $495.00 | | | | | | | $495.00 | |
| OGK Creative, LLC | | $9450.00 | | | | | | | $9,450.00 | |
| Olympusat | | $495.00 | | | | | | | $495.00 | |
| OLYMPUSAT | | $495.00 | | | | | | | $495.00 | |
| olympusat | | $495.00 | | | | | | | $495.00 | |
| OM-MA (ONTIER MEDIA & MUSIC ADVISORY) | | $1275.00 | | | | | | | $1,275.00 | |
| OnePlay LLC | | $495.00 | | | | | | | $495.00 | |
| Open Road Films | | $495.00 | | | | | | | $495.00 | |
| Open Road Films | | $495.00 | | | | | | | $495.00 | |
| OTTera | | $495.00 | | | | | | | $495.00 | |
| OTTera | | $495.00 | | | | | | | $495.00 | |
| OTTera | | $495.00 | | | | | | | $495.00 | |
| OTTera Inc. | | $495.00 | | | | | | | $495.00 | |
| Outdoor America | | $1275.00 | | | | | | | $1,275.00 | |
| P3 | | $1475.00 | | | | | | | $1,475.00 | |
| Paramount | | $544.50 | | | | | | | $544.50 | |
| Paramount Global | | $544.50 | | | | | | | $544.50 | |
| Peanut Productions | | $1075.00 | | | | | | | $1,075.00 | |
| Pinnacle Peak Pictures | | $3750.00 | | | | | | | | Debt assumed by |
| Polar Star S.A. | | $18750.00 | | | | | | | | Debt assumed by |
| PPI Releasing, LLC | | $4650.00 | | | | | | | | Debt assumed by |
| Premiere Entertainment | | $2450.00 | | | | | | | | Debt assumed by |
| Prime Entertainment Group | | $2000.00 | | | | | | | | Debt assumed by |
| Prime Video Brazil | | $495.00 | | | | | | | $495.00 | |
| PROCOLOMBIA | | $19500.00 | | | | | | | | Debt assumed by |
| PROINTEL | | $495.00 | | | | | | | $495.00 | |
| PureFlix.com | | $495.00 | | | | | | | $495.00 | |
| Quattor Entertainment | | $495.00 | | | | | | | $495.00 | |
| Radio e Televisão Bandeirantes S.A. | | $495.00 | | | | | | | $495.00 | |
| RAI Com | | $995.00 | | | | | | | $995.00 | |
| RAIBOW LOBSTER | | $1275.00 | | | | | | | $1,275.00 | |
| Rebecca Shottland | $10897.46 | | | | | | | $10,897.46 | | |
| Record Enterprise Television | | $1475.00 | | | | | | | $1,475.00 | |
| Record TV | | $21976.50 | | | | | | | | Debt assumed by |
| Red Arrow Studios International Gmbh | | $4850.00 | | | | | | | | Debt assumed by |
| Reel One Entertainment | | $1275.00 | | | | | | | $1,275.00 | |
| Reel One Entertainment | | $3750.00 | | | | | | | | Debt assumed by |
| Reelz Channel | | $544.50 | | | | | | | $544.50 | |
| Rightsline | | $1275.00 | | | | | | | $1,275.00 | |
| Rocstar Tv | | $495.00 | | | | | | | $495.00 | |
| Roku | | $495.00 | | | | | | | $495.00 | |
| Roman Sound International | | $495.00 | | | | | | | $495.00 | |
| Runtime Media | | $495.00 | | | | | | | $495.00 | |
| S2 Real Estate | | $1275.00 | | | | | | | $1,275.00 | |
| SABA | | $495.00 | | | | | | | $495.00 | |
| SABA | | $495.00 | | | | | | | $495.00 | |
| Samsung | | $495.00 | | | | | | | $495.00 | |
| Samsung Electronics America | | $495.00 | | | | | | | $495.00 | |
| Samsung Electronics America | | $495.00 | | | | | | | $495.00 | |
| Sato Company | | $495.00 | | | | | | | $495.00 | |
| Schramm Marketing Group | | $14500.00 | | | | | | | $14,500.00 | |
| Screen Media | | $495.00 | | | | | | | $495.00 | |
| ScreenHits TV | | $495.00 | | | | | | | $495.00 | |
| Scripps Networks | | $495.00 | | | | | | | $495.00 | |
| Secuoya Studios, S.L. | | $3615.00 | | | | | | | | Debt assumed by |
| Self Made Dee Brown CEO | | $1475.00 | | | | | | | $1,475.00 | |
| Self Made Dee Brown CEO | | $1475.00 | | | | | | | $1,475.00 | |
| Shoreline Entertainment | | $3750.00 | | | | | | | | Debt assumed by |
| Shout! Factory | | $10000.00 | | | | | | | | Debt assumed by |
| Showtime Networks | | $495.00 | | | | | | | $495.00 | |
| Showtime Networks | | $544.50 | | | | | | | $544.50 | |
| Showtime Networks Inc. | | $495.00 | | | | | | | $495.00 | |
| Showtime Networks Inc. | | $544.50 | | | | | | | $544.50 | |
| SIC, SOCIEDADE INDEPENDENTE DE COMUNICAÇÃO, SA | | $4300.00 | | | | | | | | Debt assumed by |
| SimulTV | | $495.00 | | | | | | | $495.00 | |
| Sinclair | | $544.50 | | | | | | | $544.50 | |
| Sky Brasil / Directv SSLA / Directv Go | | $1275.00 | | | | | | | $1,275.00 | |
| Sling | | $500.00 | | | | | | | $500.00 | |
| Smart Economic Technology LLC | | $544.50 | | | | | | | $544.50 | |
| Smart Media Gmbh | | $544.50 | | | | | | | $544.50 | |
| Sociedad Televisora Larrañana S.A. | | $495.00 | | | | | | | $495.00 | |
| Sociedad Televisora Larrañana S.A. | | $495.00 | | | | | | | $495.00 | |
| Somos Distribution, LLC | | $27400.00 | | | | | | | | Debt assumed by |
| Sony Music Entertainment | | $1275.00 | | | | | | | $1,275.00 | |
| Sony Music Entertainment | | $1275.00 | | | | | | | $1,275.00 | |
| Sony Music Entertainment US Latin | | $1275.00 | | | | | | | $1,275.00 | |
| Sony Pictures Television | | $495.00 | | | | | | | $495.00 | |
| Sony Pictures Television / Game Show Network | | $495.00 | | | | | | | $495.00 | |
| SPACEMOB Studio | | $495.00 | | | | | | | $495.00 | |
| SPACEMOB studio | | $495.00 | | | | | | | $495.00 | |
| Scandish Movies LLC | | $495.00 | | | | | | | $495.00 | |
| Standard Media Group | | $1275.00 | | | | | | | $1,275.00 | |
| Standard Media Group | | $1275.00 | | | | | | | $1,275.00 | |
| Stephanie Beringhele | $11177.70 | | | | | | | $11,177.70 | | |
| Studio Canal | | $3500.00 | | | | | | | | Debt assumed by |
| Summertown Productions | | $1475.00 | | | | | | | $1,475.00 | |
| SWARM STUDIOS | | $4245.00 | | | | | | | | Debt assumed by |
| SWEN GROUP | | $495.00 | | | | | | | $495.00 | |
| Swen Group | | $495.00 | | | | | | | $495.00 | |
| Swen Group | | $1089.00 | | | | | | | $1,089.00 | |

