MEGHANN A. TRIPLETT (SBN 268005)
*Meghann@MarguliesFaithLaw.com*
JONATHAN SERRANO (SBN 333225)
*Jonathan@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Plaintiff, Jeremy W. Faith,
Chapter 11 Plan Fiduciary

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:22-bk-11181-MB |
| NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC., | Chapter:   11 (Subchapter V) |
| Debtor. | **NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP** |

**TO ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that, effective January 1, 2026, the hourly rates for

the attorneys and paralegals of Margulies Faith LLP (the "Firm") increased as provided

below.

| **ATTORNEYS** | **PRIOR RATE** | **NEW RATE** |
|---|---|---|
| Craig G. Margulies | $725 | $775 |
| Jeremy W. Faith | $725 | $775 |
| Meghann A. Triplett | $565 | $670 |
| Samuel Boyamian | $475 | $575 |
| Andrew Hennigan | $475 | $575 |
| Jonathan Serrano | $460 | $575 |

| **PARALEGALS** | **PRIOR RATE** | **NEW (CURRENT) RATE** |
|---|---|---|
| Angela Saba | $275 | $315 |
| Vicky Castrellon | $245 | $285 |

Dated:  February 3, 2026          **MARGULIES FAITH LLP**

By: */s/ Meghann A. Triplett*
          Meghann A. Triplett
          Attorneys for Jeremy W. Faith, Ch11 Plan Fiduciary

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF INCREASED HOURLY RATES FOR MARGULIES FAITH LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 3, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 3, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>**JUDGE**</u>: Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24).
<u>**DEBTOR**</u>: National Association of Television Program Executives, Inc., 3940 Laurel Canyon Blvd., Suite 324, Studio City, CA 91604

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

NONE.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 3, 2026 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ADDITIONAL SERVICE LIST (if needed):

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**Samuel Mushegh Boyamian on behalf of Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)**
russell.clementson@usdoj.gov

**Leslie A Cohen on behalf of Debtor National Association of Television Program Executives, Inc.**
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com

**Christopher Cramer on behalf of Interested Party Courtesy NEF**
secured@becket-lee.com

**Jeremy Faith on behalf of Other Professional Jeremy W. Faith**
Jeremy@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**David S Hagen on behalf of Interested Party Courtesy NEF**
davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net

**William E Ireland on behalf of Defendant B.W. Hotel, L.L.C. dba Beverly Wilshire, A Four Seasons Hotel, a Delaware Limited Liability Company**
wireland@hbblaw.com, edocs@hbblaw.com

**Melissa Davis Lowe on behalf of Interested Party Melissa Davis Lowe**
mlowe@shulmanbastian.com, avernon@shulmanbastian.com

**Michael B Lubic on behalf of Creditor Fontainebleau Florida Hotel, LLC d/b/a Fontainebleau Miami Beach**
michael.lubic@klgates.com, jonathan.randolph@klgates.com;klgatesbankruptcy@klgates.com

**Arnold P Peter on behalf Peter Law Group**
apeter@peterlawgroup.com

**Jonathan Serrano on behalf of Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Jonathan@MarguliesFaithLaw.com,
vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

**Derrick Talerico on behalf of Interested Party Brunico Communications Ltd**
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

**Meghann A Triplett on behalf of Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithLaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                            **F 9013-3.1.PROOF.SERVICE**