MEGHANN A. TRIPLETT (SBN 268005)
*Meghann@MarguliesFaithLaw.com*
JONATHAN SERRANO (SBN 333225)
*Jonathan@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Plaintiff, Jeremy W. Faith,
Chapter 11 Plan Fiduciary

**FILED & ENTERED**

**JUL 17 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:22-bk-11181-MB |
| NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC., | Chapter:  11 (Subchapter V) |
| Debtor. | **ORDER DENYING PETER LAW GROUP'S MOTION FOR MOTION TO ENFORCE CONFIRMED PLAN AND CONFIRMATION ORDER; TO COMPEL CORRECTED AND COMPLETE POST-CONFIRMATION REPORT; TO PRECLUDE PURSUIT OF PLAN-BARRED CLAIMS; AND FOR RULE 2004 DISCOVERY AND RELATED RELIEF** |
| | **Hearing**: **Date:** July 9, 2026 **Time:** 2:30 p.m. **Place:** Courtroom 303/ZoomGov United States Bankruptcy Court 21041 Burbank Boulevard Woodland Hills. CA 91367 |

A hearing was held at the above date and time on "Peter Law Group's Motion to Enforce Confirmed Plan and Confirmation Order; to Compel Corrected and Complete Post-Confirmation Report; to Preclude Pursuit of Plan-Barred Claims; and for Rule 2004 Discovery and Related Relief" (the "Motion," Bk. Dkt. 395). Appearances were noted on the record.

/ / /

Having considered the pleadings filed in support of and in opposition to the Motion, the record, the applicable law, argument of counsel; and after due deliberation,

For the reasons set forth on the record, and good cause appearing, it is **ORDERED** that the Motion is **DENIED**.

###

Date: July 17, 2026

Martin R Barash
United States Bankruptcy Judge

2