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Sylvia Jageshar | $15150.00 | $7634.25 | | | | | | $15,150.00 | $7,634.25 | |
| TC TELEVISION | | $495.00 | | | | | | | $495.00 | |
| TC Television | | $495.00 | | | | | | | $495.00 | |
| Team Whistle | | $495.00 | | | | | | | $495.00 | |
| Team Whistle | | $495.00 | | | | | | | $495.00 | |
| TEGNA | | $495.00 | | | | | | | $495.00 | |
| TEGNA | | $495.00 | | | | | | | $495.00 | |
| Tegna (Digital Networks) | | $495.00 | | | | | | | $495.00 | |
| TEGNA Inc. | | $495.00 | | | | | | | $495.00 | |
| TELCO PRODUCTIONS INC | | $3600.00 | | | | | | | | Debt assumed by |
| Telecine Programação de Filmes Ltda. | | $495.00 | | | | | | | $495.00 | |
| Telecine Programação de Filmes Ltda. | | $495.00 | | | | | | | $495.00 | |
| Telecine Programação de Filmes Ltda. | | $495.00 | | | | | | | $495.00 | |
| Teledoce | | $495.00 | | | | | | | $495.00 | |
| TELEIMAGE | | $495.00 | | | | | | | $495.00 | |
| Televisa Internacional LLC | | $62850.00 | | | | | | | | Debt assumed by |
| TESERA ENTERTAINMENT | | $975.00 | | | | | | | $975.00 | |
| The Associated Press | | $15850.00 | | | | | | | | Debt assumed by |
| The Asylum | | $12250.00 | | | | | | | | Debt assumed by |
| The Lippin Group, Inc. | | $8590.30 | | | | | | | $8,590.30 | |
| THE MEDIAPRO STUDIO US LLC | | $9500.00 | | | | | | | | Debt assumed by |
| THE ON AIR COMPANY B.V. | | $1275.00 | | | | | | | $1,275.00 | |
| The Television Syndication Co., Inc. | | $1404.00 | | | | | | | | Debt assumed by |
| The Walt Disney Company | | $495.00 | | | | | | | $495.00 | |
| Toei Animation Inc. | | $8300.00 | | | | | | | | Debt assumed by |
| Tondero Distribución | | $495.00 | | | | | | | $495.00 | |
| Touche Films/2bLATAM | | $495.00 | | | | | | | $495.00 | |
| Transition Studios | | $995.00 | | | | | | | $995.00 | |
| Trifecta Entertainment | | $9750.00 | | | | | | | | Debt assumed by |
| TruBlu Factual Streaming | | $495.00 | | | | | | | $495.00 | |
| TRZ Studios | | $495.00 | | | | | | | $495.00 | |
| Tubi | | $495.00 | | | | | | | $495.00 | |
| Tubi | | $495.00 | | | | | | | $495.00 | |
| Tubi | | $495.00 | | | | | | | $495.00 | |
| Tubi | | $495.00 | | | | | | | $495.00 | |
| Turner Argentina | | $495.00 | | | | | | | $495.00 | |
| TV ACCION SA | | $495.00 | | | | | | | $495.00 | |
| TV Accion SA - Telefuturo | | $495.00 | | | | | | | $495.00 | |
| TV SBT CANAL 4 DE SÃO PAULO | | $495.00 | | | | | | | $495.00 | |
| TV SBT Canal 4 de São Paulo | | $544.50 | | | | | | | $544.50 | |
| TVN | | $495.00 | | | | | | | $495.00 | |
| TwentyOne14 Media | | $495.00 | | | | | | | $495.00 | |
| Univision | | $1275.00 | | | | | | | $1,275.00 | |
| UP Entertainment | | $495.00 | | | | | | | $495.00 | |
| UP Entertainment | | $495.00 | | | | | | | $495.00 | |
| UP Entertainment | | $495.00 | | | | | | | $495.00 | |
| UP Entertainment | | $0.00 | | | | | | | $0.00 | |
| Upstar Comunicações | | $495.00 | | | | | | | $495.00 | |
| Upstar Comunicações | | $495.00 | | | | | | | $495.00 | |
| Urban Home Entertainment | | $495.00 | | | | | | | $495.00 | |
| Vanquish | | $1275.00 | | | | | | | $1,275.00 | |
| Vargo Media | | $1680.00 | | | | | | | | Debt assumed by |
| Veronica Lane Books | | $1500.00 | | | | $1,500.00 | | | | Debt assumed by |
| Viaccess-Orca | | $1785.00 | | | | | | | | Debt assumed by |
| ViacomCBS Networks | | $184615.23 | | | | | | | | Debt assumed by |
| Vice Media Group | | $495.00 | | | | | | | $495.00 | |
| Vice Media Group | | $544.50 | | | | | | | $544.50 | |
| VICE TV | | $495.00 | | | | | | | $495.00 | |
| Vice TV | | $495.00 | | | | | | | $495.00 | |
| VICE TV | | $544.50 | | | | | | | $544.50 | |
| Video Mercury Films | | $495.00 | | | | | | | $495.00 | |
| Virgil Films & Entertainment | | $544.50 | | | | | | | $544.50 | |
| Vision Films, Inc | | $7800.00 | | | | | | | | Debt assumed by |
| Visionaire | | $495.00 | | | | | | | $495.00 | |
| Vme Media Inc | | $495.00 | | | | | | | $495.00 | |
| Vme Media Inc | | $544.50 | | | | | | | $544.50 | |
| VMI Worldwide | | $1260.00 | | | | | | | | Debt assumed by |
| Vuer | | $1475.00 | | | | | | | $1,475.00 | |
| W Hollywood | | | | 2 | | $29,285.65 | | | $29,285.65 | |
| Wag Entertainment Limited | | $2500.00 | | | | | | | | Debt assumed by |
| Walt Disney | | $995.00 | | | | | | | $995.00 | |
| Wapa Tv | | $495.00 | | | | | | | $495.00 | |
| Wapa Tv | | $495.00 | | | | | | | $495.00 | |
| Wapa Tv | | $495.00 | | | | | | | $495.00 | |
| Warner Bros International TV Production | | $9750.00 | | | | | | | | Debt assumed by |
| Warner Media | | $495.00 | | | | | | | $495.00 | |
| Warner Media | | $495.00 | | | | | | | $495.00 | |
| Warnermedia | | $495.00 | | | | | | | $495.00 | |
| Warnermedia | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia /HBOMax | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia Latin America | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia Latin America | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia Latin America | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia Latin America | | $495.00 | | | | | | | $495.00 | |
| WarnerMedia Latin America | | $495.00 | | | | | | | $495.00 | |
| WATC TV | | $495.00 | | | | | | | $495.00 | |
| Watch BR | | $495.00 | | | | | | | $495.00 | |
| Watch BR | | $495.00 | | | | | | | $495.00 | |
| Watch BR | | $495.00 | | | | | | | $495.00 | |
| Watch BR | | $544.50 | | | | | | | $544.50 | |
| Watch Brasil | | $544.50 | | | | | | | $544.50 | |

| Creditor Name | Scheduled Priority Unsecured Claim | Scheduled General Unsecured Claim | Disputed, Unliquidated and/or Contingent | Proof of Claim No. | Claimed Amount Priority | Claimed Amount General Unsecured Claim | Proposed Allowed Priority Tax Claim | Proposed Allowed Priority Claim | Proposed Allowed General Unsecured Claim | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Wayneston Harbeson | $15150.00 | $24337.70 | | | | | | $15,150.00 | $24,337.70 | |
| World Poker Tour | | $495.00 | | | | | | | $495.00 | |
| Worldwide Audiovisual Womens Association Corp | | $27840.00 | | | | | | | | Debt assumed by |
| WPT Enterprises | | $495.00 | | | | | | | $495.00 | |
| www.worldmakr.com | | $1275.00 | | | | | | | $1,275.00 | |
| XUMO | | $495.00 | | | | | | | $495.00 | |
| XUMO | | $495.00 | | | | | | | $495.00 | |
| XUMO | | $495.00 | | | | | | | $495.00 | |
| YLE The Finnish Broadcasting Company | | $2450.00 | | | | | | | | Debt assumed by |
| youcast | | $495.00 | | | | | | | $495.00 | |
| youcast | | $495.00 | | | | | | | $495.00 | |
| Zapping | | $495.00 | | | | | | | $495.00 | |
| ZDF Enterprises GmbH | | $1475.00 | | | | | | | $1,475.00 | |
| ZDF Studios | | $4750.00 | | | | | | | | Debt assumed by |
| ZEBRACOM INTERNACIONAL S.A.S. | | $495.00 | | | | | | | $495.00 | |
| | | | | | | | | | | |
| | $63,468.59 | $1,478,624.03 | | | $3,157.14 | $3,444,290.21 | $0.00 | $65,125.73 | $3,865,321.39 | |

# EXHIBIT D



AUGUST 7, 2024
Jeremy@MarguliesFaithLaw.com

Leslie A. Cohen, Esq. – leslie@lesliecohenlaw.com
Michael B. Lubic, Esq.- Michael.lubic@klgates.com
Mark Shinderman, Esq. – mshinderman@milbank.com

**RE:** **Draft Proposal for Plan Fiduciary – In re: National Association of Television Program Executives, Inc.; Case No. 1:22-bk-11181-MB**

Dear Counselors,

At the request of the parties involved in the above-referenced matter (the "Case"), below is my proposed outline and compensation structure for the provision of services in the Case as a plan fiduciary.

- Plan Fiduciary Services:
  - Expected Duties
    - Disbursing Agent
      - Distribute payments to allowed claims
      - Pay allowed administrative expenses
    - Filed claims review/objections
      - How are late claims treated?
    - Tax Work
      - Prepare and file tax returns
      - Collect and distribute tax information to beneficiaries and estate professionals as required
      - Retain tax professionals
    - Review Fee Applications
      - Review fee applications filed by estate professionals
      - Object to fees of estate professionals if appropriate
    - Investigate/Liquidate Estate Claims
      - Investigate and prosecute affirmative estate claims for relief
      - Collect and retain Debtor's books and records
      - Conduct pre-litigation discovery as needed
      - Retain professionals to assist with the investigation and prosecution of estate claims – including but not limited to attorneys and forensic accountants
    - Post Confirmation Reporting/Filing
      - Prepare and file post-confirmation status reports
      - Prepare and file motion for entry of final decree

August 7, 2024
Page 2
Leslie A. Cohen
Michael B. Lubic
Mark Shinderman

- Compensation
  - Plan Fiduciary
    - <u>Fees</u> - Calculated at the lower amount of the prevailing hourly rates of the Plan Fiduciary and administrative support staff or fees calculated pursuant to 11 U.S.C. § 326(a)
      - The prevailing hourly rates for the Plan Fiduciary and support staff shall be the rates charged for similar services performed as a liquidating trustee or equity receiver – which hourly rates are currently:
        - Jeremy W. Faith -          $550.00
        - Fiduciary Administrator -   $280.00
        - Administrative -            $ 80.00
        - Field Agents -             $ 80.00
    - <u>Expenses</u> – reimbursement for expenses consistent with the types and rates authorized by the U.S. Trustee guidelines
    - Source of Payment For Plan Fiduciary
      - Fees  payable to Plan Fiduciary shall be paid only from funds collected by the Plan Fiduciary through prosecution of estate claims.   Expenses may be paid from funds turned over to the Plan Fiduciary.
      - 
      - Plan Fiduciary agrees to perform all 'Plan Fiduciary Services' regardless of whether sufficient funds are recovered to cover the associated feesPlan Fiduciary as well as any agents, professionals or others he employs shall be limited to those funds he recovers through any third-party actions.  Plan Fiduciary shall receive no payment from any funds in NATPE bank accounts on the date of  appointment("Initial Funds")
      - 
  - Tax Preparation Professionals
    - Fees - Paid at the tax professionals prevailing hourly rates at the time services are performed
    - Expenses – reimbursement for expenses consistent with the types and rates authorized by the U.S. Trustee guidelines
    - Fees and expenses paid from all funds collected and administered by the Plan Fiduciary
  - Forensic Accounting Professionals – fees and costs shall be paid only
    - from funds collected by the Plan Fiduciary through prosecution of estate claims,
  - Attorneys
    - Plan Fiduciary may retain his law firm Margulies Faith LLP to assist with the investigation and prosecution of the estate claims
      - Fees for Affirmative Recoveries – Paid at 35% of the "Amount Recovered".  The term "Amount Recovered" means the gross amount of any recovery from prosecution of estate claims, before deduction of any unreimbursed or unpaid costs, whether such sums are established by settlement or by entry of judgment, and including any award of attorney's fees.
      - Fees for Reduction in Claims – Paid 35% of the value to the estate of any  reduction in claims or administrative expenses for work performed by counsel to the Plan Fiduciary, payable exclusively from monies recovered through Affirmative Recoveries and not from any funds turned over to the Plan Fiduciary or received post confirmation through means other than his services in attempting to recover funds for the estate.

August 7, 2024
Page 3
Leslie A. Cohen
Michael B. Lubic
Mark Shinderman

- Expenses - reimbursement for expenses consistent with the types and rates authorized by the U.S. Trustee guidelines, paid only from recoveries on the estate claims, except that postage shall be payable from any funds on hand in the estate from whatever source.
- The Plan Fiduciary may investigate and pursue any and all claims, subject only to the following limitations:
  - Recovery on claims against directors and officers relating to the breach of their duties as directors and officers shall be limited to the D&O insurance policy. This limitation shall not apply to claims related to any funds paid by NATPE to directors and/or officers.
  - No claims shall be brought against The Lippin Group related to services it performed for NATPE or to payments it received from NATPE.
  - No claims shall be brought against JP Bommel relating to the value of services performed by him; provided, however, that claims may be brought against him related to the avoidance of deferred compensation, severance, and preferential payments.
  - No claims shall be brought against Arnold Peter or Peter Law Group relating to the value of services performed by them prepetition
  - Arnold P. Peter, Peter Law Group, JP Bommel, and NATPE's directors & officers and the D&O insurance carrier reserve all defenses and counterclaims (to be used as offsets only) to any claims alleged or brought by the Plan Fiduciary.
  - 
- Plan Fiduciary may retain other outside attorneys to assist with the investigation and prosecution of the estate claims with compensation of such professionals in the same manner as that of the Plan Fiduciary's firm as set forth above.

Thank you for your consideration and please feel free to contact me if you have any questions or need further information.

Very truly yours,


Jeremy W. Faith